IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br>    *Plaintiff,*<br><br>v.<br><br>QUALCOMM INC., QUALCOMM<br>TECHNOLOGIES, INC.,<br>    *Defendants*. | §<br>§<br>§<br>§   NO: MO:24-CV-00231<br>§<br>§<br>§<br>§ |

## ORDER TO TRANSFER

The above-named and numbered case is transferred from the docket of U.S. District Judge David Counts to the docket of U.S. District Judge Alan Albright, both judges having consented to the transfer.

It is therefore **ORDERED** the above-named and numbered case is hereby **TRANSFERRED** to the docket of U.S. District Judge Alan Albright. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by Judge Albright.

It is so **ORDERED**.

SIGNED this 25th day of September, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE