| Attorney or Party without Attorney:<br>Reza Mirzaie<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.:<br>REDSTONE V QUALCOMM | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF TEXAS | | | | | |
| Plaintiff: REDSTONE LOGICS LLC<br>Defendant: QUALCOMM INC., et al | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00231-DC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement, Jury Trial Demanded; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Case Assignment

3. a. Party served:    QUALCOMM INC.
   b. Person served:   Lynanne Gares, authorized to accept for The Prentice-Hall Corporation System, Inc., Agent for Service of Process

4. Address where the party was served:    251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 25 2024 (2) at: 11:10 AM

6. **Person Who Served Papers:**
   a. Charles Hall
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $341.15

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

            09/25/2024                          *Charles Hall*
              (Date)                              (Signature)



PROOF OF SERVICE

11864683
(5898516)