| Attorney or Party without Attorney:<br>Reza Mirzaie<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No:  310-826-7474 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>REDSTONE V QUALCOMM | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF TEXAS | | |
| Plaintiff:   REDSTONE LOGICS LLC<br>Defendant:   QUALCOMM INC., et al | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00231-DC |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint For Patent Infringement, Jury Trial Demanded; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Case Assignment

3.  *a.*   *Party served:*   QUALCOMM TECHNOLOGIES, INC.
    *b.*   *Person served:*   Lynanne Gares, authorized to accept for The Prentice-Hall Corporation System, Inc., Agent for Service of Process

4.  *Address where the party was served:*   251 Little Falls Drive, Wilmington, DE 19808

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 25 2024 (2) at: 11:10 AM

6.  **Person Who Served Papers:**
    a. Charles Hall                                  d. *The Fee for Service was:* $186.53
    **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

|  |  |
|---|---|
| 09/25/2024 | *[signature]* |
| (Date) | (Signature) |



PROOF OF
SERVICE

11864661
(5898544)