# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00231-ADA |

## NOTICE OF APPEARANCE RICHARD S. ZEMBEK

Richard S. Zembek makes his appearance as counsel on behalf of Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. ("Qualcomm").  He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System.  He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

October 15, 2024

Respectfully submitted,

By: /s/ *Richard S. Zembek*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1550 Lamar St., Ste. 2000
Houston, Texas 77010
Tel:   (713) 651-5151
Fax:   (713) 651-5246

Eric C. Green (SBN 24069824)
Eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:   (512) 474-5201
Fax:   (512) 536-4598

**COUNSEL FOR DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Richard S. Zembek*