UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.<br><br>        Defendants. | Case No. 7:24-cv-00231-ADA |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively "Qualcomm") hereby file this unopposed motion for an extension of time to file an answer or otherwise respond to Plaintiff Redstone Logics LLC's ("Redstone") Complaint.

Qualcomm requested, and Redstone does not oppose, a 45 day extension of its deadline to respond to Redstone's Complaint (Dkt. 1) from October 16, 2024 to December 2, 2024. The extension will serve the interest of justice by providing additional time to investigate Redstone's infringement allegations.

For these reasons, Qualcomm requests that the Court grant an extension to December 2, 2024 of the deadline to answer or otherwise respond to Plaintiff's Complaint. A proposed order is attached.

| | |
|---|---|
| October 15, 2024 | Respectfully submitted,<br><br>By:   /s/ *Richard S. Zembek*<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Richard S. Zembek<br>Texas State Bar No. 00797726<br>1550 Lamar St., Ste. 2000<br>Houston, Texas 77010<br>richard.zembek@nortonrosefulbright.com<br>Tel: (713) 651-5151<br>Fax: (713) 651-5246<br><br>Eric C. Green<br>Texas State Bar No. 24069824<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701-4255<br>eric.green@nortonrosefulbright.com<br>Tel: (512) 536-3094<br>Fax: (512) 536-4598<br><br>*Counsel For Defendants Qualcomm Inc. and Qualcomm Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on October 15, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

   */s/ Richard S. Zembek*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred via email with counsel for Plaintiff regarding the subject of this filing, and Plaintiff does not oppose.

   */s/ Richard S. Zembek*