# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br>v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.<br><br>    Defendants. | Case No. 7:24-cv-00231-ADA |

## **ORDER**

Before this Court is Defendants Qualcomm Inc.'s and Qualcomm Technologies, Inc.'s (collectively "Qualcomm") Unopposed Motion For Extension of Time for to Respond to Plaintiff Redstone Logics LLC's Complaint (Dkt. 1).

After considering the motion, the motion is GRANTED. Qualcomm will have until December 2, 2024 to answer or otherwise respond to Plaintiff's Complaint.