# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>*Defendants*. | Case No. 7:24-cv-00231<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF RELATED CASES

Plaintiff Redstone Logics LLC hereby provides notice that all or a material part of this action is related to the subject matter or operative facts of earlier filed actions styled:

- *Redstone Logics LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*, Case No. 2:23-cv-00485 (E.D. Tex.);

- *Redstone Logics LLC v. NXP Semiconductors N.V., NXP B.V., and NXP USA, Inc.*, Case No. 7:24-cv-00028 (W.D. Tex.); and

- *Redstone Logics LLC v. MediaTek, Inc. and MediaTek USA, Inc.*, Case No. 7:24-cv-00029 (W.D. Tex.).

| | |
|---|---|
| Dated: November 1, 2024 | Respectfully submitted,<br><br>*/s/ Reza Mirzaie*<br>RUSS AUGUST & KABAT<br>Reza Mirzaie, SBN 246953<br>Email: rmirzaie@raklaw.com<br>Marc A. Fenster, SBN 181067<br>Email: mfenster@raklaw.com<br>Neil A. Rubin, SBN 250761<br>Email: nrubin@raklaw.com<br>Christian W. Conkle, SBN 306374<br>Email: cconkle@raklaw.com |

1

Jonathan Ma, SBN 312773
Email: jma@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

## **CERTIFICATE OF SERVICE**

I certify that on November 1, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie
