UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.<br><br>    Defendants. | Case No. 7:24-cv-00231-ADA |

## NOTICE OF APPEARANCE DANIEL S. LEVENTHAL

Daniel S. Leventhal makes his appearance as counsel on behalf of Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. ("Qualcomm"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

December 5, 2024                                              Respectfully submitted,

                                                              By:    /s/ *Daniel S. Leventhal*
                                                              Daniel S. Leventhal (SBN 24050923)
                                                              daniel.leventhal@nortonrosefulbright.com
                                                              **NORTON ROSE FULBRIGHT US LLP**
                                                              1550 Lamar Street, Suite 2000
                                                              Houston, Texas 77010
                                                              Tel:    (713) 651-5151
                                                              Fax:    (713) 651-5246

                                                              **COUNSEL FOR DEFENDENTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                              /s/ *Daniel S. Leventhal*