# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.<br><br>  Defendants. | Case No. 7:24-cv-00231-ADA |

## NOTICE OF APPEARANCE BRETT A. MCKEAN

Brett A. McKean makes his appearance as counsel on behalf of Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. ("Qualcomm"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

December 5, 2024                                                          Respectfully submitted,

                                              By:   */s/ Brett A. McKean*
                                              Brett A. McKean (SBN 24057994)
                                              brett.mckean@nortonrosefulbright.com
                                              **NORTON ROSE FULBRIGHT US LLP**
                                              98 San Jacinto Boulevard, Suite 1100
                                              Austin, Texas 78701
                                              Tel:   (512) 474-5201
                                              Fax:   (512) 536-4598

                                              **COUNSEL FOR DEFENDENTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                              /s/ *Brett A. McKean*