IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, <br><br>      Plaintiff, <br><br> v. <br><br> QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC., <br><br>      Defendants. | Case No. 7:24-cv-00231-ADA |

**ORDER**

Defendants Qualcomm Inc.'s and Qualcomm Technologies, Inc.'s Motion to Dismiss for Failure to State a Claim is hereby GRANTED. Plaintiff Redstone, LLC's Amended Complaint—including its claims of direct and induced infringement—is DISMISSED WITHOUT PREJUDICE.

**SIGNED** this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE