IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>　　　　　　Defendants. | Case No.  7:24-cv-00231-ADA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

　　Plaintiff Redstone Logics LLC files this Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Dkt. 17). Plaintiff requests an extension of time for Plaintiff to file their response to Defendants' motion, from December 27, 2024 to January 8, 2025. Redstone has been diligently preparing its response and respectfully requests a brief extension of time in order to continue preparing its response.  This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

　　Counsel for the parties have conferred and Defendants do not oppose this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: December 12, 2024 | Respectfully submitted,<br><br>*/s/ Reza Mirzaie*<br>RUSS AUGUST & KABAT<br>Reza Mirzaie, SBN 246953<br>Email: rmirzaie@raklaw.com<br>Marc A. Fenster, SBN 181067<br>Email: mfenster@raklaw.com<br>Neil A. Rubin, SBN 250761<br>Email: nrubin@raklaw.com |

1

Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

**CERTIFICATE OF SERVICE**

I certify that on December 12, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/    *Reza Mirzaie*
Reza Mirzaie