# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, <br><br>       Plaintiff, <br><br>   v. <br><br> QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC., <br><br>       Defendants. | Case No. 7:24-cv-00231-ADA |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

On this date the Court considered the Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, filed by Plaintiff Redstone Logics LLC. Based on the motion and the grounds set forth therein, and noting that the motion is unopposed, the Court finds that good cause has been established and the Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss should be granted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's time to respond to the Motion (Dkt. No. 17) shall be extended from December 27, 2024 to January 8, 2025.

IT IS SO ORDERED.

Dated: _____           _____
                                                                                        Hon. Alan D. Albright
                                                                                        U.S. District Judge