# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>*Defendants*. | Case No. 7:24-cv-00231-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Redstone Logics LLC ("Redstone") and Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Defendants" or "Qualcomm") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* date has not yet been proposed.

A trial date has not yet been proposed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on September 20, 2024; Plaintiff's First Amended Complaint was filed on November 1, 2024; and Plaintiff's Second Amended Complaint was filed on November 26, 2024. There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

Defendants responded to the complaint on December 6, 2024 by filing a motion to dismiss.

1

## PENDING MOTIONS

Defendants filed a motion to dismiss on December 6, 2024. Plaintiff filed, on December 12, 2024, an unopposed motion for extension of time to respond to Defendants' motion to dismiss.

## RELATED CASES IN THIS JUDICIAL DISTRICT

*Redstone Logics LLC v. NXP Semiconductors N.V., NXP B.V., and NXP USA, Inc.*, Case No. 7:24-cv-00028-DC-DTG and *Redstone Logics LLC v. MediaTek, Inc. and MediaTek USA, Inc.* Case No. 7:24-cv-00029-DC-DTG

## IPR, CBM, AND OTHER PGR FILINGS

IPR2024-00974 was filed on May 29, 2024 and docketed on June 14, 2024. The Decision of Settlement Prior to Institution was docketed on November 7, 2024.

IPR2025-00085 was filed on October 22, 2024 and docketed on October 30, 2024.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Pursuant to the Court's Order Governing Patent Proceedings, Plaintiff will serve preliminary infringement contentions on or before December 20, 2024. Plaintiff's Second Amended Complaint asserts one patent and a total of one claim. The asserted patent is U.S. Patent No. 8,549,339.

## APPOINTMENT OF TECHNICAL ADVISOR

Parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant have met and conferred. The Parties have no pre-*Markman* issues to raise at the CMC.

| | |
|---|---|
| Dated: December 13, 2024 |   */s/ Reza Mirzaie*<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>Telephone: 310-826-7474<br>Email: rmirzaie@raklaw.com<br>Email: mfenster@raklaw.com<br>Email: nrubin@raklaw.com<br>Email: cconkle@raklaw.com<br>Email: jma@raklaw.com<br><br>**ATTORNEYS FOR PLAINTIFF, REDSTONE LOGICS LLC**<br><br>Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>Daniel S. Leventhal (SBN 24050923)<br>daniel.leventhal@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>1550 Lamar Street, Suite 2000<br>Houston, TX 77010<br>Telephone: (713) 651-5151<br>Fax: (713) 651-5246<br><br>Eric C. Green (SBN 24069824)<br>eric.green@nortonrosefulbright.com<br>Brett A. McKean (SBN 24057994)<br>brett.mckean@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel: (512) 474-5201<br>Fax: (512) 536-4598 |

**COUNSEL FOR DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

      I certify that on December 13, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                                                   /s/    *Reza Mirzaie*
                                                             Reza Mirzaie