IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>   Plaintiff,<br> v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>   Defendants. | Case No. 7:24-cv-00231-ADA |

## JOINT MOTION FOR SCHEDULING ORDER

Pursuant to the Court's Order Governing Proceedings, the parties jointly move the Court for entry of the attached proposed scheduling order to govern the above-captioned case.

Dated: January 10, 2025

Respectfully submitted,

By: */s/ Peter Tong*

**RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

8080 N. Central Expy., Suite 1503
Dallas, TX 75206

Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*


**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Richard S. Zembek*

Richard S. Zembek
Texas State Bar No. 00797726
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal
Texas State Bar No. 24050923
Daniel.leventhal@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
eric.green@nortonrosefulbright.com
Brett A. McKean
Texas State Bar No. 24057994
Brett.mckean@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-3094
Fax: (512) 536-4598

*Attorneys for Defendants Qualcomm Inc. and Qualcomm Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ Peter Tong

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

/s/ Peter Tong