IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>   v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>        Defendants. | Case No.  7:24-cv-00231-ADA |

**NOTICE OF EXTENSION OF TIME TO REPLY
TO PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS**

Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. file this Notice of Extension of Time to file a Reply in support of Defendants' Motion to Dismiss (Dkt. 17) pursuant to the Court's Amended Standing Order Regarding Joint Or Unopposed Request To Change Deadlines.  Defendants requested a ten-day extension of time to file their reply in support of their motion from January 15, 2024 to January 25, 2025, and the Plaintiff does not oppose the request. Defendants have been diligently preparing their reply and respectfully requested a brief extension of time in order to continue preparing their response.  This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Dated: January 13, 2025

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Richard S. Zembek*

Richard S. Zembek
Texas State Bar No. 00797726
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal

        Texas State Bar No. 24050923
        Daniel.leventhal@nortonrosefulbright.com
        1550 Lamar Street, Suite 2000
        Houston, Texas 77010-4106
        Tel: (713) 651-5151
        Fax: (713) 651-5246

        Eric C. Green
        Texas State Bar No. 24069824
        eric.green@nortonrosefulbright.com
        Brett A. McKean
        Texas State Bar No. 24057994
        Brett.mckean@nortonrosefulbright.com
        98 San Jacinto Boulevard, Suite 1100
        Austin, Texas 78701-4255
        Tel: (512) 536-3094
        Fax: (512) 536-4598

        *Attorneys for Defendants Qualcomm Inc. and Qualcomm Technologies, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 13, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

        /s/   Richard Zembek
        Richard Zembek

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred with counsel for Plaintiff regarding the subject of this filing, and these contents are unopposed.

        /s/   Richard Zembek
        Richard Zembek