IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,**<br>*Plaintiff,*<br><br>-v-<br><br>**QUALCOMM INCORPORATED,**<br>**QUALCOMM TECHNOLOGIES, INC.,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 7:24-CV-00231-ADA |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor. This case involves U.S. Patent No. 8,549,339, which is entitled "Processor core communication in multi-core processor" and relates to communication between processor cores. The patent is classified in the field of clock generators with changeable or programmable clock frequency. The specification describes a multi-core processor that uses dynamic voltage and frequency scaling to operate at high power and high clock frequency when high performance is required and low power and low frequency when high performance is not required. '339 Patent at 1:6–14. The specification further describes using an interface block coupled to multiple cores which is used to facilitate communication between the cores. *Id.* at Abstract. Full appreciation of the parties' upcoming arguments requires a detailed understanding of electrical engineering.[1]

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Dr. Yi's

---

[1] This is not a ruling on the skill level of a person of ordinary skill in the art.

1

appointment pursuant to the terms of this Order would assist the Court in this case.  Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 13492 Research Blvd; Ste. 120 – #445
> Austin, TX 78750-2254
> E-mail: josh@joshuayipatentlaw.com

The parties shall send courtesy copies of the following documents no later than one business day after the date of this order or after the last document in the following list is filed:

(1) **Briefs, joint claim construction statement, and patents**: In paper form, double-sided, stapled or bound (e.g., 3-ring), to the mailing address above,
(2) **Briefs, exhibits, joint claim construction statement, patents, and tutorial**: In electronic form, on a USB drive, to the mailing address above,
(3) **Word version of the joint claim construction statement**: Via e-mail to the above email address.

If the document was filed with the Court, the copy must include the CM/ECF header.

Dr. Yi will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions.  Dr. Yi may also assist the Court in drafting a claim construction order.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, *Daubert* motions, trial preparation and rulings, post-trial motions, and any other Court task that requires an appreciation of the complex technology included in the asserted patents.

The parties are **ORDERED** to notify the Court of any conflicts with Dr. Yi within 7 days of this order.

**SIGNED** this 27th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE