IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00231-ADA |

**QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC.
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Qualcomm Incorporated hereby discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Defendant Qualcomm Technologies, Inc. hereby discloses that it is a wholly-owned subsidiary of Qualcomm Incorporated, a publicly held corporation. No other publicly held corporation owns 10% or more of Qualcomm Technologies, Inc.'s stock.

Dated: January 30, 2025

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ Richard S. Zembek

Richard S. Zembek
Texas State Bar No. 00797726
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal
Texas State Bar No. 24050923
Daniel.leventhal@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Tel: (713) 651-5151
Fax: (713) 651-5246

>Eric C. Green
>Texas State Bar No. 24069824
>eric.green@nortonrosefulbright.com
>Brett A. McKean
>Texas State Bar No. 24057994
>Brett.mckean@nortonrosefulbright.com
>98 San Jacinto Boulevard, Suite 1100
>Austin, Texas 78701-4255
>Tel: (512) 536-3094
>Fax: (512) 536-4598
>
>**ATTORNEYS FOR DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>By: */s/ Richard S. Zembek*
>Richard S. Zembek