# EXHIBIT  1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § | |
| | § | |
| - *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case. No. 7:24-cv-00231-ADA |
| QUALCOMM INC. and QUALCOMM | § | |
| TECHNOLOGIES, INC. | § | |
| | § | |
| - *Defendants*. | § | |
| | § | |

**DECLARATION OF JOHN VILLASENOR, PH.D.**
**IN SUPPORT OF**
**QUALCOMM'S OPENING CLAIM CONSTRUCTION BRIEF**

## Table of Exhibits

**Exhibit A**     U.S. Patent No. 8,549,339 ('339 Patent)

**Exhibit B**     ON Semiconductor's application note AND8248/D (*Stys*)

**Exhibit C**     U.S. Patent No. 7,538,625 (*Cesky*)

**Exhibit D**     U.S. Pat. App. Pub. No. 2009/0106576 (*Jacobowitz*)

**Exhibit E**     U.S. Pat. App. Pub. No. 2009/0138737 (*Kim*)

**Exhibit F**     '339 Patent file history excerpt: Office Action (Aug. 29, 2012)

**Exhibit G**     '339 Patent file history excerpt: Examiner Interview (Nov. 27, 2012)

**Exhibit H**     '339 Patent file history excerpt: Applicant's Response to Office Action (Nov. 29, 2012)

I, Dr. John Villasenor, declare that I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

## I.    INTRODUCTION

1.    My name is John Villasenor. I have been retained on behalf of Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Defendant" or "Qualcomm") as an independent expert in the relevant art in connection with the above-captioned case.

2.    I have been asked to render opinions regarding technical aspects of the multi-core processors disclosed in U.S. Patent No. 8,549,339 ("the '339 Patent").

3.    My work on this matter is being billed at my customary rate of $1000 per hour. Also, I am being reimbursed for reasonable expenses I incur in relation to my services. My compensation does not depend upon the results of my analysis or the substance of my testimony. Nor does my compensation depend on the outcome of any proceeding that my work is used in.

## II.    QUALIFICATIONS

4.    I have either trained or worked in algorithms and architectures for computer processing of data, as well as the design of hardware for complex processing tasks, for approximately three decades. Appendix 1 to this Declaration is a true and correct copy of my Curriculum Vitae, which provides further details about my background and experience, including details regarding my publications and prior experience.

5.    My work focuses on innovative, high-performance communications, networking, media processing, and computing technologies and their broader implications. Well before the priority date of the '339 Patent, I performed research on the design of processors and the systems in which they are used, including work involving computational logic, memory, and interconnect.

6.      I have performed work on mapping complex computational processes into hardware implementations, subject to constraints on factors including speed, area, power consumption, memory access, and the precision of the computations.

7.      I received my B.S. in Electrical Engineering from the University of Virginia in 1985, and M.S. and Ph.D. in Electrical Engineering from Stanford University in 1986 and 1989, respectively.

8.      While at Stanford, I concentrated my research on digital signal processing and communications.

9.      Between 1990 and 1992, I worked for the Jet Propulsion Laboratory in Pasadena, CA, where I helped to develop techniques for imaging and mapping the earth from space. Since 1992, I have been on the faculty of the Electrical Engineering Department of the University of California, Los Angeles (UCLA). Between 1992 and 1996, I was an Assistant Professor; between 1996 and 1998, an Associate Professor; and since 1998, I have been a full Professor.

10.      For several years starting in the late 1990s, I served as the Vice Chair of the Electrical Engineering Department at UCLA. In addition to my faculty appointment in the UCLA Samueli School of Engineering, I hold faculty appointments (and have taught classes in) the UCLA School of Law, the Department of Public Policy within the UCLA Luskin School of Public Affairs, and in the UCLA Anderson School of Management. I am also the founder and faculty co-director of the UCLA Institute for Technology, Law, and Policy.

11.      In the UCLA Samueli School of Engineering, I have taught courses addressing digital signal processing, communications, computing, and networking, including consideration of the associated systems, algorithms, devices, and networks. In addition to my teaching, I have performed extensive research at UCLA over the past several decades on multiple aspects of digital

devices and systems, including device (including chip) design, integration and use of devices within the context of larger networks; acquisition, processing, and communications of data (including image and video data); communications and protocols used to convey information among devices; optimization to achieve goals including low power consumption and high speed; and mapping of algorithms onto hardware. My work has considered both hardware and software, and has included consideration of factors such as configuration and control of devices, protocols, the interaction among devices, allocation of processing tasks within devices, communication of data to, from, and within devices, and artificial intelligence.

12.     My academic publications have appeared in peer-reviewed journals including IEEE Transactions on VLSI Systems, IEEE Transactions on Computers, IEEE Transactions on Reliability, IEEE Transactions on Signal Processing, ACM Computing Surveys, Journal of Statistical Software, IEEE Transactions on Communications, IEEE Transactions on Circuits and Systems for Video Technology, IEEE Transactions on Information Theory, IEEE Transactions on Image Processing, and in numerous peer-reviewed conference proceedings.

13.     I am an inventor on approximately 20 issued U.S. patents in areas including information processing, data compression, communications, and cybersecurity. I have published over 175 articles in peer-reviewed journals and academic conference proceedings. I have also been asked on multiple occasions to provide congressional testimony on technology topics.

14.     In addition to my work at UCLA, I am a nonresident senior fellow at the Brookings Institution in Washington, D.C. Through Brookings I have examined a wide range of topics at the technology/policy intersection including cybersecurity, wireless mobile devices and systems, and artificial intelligence. In addition to publishing in traditional academic venues such as engineering journals, engineering conference proceedings, and law reviews, I have published papers through

the Brookings Institution and articles and commentary in broader-interest venues including *Billboard*, the *Chronicle of Higher Education*, *Fast Company*, *Forbes*, the *Los Angeles Times*, the *New York Times*, *Scientific American*, *Slate*, and the *Washington Post*.

15.    I also have several decades of experience working in early-stage technology ventures. In that capacity, I have met with many companies and evaluated their existing and proposed technology. In multiple instances, I performed work over a multi-year period as a technical consultant to early-stage technology companies, contributing to their efforts to grow their product lines. In multiple cases, this involved work on advanced processing technologies. To take one example, I was a consultant to Broadcom for an extended period of years starting in the early 1990s. In that capacity, I worked on the design of groundbreaking chips for processing communications and multimedia (including video) information, including doing work relating to task allocation, power management, and communication of data to, from, and within such chips. My technology consulting experience has also involved work with other companies developing chips to meet stringent performance and power constraints.

## III.    MATERIALS CONSIDERED AND RELIED ON

16.    In forming my opinions, I have considered on:

- The specification, claims, and file history of the '339 Patent;

- The materials cited in this Declaration; and

- My background and experience in the field of computer processing.

## IV.    APPLICABLE LEGAL STANDARDS

17.    I am not a legal expert and offer no opinions on the law. However, I have been informed by counsel of certain legal standards that apply to claim construction, which I have used in arriving at my conclusions.

**A.    Claim Construction**

18.    I understand that claim terms are generally given their ordinary and customary meaning, which is the meaning the terms would have had to a person of ordinary skill in the art ("POSITA") on the effective filing date of the patent. A POSITA is deemed to read the claim term not only in the context of the particular claim in which it appears, but in the context of the intrinsic record, including the specification and prosecution history.

19.    I understand that the specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In other cases, the specification may reveal an intentional disclaimer, or disavowal, of claim scope by the inventor.

20.    I understand that the prosecution history of a patent can often inform the meaning of the claim language by demonstrating how the applicant understood the invention and whether the applicant limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be. I understand that when the patentee unequivocally and unambiguously disavows a certain meaning to obtain a patent, the doctrine of prosecution history disclaimer narrows the meaning of the claim consistent with the scope of the claim surrendered. The doctrine of prosecution disclaimer is intended to ensure that claims are not construed one way in order to obtain their allowance and in a different way against accused infringers.

21.    I understand that the claims, the specification, and the prosecution history are intrinsic evidence. I understand that courts may also consider extrinsic evidence during claim construction such as expert and inventor testimony, dictionaries, and learned treatises, but that extrinsic evidence is generally given less weight than intrinsic evidence.

**B.    The Definiteness Requirement**

22.    I understand that there is a definiteness requirement under 35 U.S.C. § 112, ¶ 2, which requires claims to particularly point out and distinctly claim the invention in the patent. I

understand that a claim is deemed indefinite, and thus invalid, if it fails to inform those skilled in the art about the scope of the invention with reasonable certainty when interpreted in light of the specification and the prosecution history.

## V.    LEVEL OF ORDINARY SKILL IN THE ART

23.    I understand that claim interpretation is from the perspective of a POSITA at the time of the invention.

24.    I have been informed that the earliest priority date alleged for the asserted claims of the '339 Patent, as listed on the cover page of the '339 Patent, is February 26, 2010.

25.    In my opinion, a POSITA at or around the relevant time of the alleged invention would have had at least a Bachelor's degree in electrical engineering, computer engineering, computer science, or a similar field, as well as at least 2 years of academic or industry experience designing or analyzing electronic circuits, semiconductors, processors, or power management, and related firmware and software, or the equivalent. A POSITA with a higher level of education may have fewer years of academic or industry experience, or vice versa.

26.    I was at least a POSITA under this definition as of the priority date.

27.    To the extent that Redstone Logics LLC ("Redstone") or any expert offering testimony on behalf of Redstone puts forward a statement regarding the level of ordinary skill in the art that differs from my opinion above, I reserve the right to respond.

28.    Unless otherwise stated, all of my opinions in this Declaration are offered from the perspective of a person of ordinary skill in the art as of the priority date of the '339 Patent. I had at least the education and experience of a POSITA as of this date by virtue of my approximately (as of that date) two decades training or working in algorithms and architectures for computer processing of data, including the design of hardware for complex processing tasks.

## VI.    UNDERSTANDING OF THE DISCLOSURE OF THE ASSERTED PATENT

### A.    U.S. Patent No. 8,549,339

29.    The '339 Patent relates to an arrangement of clock and voltage sources to different groups of processor cores in multi-core processor. '339 Patent (Ex. A), Abstract; 1:61-2:40. Specifically, the specification describes the use of "power management for a multi-core processor" including a "power profile associated with an individual processor core," which may include "one or more power-supply voltages of the core processor, clock rates of the core processor, clock multipliers of the core processor, power throttling of the core processor, and/or sleep state cycles of the core processor." '339 Patent (Ex. A) at 1:58-2:3.

30.    The '339 Patent also explains that prior art multi-core processors required that "[e]ach processor core in a conventional multi-core processor generally shares the same supply voltage and clock signal to simplify the interfaces between the processor cores." *Id.* at 1:7-14. The '339 Patent proposes that each processor core group has an independent power profile powered with a separate supply voltage and that each processor core group obtain a clock output signal from a phase locked loop (PLL) that receives a clock input signal from an "independent clock domain." *Id.* at 2:27-31, 4:1-17, Fig. 3.

31.    This approach is illustrated below in annotated Fig. 3 of the '339 Patent, which depicts three independent clock signals, "the clock signal 1, the clock signal 2, the clock signal 3" (annotated in green), providing independent inputs to "the respective phase lock loops (PLLs)" 1, 2, and 3. *Id.* at 4:1-17, Fig. 3.



**FIG. 3**

32.    Consistent with Fig. 3, each asserted independent claim (Claims 1 and 21) of the '339 Patent recites "a first phase lock loop (PLL) having a first clock signal as input" and "a second PLL having a second clock signal as input" wherein "the first clock signal is independent from the second clock signal." *Id.* at Claims 1 and 21.

## VII.    DISPUTED TERMS

### A.    Term 1: "the first clock signal is independent from the second clock signal"

33.    I understand that Qualcomm proposes that this term should be construed as having its plain and ordinary meaning, and Qualcomm explains that the plain and ordinary meaning "requires that the first and second clock signals depend from different reference oscillator clocks." In my opinion, Qualcomm's proposed construction aligns with how a POSITA would understand this term in the context of the claims, the specification, and the prosecution history.

34.     I understand that Redstone also proposes that the term "the first clock signal is independent from the second clock signal" in the asserted independent claims (Claims 1 and 21) should be construed as having its plain and ordinary meaning, but disputes that this plain meaning requires that the first and second clock signals are provided by or processed (i.e., divided or multiplied) from different reference oscillator clocks. Therefore, it appears that Redstone is interpreting the claim language as broad enough to encompass a first and second clock signal that are provided by or processed (i.e., divided or multiplied) from a single common reference oscillator clock.

### 1.     *Prior art processors with a single clock source*

35.     Computer processors require a clock timing reference to ensure synchronized operation and coordination among its multiple subsystems. These subsystems may include multiple processor cores, memory controllers, and input/output interfaces, all of which rely on the clock to operate in harmony. The clock provides a timing signal that dictates when each core performs computational tasks, accesses memory, or communicates with other components within the processor.

36.     The basic design principles for clocks used in processors, including their generation, distribution, and synchronization, were widely known at the time the '339 Patent was filed and documented in technical resources provided by semiconductor manufacturers. This included technical publications, such as application notes and white papers, that often served as references offering detailed insights into clock design methodologies, challenges, and practical implementation tips. For example, ON Semiconductor's application note AND8248/D provides in-depth discussions on the typical path from a reference oscillator clock source to a consumer of a clock signal. *Stys* (December, 2006) (Ex. B) at 1-4. In particular, the disclosure covers crystal

oscillators and PLLs, and their role in generating reliable and scalable clock signals for microcontrollers and processors. *Stys* (Ex. B) at 1-4.

37.     As shown in annotated Fig. 2 below from *Stys*, the basic design begins with a reference oscillator clock source, typically a crystal oscillator (blue), which generates a stable and accurate reference clock signal (red). *Stys* (Ex. B) at 2, Fig. 2.



**Figure 2. Typical Crystal Oscillator Clock**

38.     However, there are some limitations with this basic design. The reference clock signal of a standalone crystal oscillator is typically fixed and may not directly meet the wide range of frequency requirements for multi-core processors. This is where a crystal oscillator combined with a PLL provides additional flexibility, as the PLL enables frequency multiplication, division, or fine-tuning to achieve the desired clock frequencies. *Id.* at 1.

39.     As shown in annotated Fig. 3 below from *Stys*, the basic PLL design generates precise system clock signals by leveraging an external crystal and a PLL circuit (red). *Id.* at 2-3, Fig. 3. The crystal oscillator (blue) provides the stable reference frequency, which the PLL (red) multiplies or divides to achieve the desired output frequencies. Key components of the PLL, including a gain amplifier, phase frequency detector (PFD), charge pump, low-pass filter (LPF), and voltage-controlled oscillator (VCO), work together in a feedback loop to align the output signal's phase and frequency with the crystal reference.



**Figure 3. Typical PLL Synthesizer Clock**

40.    In addition, *Stys* explains that the basic PLL design may include multiple PLLs, dividers, and multipliers, making PLLs versatile for distributing system clock signals. *Id.* at 2-3, Fig. 3. For instance, one divider/multiplier combination might produce a high-frequency clock for a processor core, while another generates a lower-frequency clock for another processor core. *Id.* In such a design, while the PLL can process (e.g., through multiplying/dividing) the reference clock signal to produce multiple different output clock signals, all resulting clock signals are still dependent on the same/single reference oscillator clock. Accordingly, a POSITA would understand that despite the PLL having multiple output clock signals, those output clock signals are not independent because the PLL design still relies on the same/single reference oscillator clock. In other words, when multiple clock signals originate from the same/single reference oscillator clock (as disclosed in the above references), then those clock signals share a dependency and are thus not independent.

41.    Additionally, patents directed to integrated circuits and computer processors frequently detailed known techniques for clock management, including the design and architectures for clock trees and strategies for optimizing power efficiency. For example, as with the ON Semiconductor's application note AND8248/D, the *Cesky* Patent, assigned to International

Business Machines Corporation, describes a typical prior art phase-locked loop design (shown in red box below) that relies on a single reference oscillator clock source (blue). *Cesky* (filed Feb. 27, 2007) (Ex. C), Fig. 1 (annotated). As shown, the basic phase-locked loop circuit receives a reference clock signal from reference oscillator 102, and includes a phase/frequency detector 104 that generates an error signal that enables adjustments to the VCO's output frequencies to lock in phase and frequency with the reference clock signal. *Id.* at 2:62-3:44. The phase/frequency detector is then coupled to a charge pump 106, a low-pass filter (LPF) 108, and a voltage-controlled oscillator 110. *Id.* at 2:62-3:44, Fig. 1 (annotated).



PRIOR ART

## FIG. 1

42.    The output clock signals are then distributed (e.g., through a "clock tree" distribution as shown above) within a processor to support various functional blocks (including processor cores) for each subsystem. *Id.* at 2:62-3:44, 4:45-47, Figs. 1, 3; *see also Stys* (Ex. B) at 2-4. *Cesky* is consistent with the teachings of ON Semiconductor's application note AND8248/D as well as other prior art references. For example, *Jacobowitz* is a prior art patent discussed during the prosecution of the '339 Patent, which discloses a multi-core processor having a single reference oscillator clock source (112 in Fig. 1) that provides a reference clock signal that is then distributed

to the cores. *Jacobowitz* (filed: Oct. 17, 2007) (Ex. D) at [0025], [0037], [0038], [0040], Figs. 1, 5, 6. Similarly, *Kim* is a prior art patent discussed during the prosecution of the '339 Patent, which discloses a multi-core processor having a single reference oscillator clock source (170 in Fig. 1 and 270 in Fig. 2) that provides a reference clock signal (172 in Fig. 1 and 272 in Fig. 2) that is then processed (i.e., divided or multiplied) to produce different output clock signals for the cores. *Kim* (filed Nov. 28, 2007) (Ex. E) at [0024]-[0025], Figs. 1-2. I discuss both *Jacobowitz* and *Kim* in the following section.

43.    Finally, the '339 Patent specification explains that "a conventional multi-core processor generally ***shares the same supply voltage and clock signal*** to simplify the interfaces between the processor cores." '339 Patent (Ex. A) at 1:7-14 (emphasis added). For these "same clock signal" processors, a POSITA would understand that the clock signals share a dependency from a single reference oscillator clock, as described above, and thus are not independent.

44.    A simple example serves to illustrate this point. The below Demonstrative Figure A depicts an exemplary single reference oscillator design. In Figure A, the single reference oscillator, $Osc_1$, generates a clock with frequency $f_1$. The clock with frequency $f_1$ is split along two paths, with each path passing through a corresponding divider that serves to alter frequency $f_1$ in the manner depicted—either by dividing by 2 or by 4. The resulting clock frequencies that are provided to Components 1 and 2 are of the frequences $f_1/2$ and $f_1/4$ respectively. Because the clock frequencies $f_1/2$ and $f_1/4$ that are provided to Components 1 and 2 originate from and are mathematically derived from clock frequency $f_1$ of the reference oscillator, clock frequencies $f_1/2$ and $f_1/4$ are not independent. As a result, for example, when reference oscillator clock frequency $f_1$ increases or decreases, the frequencies of clock signals provided to Components 1 and 2—$f_1/2$

and $f_1/4$—also increase or decrease, as these clock signals are dependent upon the reference oscillator clock, $f_1$.



Figure A

45.    While the above depicts dividers with "input / 2" and "input / 4" for simplicity, the dependence between clock signals provided to Components 1 and 2 would remain even if the dividers were variable.  This is because regardless of the alterations made to the dividers, the output clock frequencies of such a system necessarily remain dependent upon reference oscillator $Osc_1$ and its clock frequency $f_1$.  For example, if $f_1$ were set to 0 Hz, the clock signals provided to Components 1 and 2 would also be 0 Hz regardless of how those signals are scaled using the depicted dividers, even if those dividers were to divide by a different number (e.g., by 3 or by 8), confirming a dependency.

46.    By contrast, Demonstrative Figure B below depicts two reference oscillators, $Osc_1$ that generates a clock with frequency $f_1$, and $Osc_2$ that generates a clock with frequency $f_2$.  Each clock signal is provided to a corresponding component, Components 1 and 2.  However, in contrast with Demonstrative Figure A, in Demonstrative Figure B the frequency output of each of reference oscillators $Osc_1$ and $Osc_2$ is connected with its own corresponding component. As a result, a change in the clock frequency of $Osc_1$ has no impact on the clock frequency provided to Component 2, and a change in the clock frequency of $Osc_2$ has no impact on the clock frequency provided to Component 1.  For this reason, Demonstrative Figure B presents independent clocks.



Figure B

> **2.** *During prosecution, the applicant added the phrase "the first clock signal is independent from the second clock signal" to distinguish prior art disclosing multiple clock signals sharing a single reference oscillator clock*

47.     During prosecution, the examiner rejected the then-pending claims over multiple prior art references including *Jacobowitz* and *Kim*. *See* Ex. F at 4-9  (Office Action (Aug. 29, 2012)). In response, the applicant conducted an examiner interview and explained that *Jacobowitz* "disclosed using **a single reference clock**," which was different than FIG. 3 of the '339 Patent where "clock signals 1 through 3 were ***different/independent clock signals*** input to the PLLs." *See* Ex. G at 2 (Examiner Interview (Nov. 27, 2012)) (emphasis added). "The examiner ***agreed*** that Jacobowitz discloses using **a single reference clock**," but concluded that "the broadest reasonable interpretation of the recited claim language" in the then-pending claims did not exclude such an arrangement." *Id*. "Applicant's representative stated that he would discuss amends [sic] to the claims." *Id.*

48.     Two days later, the applicant filed a response amending the independent claims to add the phrase "the first clock signal is independent from the second clock signal" and pointed to that language to distinguish both *Jacobowitz* and *Kim*. *See* Ex. H at 3, 5-7 (Applicant's Resp. (Nov. 29, 2012)).

49.    The applicant explained that "Jacobowitz does not teach or suggest one or more elements of the amended independent claims 1 and 21… Jacobowitz does not teach or suggest at least the elements of…wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal." *Id.* at 9. In particular, the applicant asserted that "FIG. 6 and all other figures of Jacobowitz clearly show that the microprocessor chip (e.g., 600) receives a system reference oscillator clock frequency (VR) and distributes VR to local oscillators 108." *Id.* Based on Jacobowitz's disclosure of use of a ***single*** "reference oscillator clock frequency (VR)," the applicant asserted that "Jacobowitz fails to disclose or teach . . . the first clock signal is ***independent*** from the second clock signal, as required in the amended independent claims 1 and 21." *Id.* at 9-10 (emphasis added); *see also id.* at 11 ("As discussed above, neither Jacobowitz nor Kim discloses having sets of processor cores configured to receive multiple and independent clock signals."). Consistent with this argument, a POSITA would understand the plain and ordinary meaning of "independent" as used the '339 Patent and that the added phrase to the amended claims excludes multiple clock signals (e.g., local oscillators 108) that originate from a single common reference oscillator clock (e.g., reference oscillator clock frequency (VR) originating from "reference oscillator 112").

50.    Fig. 1 and 6 from *Jacobowitz* are reproduced below. As shown in annotated Fig. 1 below, *Jacobowitz* discloses a single reference oscillator design that provides a reference clock signal ($V_R$) (red) from the master reference oscillator (112) (blue). This reference clock signal ($V_R$) is then distributed throughout various processor embodiments shown in Figs. 1-6. For example, as shown in annotated Fig. 6 below, the 2nd Level Distribution Function (502) distributes reference clock signal ($V_R$) throughout the processor to two different groups of cores (e.g., group 1 (orange) and group 2 (purple).



51.    More specifically, as shown in *Jacobowitz* Fig. 6 above, the processor (600) receives the reference clock signal (V<sub>R</sub>) from the master reference oscillator (112) and distributes V<sub>R</sub> to local oscillators 108 (green). *See Jacobowitz*, at ¶¶ [0037]-[0038]. Each local oscillator (108) then distributes clock signals to cores (102) (orange/purple) in respective groups of cores. Because the clock signals provided to the processor cores all originate from the same/single reference oscillator clock source (112), a POSITA would understand that the distributed clock signals are not "independent" as used in the '339 Patent. This understanding is consistent with the examiner's and applicant's discussion of "independent" clock signals.

52.    With respect to the *Kim* reference, the applicant likewise explained that "Kim also fails to disclose or teach a first set of processor cores and second set of processor cores configured to dynamically receive a first output clock signal of a first PLL having a first clock signal as input and a second output clock signal of a second PLL having a second clock signal, respectively. In addition, **the first clock signal is independent from the second clock signal**." *See* Ex. H at 10 (Applicant's Resp. (Nov. 29, 2012)) (emphasis added); *see also id.* at 11 ("As discussed above, neither Jacobowitz nor Kim discloses having sets of processor cores configured to receive multiple and independent clock signals."). "***Instead,*** Kim discloses the apparatus comprising a multi-core

- 19 -

processor (i.e., 100 in FIG. 1 or 200 in FIG. 2) having *a single clock source* (i.e., 170 in FIG. 1 or 270 in FIG. 2). The clock signal from this single clock source is then *processed (i.e., divided or multiplied)* and provided to each of the cores. *See Kim* at ¶¶ [0024]-[0025] and FIGs 1 - 2." *Id.* at 10-11 (emphasis added). Consistent with this argument, a POSITA would understand the plain and ordinary meaning of "independent" as used in the '339 Patent and that the phrase added to the amended claims excludes multiple clock signals "processed (i.e., divided or multiplied)" from a single clock source (e.g., clock source 170, which may be "a crystal oscillator").

53.    *Kim* Figures 1 and 2 illustrate two different embodiments and are reproduced below. Each figure includes a single reference oscillator (blue) that provides an input clock signal (red) to a phased locked loop (PLL) (160 or 260) (green). *See Kim* (Ex. E) at [0024]-[0025] (explaining that clock source 170 or 270 (blue) may be "a crystal oscillator" that provides an "input clock frequency" to a "main PLL 160/260" (green)).



54.    Kim further explains that the reference clock signal (provided by the single reference oscillator clock source) may be further divided by a "main PLL 160 compris[ing]…one or more frequency dividers (preferably, at least one divider for each core in the multi-core

processor)…such that, a respective reference input clock frequency (indicated by arrows 162, 164, 166 and 168) is provided to each of the cores in the multi-core processor." *Id.* at [0024]; *see also id.* at [0025] (stating that the main PLL "reference numeral 260, which is configured to receive an input clock frequency from a clock source 270, such as, a crystal oscillator (as shown in FIG. 1)…[and] comprises…one or more frequency dividers"). By dividing or multiplying the reference clock signal received by the main PLL (160/260), multiple, different clock signals may be provided to cores within the processor, where each of these clock signals share a common reference oscillator clock source. *See id.* at Fig. 2, [0025] (stating that each additional PLLs "receives an input clock frequency from the main PLL 260 (indicated by respective arrows 262, 264, 266 and 268), which provides a first multiple of the clock frequency provided by the clock source 270").

55.    That is, while *Kim*'s main PLL can divide/multiply the input reference clock signal to produce multiple different clock signals at various frequencies, all clock signals are still dependent on the same/single reference oscillator clock 170/270. Accordingly, a POSITA would understand that *Kim*'s different clock signals (e.g., 162, 164, 166, 168 / 262, 264, 266, 268) are not independent because each still relies on the same/single reference oscillator clock.

56.    In sum, the applicant repeatedly emphasized that regardless of how a reference clock signal reaches the cores (whether provided by or processed (i.e., divided or multiplied) as disclosed in *Jacobowitz* and *Kim*), the added "independent" clock limitation meant that the first clock signal and the second clock signal originated from *different reference oscillator clocks*. *See* Ex. H at 9-11 (Applicant's Resp. (Nov. 29, 2012)). As I explained above, these prosecution statements are consistent with how a POSITA would understand the plain and ordinary meaning of "independent" as used the '339 Patent and that phrase.

57.     Consistent with the applicant's discussion, the prior art, and the discussion above, it is my opinion that term "the first clock signal is independent from the second clock signal" should be construed as having its plain and ordinary meaning, where that meaning "requires that the first and second clock signals depend from different reference oscillator clocks."

**B.     Term 2: "located in a periphery of the multi-core processor"**

58.     I understand that Redstone proposes that the term "located in a periphery of the multi-core processor" should be construed as having its plain and ordinary meaning.

59.     I understand that Qualcomm contends this term is indefinite. In my opinion, a POSITA would not be able to determine with reasonable certainty the scope of the term "located in a periphery of the multi-core processor" within the context of the '339 Patent.

60.     The term "located in a periphery of the multi-core processor" appears in Claim 5 of the '339 Patent, which depends from Claim 1.

61.     For context, Claim 5 of the '339 Patent recites:

5. The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks **located in a periphery of the multi-core processor**.

62.     In my opinion, neither the claims, the specification, nor the prosecution history provide guidance sufficient to determine whether a location is "in the periphery of the multi-core processor." Further, as described below in greater detail, while a POSITA understands that there are processors with multiple cores, the POSITA would also recognize that the term "multi-core processor" might refer to multiple things. Thus, there is not a common understanding in the relevant field such that a POSITA could determine with reasonable certainty what constitutes the "periphery" of a "multi-core processor."

- 22 -



'339 Patent, Figure 1 (excerpt)

63.    Figure 1 of the '339 Patent is reproduced above. While the patent describes Figure 1 as depicting "an example configuration of a multi-core processor" (*Id.* at 1:26-27), a POSITA understands that the processor cores in a multi-core processor are contained with a die formed on a semiconductor substate, and that the die contains functional blocks in addition to processor cores, and is typically further packaged in plastic and electrical contacts added. Demonstrative Figure C below depicts this arrangement, with '339 Patent Figure 1's cores manufactured on a die which itself is encased in protective packaging.



Figure C

64. As noted above, A POSITA understands there is no single understanding of "multi-core processor." In some instances, a POSITA might refer to the multiple individual processor cores (such as processor cores 152, 154, and 156 in Figure 1) as a multi-core processor. In other instances, a POSITA may consider the complete die, containing the processor cores and additional circuitry—for example, PLLs, power amplifiers, memory, and RF components—as a "multi-core processor." Still, a POSITA may also refer to the packaged die as a "multi-core processor." Demonstrative Figure D is an annotated version of Figure C with the border of each such interpretation of multi-core processor highlighted in a different color:



Figure D

65. The red rectangle in Figure D denotes the boundary of just the processor cores of Figure 1; the blue rectangle denotes the boundary of the die; and the yellow rectangle denotes the boundary of the packaged die. A POSITA would not be reasonably certain, based on the claim language, which if any of the three depicted boundaries should be used to identify the periphery required in dependent Claim 5. For example, the POSITA would not know whether some or all of the components located outside the red boundary but within the blue boundary are within the "periphery." The POSITA would also be unsure whether the "periphery" might refer to everything

outside the red boundary but within the yellow boundary, or whether "periphery" might include, or be limited to, components outside the yellow boundary.

66.    Thus, it is my opinion that a POSITA cannot determine, with reasonable certainty in view of the claims, the meaning of the phrase "located in a periphery of the multi-core processor."

67.    The '339 Patent's specification does not resolve the ambiguity. As described in the patent, "FIG. 1 illustrates an example configuration of a multi-core processor 100…. The multi-core processor 100 may include multiple processor cores 102 arranged in rows and columns in a 2-dimensional array in an integrated circuit." '339 Patent (Ex. A), 2:4-9. "Each row of processors may also be referred to as a 'stripe.' For example, the multi-core processor 100 may be divided into stripes 112, 114, 116, and 118. Each stripe may be associated with an independent power profile." *Id.* at 2:24-27. A POSITA would understand that each stripe of Figure 1 is an example of the set of processor cores from independent Claims 1 and 21.

68.    The specification further describes control blocks located "at two different sides of the multi-core processor 100 as shown in FIG. 1," "at the same side of the multi-core processor 100," or "in a common area located near the center of the multi-core processor 100." *Id.* at 2:31-40. However, it is unclear whether or not any of these described locations are considered "in a periphery" of the claimed multi-core processor. This lack of clarity is further underscored by the labeling (in the upper left of the figure) of the *entirety* of Figure 1 as a multi-core processor. *Id.* at 2:4-5. This leaves it unclear whether "periphery of the multi-core processor" might be limited to regions *inside* the multi-core processor within some unspecified distance of the boundary of the multi-core processor, however that boundary might be defined, or whether "periphery of the multi-

core processor" also includes components outside the multi-core processor but within some unspecified distance of its boundary.

69.    The description in the specification of the components depicted in Figure 1 as a "multi-core processor" (*id.*) does not resolve the ambiguity. Although the '339 Patent depicts multiple processor cores as physically arranged adjacent each other in rows and columns, neither of independent Claims 1 and 21 nor dependent Claim 5 require the first and second sets to be arranged in adjacent rows, columns, or a grid. A POSITA would understand that that the processor cores of a multi-core processor need not be located immediately adjacent to one another in the manner depicted in the patent's Figure 1. Rather, the first set of processor cores and the second set of processor cores of the claims could be spaced apart on the semiconductor die, as depicted in Demonstrative Figure E.



Figure E

70.    Figure E modifies Figure 1 from the patent such that each of the stripes is spaced apart on the die, and the voltage and control blocks are omitted. If one views the collection of processor cores alone as the "multi-core processor" of the claims, with the stripes of Figure 1

arranged in the manner depicted in Figure E, a POSITA would not understand with reasonable certainty what constitutes the periphery of such a multi-core processor.

71.     Even under a view that the "multi-core processor" of the claims requires not just the multiple cores, but also an interface block, that does not resolve the ambiguities that prevent a POSITA from identifying with reasonable certainty the periphery of the multi-core processor.  For example, Demonstrative Figure F depicts a processor with multiple cores, an interface block, and connecting circuitry, with the subsets of processor cores 154 and 156 as the claimed first and second sets of processor cores; the depicted component placement would not be unusual due to the need to use some of the real estate on the chip for functionalities other than processor cores.



Figure F

72.     But, even with the added interface block and the circuitry connecting it to the two depicted sets of cores, a periphery cannot be ascertained with reasonable certainty.  For example, in Demonstrative Figure G, Figure F is annotated to depict three different potential "peripheries" in yellow, red, and blue, though there are clearly more possible "peripheries" that are not shown. The yellow "periphery" is a boundary immediately adjacent each of the sets of cores and the

interface block, is comprised of three different boundaries, and excludes the circuitry connecting the sets of cores to the interface block. The red "periphery" is a single boundary that is immediately adjacent each set of cores, the interface block, and the connecting circuitry. And the blue "periphery" loosely surrounds all the components and the portions of the die that lie between them. The specification provides no guidance to a POSITA which if any of these potential peripheries— or if a boundary not shown in the figure at all—is the periphery of Claim 5, much less whether a control block located at any of the green reference points A, B, or C is "in" said periphery. Indeed, the sole reference to "periphery" in the specification provides no more detail that what is already in the claim itself: "A power profile associated with an individual processor core may be controlled through signals that may be received from control blocks that are located in the periphery of the multi-core processor." '339 Patent (Ex. A) at 1:62-65.



Figure G

73.    Thus, it is my opinion that a POSITA cannot determine, with reasonable certainty in view of the claims and the specification, the scope of the phrase "located in a periphery of the multi-core processor."

C.    **Term 3: "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores"**

74.    I understand that Redstone proposes that the term "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" should be construed as having its plain and ordinary meaning.

75.    I understand that Qualcomm contends this term is indefinite within the context of the '339 Patent. In my opinion, a POSITA would not be able to determine with reasonable certainty the scope of the term "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" within the context of the '339 Patent.

76.    The term "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" appears in Claim 14 of the '339 Patent, which depends from Claim 1.

77.    For context, Claim 14 of the '339 Patent recites:

14. The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks **located in a common region that is substantially central to the first set of processor cores and the second set of processor cores**.

78.    In my opinion, neither the claims, the specification, nor the prosecution history provide guidance on how to determine whether a region is "common" or whether a region is "substantially central" to the processor cores. Further, neither "located in a common region" nor "substantially central" have a common understanding in the relevant field such that a POSITA could determine with reasonably certainty what constitutes components "located in a common region" or whether such components are "substantially central" to the first and second sets of processor cores.

79.     In my opinion, the claim language provides no clarity as to what constitutes a common region. Claim 14 recites, in part, "the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a common region." Thus, the claim requires that the "common region" is a "region" of processor cores that is "common" to both the first set of processor cores and the second set of processor cores and that further contains one more control blocks.

80.     But this still leaves significant ambiguity. Among other challenges, identifying a "common region" first requires identifying what the patentee means by "region"—a term that, as used herein, compounds rather than resolves ambiguity. The lack of clarity is further underscored by the language of Claim 8, which like Claim 14 depends directly (without any intervening dependent claims) from Claim 1. Claim 8 describes the processor cores as located in a "region." Specifically, Claim 8 states "the first set of processor cores are located in a first region of the multi-core processor, and the second set of processor cores are located in a second region of the multi-core processor."

81.     But, the disclosure of regions containing the first and second sets of processor cores in Claim 8 would not provide a POSITA with reasonable certainty regarding what delineates a region or what it means for such a "region" to be "common" between the first and second sets of processor cores. Absent further guidance, one interpretation of "common" in this context would be regions that overlap each other. But "overlapping" regions are explicitly claimed in Claim 9, which depends from Claim 8 and states, in part, "wherein the first region and the second region are overlapping regions." A POSITA would note that the patentee, by using "overlapping" in Claim 8 and "common" in Claim 14, distinguished between "overlap" and "common," though the nature of such a distinction is never made clear.

- 30 -

82.     In my opinion, the specification does not resolve the lack of clarity regarding "common region." The phrase "common region" is never used in the patent's specification. While the specification does use the phrase "common area," that use is within the context of control blocks being in the same area, as opposed to a region that is "common" to the first and second sets of processor cores, as the claim requires. Specifically, the specification states "[i]n yet some other implementations, the power control block 108 and the clock control block 110 may be arranged in a common area located near the center of the multi-core processor 100." *Id.* at 2:37-40. A POSITA would not understand the "common region" language of Claim 14 to refer to the "common area" of the specification because the cited portion of the specification refers to <u>two</u> control blocks—the power and clock control blocks—as being located in the same area. Such a scenario is not co-extensive with Claim 14, which requires that "<u>one</u> or more control blocks [be] located in a common region that is substantially central to" the first and second sets of processor cores. The patent thus leaves unclear how a region with only one control block could be deemed to have another control block in "common." As such, neither the specification nor the claims provides reasonable certainty as to the scope of a "common region."

83.     In my opinion, another source of ambiguity is the Claim 14 phrase "substantially central."

84.     Neither the claims nor the specification inform a POSITA as to the scope of the phrase "substantially central," nor what it means for a "common region" to be "substantially central" to the first and second sets of processor cores. Indeed, the phrase "substantially central" is never used in the specification.

85.     Claim 14 requires that the region containing "one or more control blocks" is substantially central to the multiple sets of processor cores. An example of control blocks is shown

in Demonstrative Figure H. In this image, the clock control block and the power control block are relatively equidistant from each of the sets of processor cores. Furthermore, the clock control block and the power control block are not immediately adjacent to any set of processor cores. Given this placement of processor cores, the POSITA would not know whether the clock control block and the power control block are "substantially central" (on the basis of being placed in the middle of the figure), or not "substantially central" (on the basis of the separation between the control blocks and processor cores to the first and second sets of processor cores).



Figure H

86.    As substantially central is a term of degree, a POSITA understands that establishing the claim scope requires identifying a position of the control blocks that either would, or would not, be deemed substantially central to the sets of processor cores. To illustrate, Figure H is simplified in Demonstrative Figure I to include only two stripes from Figure 1, *i.e.*, first and second sets of cores, consistent with the asserted claims.



Figure I

87.     The clock control block and the power control block in Figure I are located at the horizontal midpoint between the first and second sets of processor cores, but the control blocks lie in a different vertical position than the sets of processor cores. A POSITA would not understand (a) whether the control blocks in Figure I are substantially central to the sets of processor cores because they are at the horizontal midpoint between the sets of processor cores, or (b) whether the control blocks in Figure I are not substantially central because they are below and in a different vertical plane from the sets of processor cores.

88.     Thus, it is my opinion that a POSITA cannot determine, with reasonable certainty in view of the specification, the claims, and the prosecution history, the bounds of the term "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on the __4th__ day of __April__ 2025 in __Houston, TX_____.

By: _John Villasenor_____

Dr. John Villasenor

**APPENDIX 1**

# John D. Villasenor

## Education

| | |
|---|---|
| 1986 – 1989 | **Stanford University**<br>Ph.D. in Electrical Engineering |
| 1985 – 1986 | **Stanford University**<br>M.S. in Electrical Engineering |
| 1982 – 1985 | **University of Virginia**<br>B.S. in Electrical Engineering |

## Appointments

**Since 1992**  **University of California, Los Angeles**  **Los Angeles, CA**

*Current Position: Professor of Electrical Engineering, Law, Public Policy, and Management; Founder and Faculty Co-Director, Institute for Technology, Law, and Policy*

Focus on innovative communications, networking, security, artificial intelligence, signal and image processing, and computing technologies and their broader implications. Have taught classes in the UCLA schools of engineering, law, public affairs, and management. See http://johnvillasenor.com for more information, including publications.

**Since 2011**  **The Brookings Institution**  **Washington, DC**

*Nonresident Senior Fellow, Governance Studies Program*

Examining a broad range of issues at the intersection of technology, policy, and law, generally related to the topics listed above. See https://www.brookings.edu/experts/john-villasenor/.

**2014-2023**  **Stanford University**  **Stanford, CA**

*The Hoover Institution: National Fellow (2014-2016), Visiting Fellow (2016-2018), Senior Fellow (2018-2023).*

**1990 – 1992**  **Jet Propulsion Laboratory**  **Pasadena, CA**

Developed new techniques for imaging and mapping the earth from space.

## Other Professional Activities

- Member, Council on Foreign Relations
- Have provided congressional testimony approximately half a dozen times (before the Senate Judiciary Committee, House Judiciary Committee, the Senate Commerce Committee, and the House Energy and Commerce Committee). See http://johnvillasenor.com/publications/congressional-testimony/.
- Have contributed to international standards organizations and industry consortia for the development of new communications standards.
- Served as Vice Chair of the International Center for Missing and Exploited Children's Digital Economy Task Force. See https://tmsnrt.rs/4cKAdp6.

- Developed and implemented an online training program covering patents, copyright, trademarks, and trade secrets. The program was adopted and implemented by the University of California system.

## Patents

- Approximately 20 issued U.S. patents in areas including communications, information processing, and cybersecurity.

## Publications

- Approximately 200 academic publications in technology and law journals (see below; see also http://johnvillasenor.com). "H-index" of 53 (as of 2024). Articles and commentary also published in broader interest venues including the *Atlantic*, *Billboard*, the *Chronicle of Higher Education*, *Fast Company*, *Forbes*, the *Huffington Post*, the *Los Angeles Times*, the *New York Times*, *Scientific American*, *Slate*, and the *Washington Post*.

Note: In the list below, engineering papers are listed first, followed by law publications.

Technical Papers Published in Academic Journals; Book Chapters

1. Jason Jaskolka and John Villasenor, "An approach for identifying and analyzing implicit interactions in distributed systems," IEEE Transactions on Reliability, Vol. 66, No. 2, pp. 529-546, June 2017.

2. John Villasenor, "A probabilistic framework for modelling false Title IX 'convictions' under the preponderance of the evidence standard," Law, Probability and Risk, Vol.15, No. 5, pp. 223-237, December 2016.

3. Lok-Won Kim and John Villasenor, "Dynamic function verification for system-on-chip security against hardware-based attacks," IEEE Transactions on Reliability, Vol. 64, No. 4, pp. 1229-1242, November 2015.

4. Jerry Lien, Laura Hughes, Jorge Kina, and John Villasenor, "Mobile money solutions for a smartphone-dominated world," Journal of Payments Strategy & Systems, Vol. 9, No. 3, pp. 341-350, Fall, 2015. Available at SSRN: http://ssrn.com/abstract=2632372

5. Lok-Won Kim and John Villasenor, "Automated iterative pipelining for ASIC design," ACM Transactions on Design Automation of Electronic Systems, Vol. 20, No. 2, February 2015.

6. Lok-Won Kim and John Villasenor, "Dynamic function replacement for system-on-chip security in the presence of hardware-based attacks," IEEE Transactions on Reliability, Vol. 63, No. 2, pp. 661-675, June 2014.

7. Przemyslaw Pawelczak, Shaunak Joshi, Sateesh Addepalli, John Villasenor, Danijela Cabric, "Impact of the connection admission process on the direct retry load balancing algorithm in cellular networks," IEEE Transactions on Mobile Computing, Vol. 12, No. 9, pp. 1681-1696, September 2013.

8. Jianwen Chen, Jason Cong, Luminita A. Vese, John Villasenor, Ming Yan, and Yi Zou, "A hybrid architecture for compressive sensing 3D CT reconstruction," IEEE Journal on Emerging and Selected

2

Topics in Circuits and Systems, Special Issue: Circuits, Systems and Algorithms for Compressive Sensing, Vol. 2, No. 3, pp. 616-625, Oct. 2012.

9.  Jianwen Chen, Jianhua Zheng, Feng Xu, and John Villasenor, "Adaptive frequency weighting for high-performance video coding," IEEE Transactions on Circuits and Systems for Video Technology, Vol. 22, No. 7, pp. 1027-1036, July 2012.

10. W. Hu, J. Wen, W. Wu, Y. Han, S. Yang, and J. Villasenor, "Highly scalable parallel arithmetic coding on muti-core processors using LDPC codes," IEEE Transactions on Communications, Vol. 60, No. 2, pp. 289-194, February 2012.

11. J. Chen, F. Xu, Y. He, J. Villasenor, Y. Han, Y. Xu, Y. Rong, C. Reader, and J. Wen, "Efficient video coding using legacy algorithmic approaches," IEEE Transactions on Multimedia, Vol. 14, No. 1, pp. 111-120, February, 2012.

12. D. Lee, L. Kim, and J. Villasenor, "Precision-aware, self-quantizing hardware architectures for the discrete wavelet transform," IEEE Transactions on Image Processing, Vol. 21, No. 2, pages 768-777, February 2012.

13. L.W. Kim and J.D. Villasenor, "A system-on-chip bus architecture for thwarting integrated circuit Trojan horses," IEEE Transactions on VLSI Systems, vol. 19, no. 10, pp. 1921-1926, October 2011.

14. Y. Han, J. Wen, D. Cabric and J. Villasenor, "Using a vector of observations to identify the number of frequency-hopping transmitters," IEEE Communications Letters, vol. 15, no. 3, pp. 299-301, March 2011.

15. D. Lee, H, Kim, M. Rahimi, D. Estrin, and J.D. Villasenor, "Energy-efficient image compression for resource-constrained platforms," IEEE Transactions on Image Processing, vol. 18. no. 9, pp. 2100-2113, September 2009.

16. D. Lee, R.C.C. Cheung, W. Luk, and J.D. Villasenor, "Hierarchical segmentation for hardware function evaluation," IEEE Transactions on VLSI Systems, vol. 17, No. 1, pp. 103-116, January 2009.

17. D. Lee and J.D. Villasenor, "Optimized custom precision function evaluation for embedded processors," IEEE Transactions on Computers, vol. 58, no. 1, pp. 46-59, January 2009.

18. H. Kim, M. Rahimi, D. Lee, D. Estrin, and J.D. Villasenor, "Energy-aware high resolution image acquisition via heterogeneous image sensors," IEEE Journal of Selected Topics in Signal Processing, vol. 2, no. 4, pp. 526-537, August 2008.

19. H. Kim, D. Lee, and J.D. Villasenor, "Design tradeoffs and hardware architecture for real-time iterative MIMO detection using sphere decoding and LDPC coding," IEEE Journal on Selected Areas in Communications, vol. 26, no. 6, pp. 1003-1014, August 2008.

20. D. Choi, K. Choi, and J.D. Villasenor, "New non-volatile memory structures for FPGA architectures," IEEE Transactions on VLSI Systems, vol. 16, no. 7, pp. 874-881, July 2008.

21. H. Kim and J.D. Villasenor, "Secure MIMO communications in a system with equal numbers of transmit and receive antennas," IEEE Communications Letters, vol. 12, no. 5, pp. 386-388, May 2008.

3

22. D. Lee, H. Kim, C. Jones, and J.D. Villasenor, "Pilotless frame synchronization for LDPC-coded transmission systems," IEEE Transactions on Signal Processing, vol. 56, No. 7, pp. 2865 - 2874, July 2008.

23. D.  Lee, R.C.C. Cheung, J.D. Villasenor, and W. Luk, "Hardware implementation tradeoffs of polynomial approximations and interpolations," IEEE Transactions on Computers, vol. 57, no. 5, pp. 686-701, May 2008.

24. D.B. Thomas, W. Luk, P.H.W. Leong, and J.D. Villasenor, "Gaussian random number generators," ACM Computing Surveys, vol. 39, issue 4, article 11, October 2007.

25. D. Lee, H. Kim, C.R. Jones, and J.D. Villasenor, "Pilotless frame synchronization via LDPC code constraint feedback," IEEE Communications Letters, vol. 11, no. 8, pp. 683-685, August 2007.

26. R.C.C. Cheung, D. Lee, W. Luk, and J.D. Villasenor, "Hardware generation of arbitrary random number distributions from uniform distributions via the inversion method," IEEE Transactions on VLSI Systems, vol. 15, no. 8, pp. 952-962, August 2007.

27. H. Kim, J. Wen, and J.D. Villasenor, "Secure arithmetic coding," IEEE Transactions on Signal Processing, vol. 55, no. 5, pp. 2263 - 2272, May 2007.

28. D. Lee, R.C.C. Cheung, and J.D. Villasenor, "A flexible architecture for precise gamma correction," IEEE Transactions on VLSI Systems, vol. 15, no. 4, pp. 474-479, April 2007.

29. D. Lee and J.D. Villasenor, "A bit-width optimization methodology for polynomial-based function evaluation," IEEE Transactions on Computers, vol. 56, no. 4, pp. 567-571, April 2007.

30. C. Jones, T. Tian, J.D. Villasenor, and R. Wesel, "The universal operation of LDPC codes over scalar fading channels," IEEE Transactions on Communications, vol.  55, no. 1, pp.122-132, January 2007.

31. M.D. Smith and J. Villasenor, "JPEG-2000 rate control for digital cinema," SMPTE Motion Imaging Journal, vol. 115, no. 10, pp. 394-399, October 2006.

32. D. Lee, J.D. Villasenor, W. Luk and P.H.W. Leong, "A hardware Gaussian noise generator using the Box-Muller method and its error analysis," IEEE Transactions on Computers, vol. 55, no. 6, pp. 659-671, June 2006.

33. D. Lee, E.L. Valles, J.D. Villasenor and C.R. Jones, "Joint LDPC decoding and timing recovery using code constraint feedback," IEEE Communications Letters, vol. 10, no. 3, pp. 189-191, March 2006.

34. J. Wen, H. Kim and J.D. Villasenor, "Binary arithmetic coding with key-based interval splitting," IEEE Signal Processing Letters, vol. 13, No. 2, pp. 69-72, February 2006.

35. William J. Kaiser, Gregory J. Pottie, Mani Srivastava, Gaurav S. Sukhatme, John Villasenor, and Deborah Estrin, Networked infomechanical systems (NIMS) for ambient intelligence. Weber W, Rabaey JM, eds. Ambient Intelligence (Springer, Berlin), 83–113, 2005.

36. D. Lee, W. Luk, J.D. Villasenor, G. Zhang and P.H.W. Leong, "A hardware Gaussian noise generator using the Wallace method," IEEE Transactions on VLSI Systems, vol. 13, no. 8, pp. 911-920, August 2005.

37. P.H.W. Leong, G. Zhang, D. Lee, W. Luk and J.D. Villasenor, "A comment on the implementation of the ziggurat method," Journal of Statistical Software, vol. 12, no. 7, February 2005.

38. D. Lee, W. Luk, J.D. Villasenor and P.Y.K Cheung, "A Gaussian noise generator for hardware-based simulations," IEEE Transactions on Computers, vol. 53, no. 12, pp. 1523-1534, December 2004.

39. D. Lee, W. Luk, J.D. Villasenor and P.Y.K Cheung, "The effects of polynomial degrees on the hierarchical segmentation method," in New Algorithms, Architectures, and Applications for Reconfigurable Computing, Chapter 24, W. Rosenstiel and P. Lysaght (Eds.), Springer-Verlag, December 2004.

40. T. Tian, C. Jones, J.D. Villasenor, and R. Wesel, "Selective avoidance of cycles in irregular LDPC code construction," IEEE Transactions on Communications, vol. 52, no. 8, pp. 1242-1247, August 2004.

41. "Networked Infomechanical Systems (NIMS) for Ambient Intelligence", CENS Technical Report 31, December 2003 (PDF File). Ambient Intelligence, J. Rabaey et. Al., 2004

42. K. Lakovic, J. Villasenor, "An algorithm for construction of efficient fix-free codes," IEEE Communication Letters, vol. 7, no. 8, pp. 391-393, August 2003.

43. J. Garcia-Frias, J.D. Villasenor, "Combined turbo detection and decoding for unknown ISI channels", IEEE Transactions on Communications, vol. 51, no. 1, pp. 79-85, January 2003.

44. K. Lakovic, J. Villasenor, "On the design of error-correcting reversible variable length codes," IEEE Communication Letters, vol. 6, no. 8, pp. 337-339, August 2002.

45. Jiangtao Wen and J.D. Villasenor, "Soft-input soft-output decoding of variable length codes," IEEE Transactions on Communications, vol. 50, No. 5, pp. 689-692, May 2002.

46. J. Garcia-Frias and J.D. Villasenor, "Turbo decoding of Gilbert-Elliot channels," IEEE Transactions on Communications, vol. 50, no.3, pp. 357-363, March 2002.

47. J. Garcia-Frias and J.D. Villasenor, "Joint turbo decoding and estimation of hidden Markov sources," IEEE Journal on Selected Areas in Communications, vol. 19, no. 9, pp. 1671-1679, September 2001.

48. S. Saha, M. Jamtgaard and J.D. Villasenor, "Bringing the wireless internet to mobile devices," Computer, vol. 34, no.6, pp.54-58, June 2001.

49. D. Lau, A. Schneider, M.D. Ercegovac and J.D. Villasenor "An FPGA-based library for on-line signal processing," Journal of VLSI Signal Processing Systems for Signal, Image, and Video Technology, vol. 28, no. 1-2, pp. 129-143, May-June 2000.

50. J. Wen, M.Luttrell and J.D Villasenor, "Trellis-based R-D optimal quantization in H.263+," IEEE Transactions on Image Processing, vol. 9, no. 8, pp. 1431-1434, Aug. 2000.

51. J.Y. Liao and J.D. Villasenor, "Adaptive intra block update for robust transmission of H.263," IEEE Transactions on Circuits and Systems for Video Technology, vol. 10, no. 1, pp. 30-35, February 2000.

52. J.D. Villasenor, Y.Q. Zhang, and J. Wen, "Robust video coding algorithms and systems," Proceedings of the IEEE, vol. 87, no. 10, pp. 1724-1733, October 1999.

53. J. Wen and J.D. Villasenor, "Structured prefix codes for quantized low-shape-parameters generalized Gaussian sources," IEEE Transactions on Information Theory, vol. 45, no. 4, pp. 1307-1314, May 1999.

54. J. Garcia-Frias and J.D. Villasenor, "Turbo decoders for Markov channels," IEEE Communications Letters, vol. 2, no. 9, pp. 257-259, September 1998.

55. John Villasenor and Brad Hutchings, "The flexibility of configurable computing," IEEE Signal Processing Magazine, vol. 15, no. 5, pp. 67-84, September 1998.

56. Kang-Ngee Chia, Hea Joung Kim, Shane Lansing, William Mangione-Smith, and John Villasenor, "High-performance automatic target recognition through data-specific VLSI," IEEE Transactions on Very Large Scale Integration Systems, vol. 6, no. 3, pp. 364-371, September 1998.

57. Niko Faerber, Bernd Girod, and John Villasenor, "Extensions of ITU-T Recommendation H.324 for error-resilient video transmission," IEEE Communications Magazine, vol. 36, pp. 120-128, June 1998.

58. B. Belzer and J.D. Villasenor, "Symmetric trellis coded vector quantization," IEEE Transactions on Communications, vol. 45, no. 11, pp. 1354-1357, November 1997.

59. A. Watson, G. Yang, J. Solomon, and J.D. Villasenor, "Visibility of wavelet quantization noise," IEEE Transactions on Image Processing, vol. 6, no.8, pp 1164-1175, August 1997.

60. J. Garcia-Frias and J.D. Villasenor, "Combining hidden Markov source models and parallel concatenated codes," IEEE Communications Letters, vol. 1, no. 4, pp. 111-113, July 1997.

61. A. Lientz and J.D. Villasenor, "Very low variable rate convolutional codes for unequal error protection in DS-CDMA systems," IEEE Transactions on Communications, vol. 45, no. 7, pp. 753-755, July 1997.

62. John Villasenor and William H. Mangione-Smith, "Configurable computing," Scientific American, pp. 66-71, June 1997. (Strictly speaking, this publication is not in a traditional academic journal. However, I am including it here because it is technical in nature and has been very widely cited in the academic literature.)

63. F. Chen, Z. Gao, and J.D. Villasenor, "Lattice Vector quantization of Generalized gaussian sources," IEEE Transactions on Information Theory, vol. 43, pp. 92-103, January 1997.

64. M.J. Tsai, J.D. Villasenor, and F. Chen, "Stack-run image coding," IEEE Transactions on Circuits and Systems for Video Technology, vol. 6, pp. 519-521, October 1996.

65. A. Alwan, R. Bagrodia, N. Bamos, M. Gerla, L. Kleinrock, J. Short, J.D Villasenor, "Adaptive mobile multimedia networks," IEEE Personal Communications, vol. 3, no. 2, pp. 34-51, April 1996.

66. J.D. Villasenor, C. Jones, and B. Schoner, "Video communications using rapidly reconfigurable hardware," IEEE Transactions on Circuits and Systems for Video Technology, vol. 5, pp. 565-567, December 1995.

67. Z. Gao, F. Chen, B. Belzer, and J.D. Villasenor, "A comparison of the Z, E8, and Leech lattices for quantization of low-shape-parameter generalized Gaussian sources," IEEE Signal Processing Letters, vol. 2, pp. 197-199, October 1995.

68. J.D. Villasenor, B. Belzer, J. Liao, "Wavelet filter evaluation for image compression," IEEE Transactions on Image Processing, vol. 4, no. 8, pp. 1053-1060, August 1995.

69. J.D. Villasenor, Tomographic image compression using multidimensional transforms," The Journal of Information Processing and Management, vol. 30, no. 8 pp. 817-824, November 1994.

70. J.D. Villasenor, "Optical Hartley transforms," Proceedings of the IEEE, vol. 82, no. 3, pp. 391-399, March 1994.

71. A. Freeman, J.D. Villasenor, J.D. Klein, P. Hoogeboom, and J. Groot, "On the use of multi-frequency and polarimetric radar backscatter features for classification of agricultural crops," International Journal of Remote Sensing, vol. 15, no. 9, pp. 1799-1812, 1994.

72. J.D. Villasenor, "Alternatives to the Discrete Cosine Transform for irreversible tomographic image compression," IEEE Transactions on Medical Imaging, vol. 12, no. 4, pp. 803-812, December 1993.

73. H.A. Zebker and J.D. Villasenor, "Decorrelation in interferometric radar echoes," IEEE Transactions on Geoscience and Remote Sensing, vol. 30, no. 5, pp. 950-959, September 1992.

74. John Villasenor and Alain Vincent, "An algorithm for space recognition and time tracking of vorticity tubes in turbulence," CVGIP: Image Understanding, vol. 55, No. 1, pp. 27-25, January 1992.

75. John Villasenor and Oscar Buneman, "Rigorous charge conservation for local electromagnetic field solvers," Computer Physics Communications, vol. 69, no. 2, pp. 306-316, March 1992.

76. S.C. Pei, S.B Jaw, J.D. Villasenor, and R.N. Bracewell, "Comment on 'Vector Hartley transform'," Electronics Letters, vol. 26, no. 2, pp. 94-95, January 1990.

77. R.N. Bracewell and J.D. Villasenor, "Fraunhofer diffraction by a spiral slit," Journal of the Optical Society of America, vol. 7, no. 1, pp. 21-25, 1990.

78. J.D. Villasenor and R.N. Bracewell, "Lensless microwave imaging using the Hartley transform," Nature, vol. 335, pp. 617-619, October 1988.

79. John Villasenor, "Two-dimensional optical Hartley transforms in the presence of errors," Applied Optics, vol. 28, no. 13, pp. 2671-2676, 1989.

80. J.D. Villasenor and R.N. Bracewell, "Vector Hartley transform," Electronics Letters, vol. 25, no. 17, pp. 1110-1111, August 1989.

81. John Villasenor and R.N. Bracewell, "Optical phase obtained by analogue Hartley transformation," Nature, vol. 330, pp. 735-737, December 1987.

82. R.N. Bracewell, O. Buneman, H. Hao, and J.D Villasenor, "Fast two-dimensional Hartley transform," Proceedings of the IEEE, vol. 74, no. 9, pp. 1282-1283, September 1986.

Technical Conference Papers

83. Pratyush Garg, John Villasenor & Virginia Foggo, "Fairness Metrics: A Comparative Analysis," Proceedings of the IEEE International Conference on Big Data, December 2020.

84. Jason Jaskolka and John Villasenor, "Identifying Implicit Component Interactions in Distributed Cyber-Physical Systems," Proceedings of HICSS-50 (Hawaii International Conference on System Sciences), Honolulu, HI, Jan. 2017.

85. Jianwen Chen, Feng Xu, John Villasenor, Tao Fan, Haiwu Zhao, Guozhong Wang, "An adaptive covariance-based edge diffusion image enlargement method," Proceedings of the Visual Communications and Image Processing (VCIP) 2012, San Diego, CA, Nov. 2012.

86. J. Villasenor, Y. Han, D. Wen, E. Gonzalez, and J. Chen, "The information rate of modern speech and its implications for language evolution," Proceedings of the Ninth Evolution of Language Conference (Evolang), Kyoto, Japan, pp. 376-383, March 2012.

87. P. Monajemi, R. Sahasrabudhe, and J. Villasenor, "Scheduling in heterogeneous cellular networks with mobility," 2012 Information Theory and Applications Workshop, San Diego, February 2012.

88. M. Yan, J. Chen, L. A. Vese, J. Villasenor, A. Bui and J. Cong, "EM+TV based reconstruction for cone-beam CT with reduced radiation," Proceedings of the 7th International Symposium on Visual Computing (ISVC), Part I, LNCS 6938, pp. 1-10, Las Vegas, Nevada, Sept. 2011.

89. Jianwen Chen, Ming Yan, Luminita Vese, John Villasenor, Alex Bui, and Jason Cong, "EM-TV for reconstruction of cone-beam CT with curved Detectors using GPU," Proceedings of the Fully Three-Dimensional Image Reconstruction in Radiology and Nuclear Medicine Conference, pp. 363-366, July, 2011.

90. Xinyu Zhang, Zhuoyuan Chen, Jiangtao Wen, Jianwei Ma, Yuxing Han and John Villasenor, "A compressive sensing reconstruction algorithm for trinary and binary sparse signals using pre-mapping," Proceedings of the 2011 IEEE Data Compression Conference (DCC), March, 2011.

91. Xinyu Zhang, Jiangtao Wen, Yuxing Han and John Villasenor, "An improved compressive sensing reconstruction algorithm using linear/non-linear mapping," Proceedings of the Information Theory and Application Workshop (ITA), San Diego, February, 2011.

92. Esteban Valles, Richard Wesel, John Villasenor, Christopher Jones, and Marvin Simon, "Pilotless carrier phase-synchronization via LDPC code feedback," Proceedings of Milcom 2010, October 2010.

93. Shaunak Joshi, Przemyslaw Pawelczak, Sateesh Addepalli, John Villasenor, and Danijela Cabric, "Connection Admission Versus Load Balancing," Proceedings of IEEE Globecom 2010, Miami, December 2010.

94. Y. K. Jang and J. Villasenor, "SINR improvement through reconfigurable antenna adaptation to handheld device orientation," Proceedings of the IEEE AP-S International Symposium, Toronto, Canada, July 2010.

95. Yuxing Han, Jiangtao Wen, Danijela Cabric, Sateesh Addepalli, John Villasenor, "A probabilistic approach to identifying the number of transmitters in the presence of mis-detection," Proceedings of the 2010 IEEE Int. Conference on Communications (ICC), Cape Town, South Africa, June 2010.

96. Jiangtao Wen, Zhuoyuan Chen, Yuxing Han, John Villasenor, and Shiqiang Yang, "Reconstruction of sparse binary signals using compressive sensing," Proceedings of the 2010 IEEE Data Compression Conference, March, 2010.

97. Zhuoyuan Chen, Jiangtao Wen, Yuxing Han, John Villasenor, and Shiqiang Yang, "Image compression using the DCT and noiselets: a new algorithm and its rate distortion performance," Proceedings of the 2010 IEEE Data Compression Conference, March, 2010.

98. Zhuoyuan Chen, Jiangtao Wen, Yuxing Han, John Villasenor, Shiqiang Yang, "A compressive sensing image compression algorithm using quantized DCT and noiselet information," Proceedings of IEEE ICASSP 2010, Dallas, March 2010.

99. Yuxing Han, Shaunak Joshi, Lillian Dai, Danijela Cabric, Sateesh Addepalli, Jiangtao Wen and John Villasenor, "A Probabilistic Approach to Identifying the Number of Frequency Hoppers for Spectrum Sensing," Proceedings of Globecom 2009, Dec. 2009.

100. Shaunak Joshi, Ray C.C. Cheung, Pooya Monajemi, and John Villasenor, "Traffic-based study of femtocell access policy impacts on HSPA service quality," Proceedings of Globecom 2009, Dec. 2009.

101. Lok-Won Kim, John D. Villasenor and Cetin K. Koc, "A Trojan-resistant system-on-chip bus architecture," Proceedings of IEEE Military Communication (MILCOM) 2009, Boston, Oct. 2009.

102. Alican Gok, Shaunak Joshi, John Villasenor and Danijela Cabric, "Estimating the Number of Bluetooth Transmitters Using Spectral Sensing With Time and Frequency Offset Measurements," Proceedings of IEEE Military Communication (MILCOM) 2009, Boston, Oct. 2009.

103. Ray C.C. Cheung, C.K. Koc, and John Villasenor, "An efficient hardware architecture for spectral hash algorithm," Proceedings of the IEEE International Conference on Application-specific Systems, Architectures and Processors (ASAP), Boston, July 7 -9, 2009.

104. K. Soroushian, S. Priyadarshi, and J. Villasenor, "H.264 parameter optimizations for internet based distribution of high quality video," Proceedings of the SMPTE 2008 Annual Technical Converence, October 2008.

105. S. Priyadarshi, K. Soroushian and J. Villasenor, "Rich metadata description for interactivity and dynamic user-generated information," Proceedings of the SMPTE 2008 Annual Technical Converence, October 2008.

106. D. Choi, P. Monajemi, S. Kang, and J. Villasenor, "Dealing with loud neighbors: the benefits and tradeoffs of adaptive femtocell access," Proceeedings of Globecom 2008, December 2008.

107. Yuxing Han, Jiangtao Wen and John D. Villasenor, "Entropy coding using equiprobable partitioning," Proceedings of the Forty-Sixth Annual Allerton Conference on Communication, Control, and Computing, September 2008.

108. M.D. Smith and J.D. Villasenor, "Bitrate Reduction Techniques for Stereoscopic Digital Cinema Distribution," SPIE Electronic Imaging Conference 2008: Visual Communications and Image Processing (VCIP), vol. 6822, pp. 1-9, San Jose, CA, January 2008.

109.     D. Lee, H. Kim, S. Tu, M. Rahimi, D. Estrin, and J.D. Villasenor, "Energy-optimized image communication on resource-constrained sensor platforms," Proceedings of the IEEE/ACM International Conference on Information Processing in Sensor Networks: Special Track on Sensor Platforms, Tools and Design Methods (SPOTS), pp.  126-225, Cambridge, MA, Apr 2007.

110.     M.D. Smith and J. Villasenor, "Constant Quality JPEG2000 Rate Control for Digital Cinema," Proceedings of the Visual Communication and Image Processing Conference, VCIP 2007, San Jose, CA, Jan 2007.

111.     D. Lee, R.C.C. Cheung, J.D. Villasenor and W. Luk, "Inversion-based hardware Gaussian random number generator: a case study of function evaluation via hierarchical segmentation," Proceedings of the IEEE International Conference on Field-Programmable Technology (FPT), pp. 33-40, Bangkok, Thailand, Dec 2006.

112.     R. Osborne and J. Villasenor, "Video traffic modeling for resource-constrained clients," Proceedings of Globecom 2006, Nov 2006.E. Valles, C. Jones, J. Villasenor, and R. Wesel, "Carrier and timing synchronization of BPSK via LDPC code feedback," Proceedings of the 40th Annual Asilomar Conference on Signals, Systems, and Computers, pp. 2177-2181, Pacific Grove, CA, Nov 2006.

113.     Marvin Simon, Esteban Valles, Christopher Jones, Richard Wesel and John Villasenor, "Information-reduced carrier synchronization of BPSK and QPSK using soft decision feedback," Proceedings of the 44th Annual Allerton Conference on Communications, Control and Computing, September 2006.

114.     D. Choi, E.P. Kwon, H. Lee, J. Chang, K. Choi, and J. Villasenor, "Single-chip integration of SRAM and non-volatile memory using bit-line sharing," Proceedings of the European Solid State Circuits Conference (ESSCIRC) 2006, pp. 295-298, Sept 2006.

115.     K. Lakovic, T. Tian, and J. Villasenor, "Iterative Decoder design for joint source-Channel LDPC coding," Proceedings of IEEE EUROCON 2005, pp. 486-489, Nov. 2005.

116.     E. Valles, A.I. Vila Casado, M. Blaum, J. Villasenor, and R.D. Wesel, "Hamming codes are rate-efficient array codes," Proceedings of the Globecom 2005, vol. 3, pp. 1320-1324, December 2005.

117.     J. Wen, H. Kim and J.D. Villasenor, "Secure arithmetic coding using interval splitting," Proceedings of the 39th Annual Asilomar Conference on Signals, Systems, and Computers, pp. 1218-1221, Pacific Grove, CA, October 2005.

118.     G. Zhang, P.H.W. Leong, D. Lee, J.D. Villasenor, R.C.C. Cheung, and W. Luk, "Ziggurat-based hardware Gaussian random number generator," Proceedings of the IEEE International Conference on Field Programmable Logic and its Applications (FPL), Tampere, Finland, September 2005.

119.     M. Smith, J. Villasenor, "Intra-frame JPEG-2000 vs.  inter-frame compression comparison: The benefits and trade-offs for very high quality, high resolution sequences," Proceedings of the SMPTE Technical Conference and Exhibition, pp. 1-9, Pasadena, CA., October 2004.

120.     T. Tian, C. Jones, and J. Villasenor, "Rate-compatible low-density parity-check codes," Proceedings of the International Symposium on Information Theory, Chicago, IL, July 2004.

121.    D. Lee, W. Luk, C. Wang, C. Jones, M. Smith and J.D. Villasenor, "A flexible hardware encoder for low-density parity-check codes," Proceedings of the IEEE Symposium on Field-Programmable Custom Computing Machines, pp. 101-111, Napa, CA, April 2004.

122.    D. Lee, W. Luk, J.D. Villasenor and P.Y.K Cheung, "Hierarchical segmentation schemes for function evaluation," Proceedings of the IEEE International Conference on Field-Programmable Technology, pp. 92-99, Tokyo, Japan, December 2003.

123.    C. Jones, A. Matache, T. Tian, J. Villasenor, and R. Wesel, "The Universality of LDPC Codes on wireless channels," Proceedings of the 2003 IEEE Military Communications Conference, vol. 1, pp. 440-445, October 2003.

124.    C. Jones, E. Valles, M. Smith, J. Villasenor, "Approximate-MIN constraint node updating for LDPC code decoding," Proceedings of the IEEE Military Communications Conference, vol. 1 pp. 157-162, October 2003.

125.    D. Lee, W. Luk, J.D. Villasenor and P.Y.K Cheung, "Non uniform segmentation for hardware function evaluation," Proceedings of theInternational Conference on Field Programmable Logic and Applications, Lisbon, Portugal, pp. 796-807, September 2003.

126.    D. Lee, W. Luk, J.D. Villasenor and P.Y.K Cheung, "A hardware Gaussian noise generator for channel code evaluation," Proceedings of IEEE Symposium on Field-Programmable Custom Computing Machines, pp. 69-78, Napa, CA, April 2003.

127.    T. Tian, C. Jones, John Villasenor, and Rick Wesel, "Construction of irregular LDPC codes with low error floors," Proceedings of the IEEE International Conference on Communications, May 2003.

128.    K. Lakovic K. and J. Villasenor, "Design considerations for efficient reversible variable length codes," Proceedings of the Thirty-Sixth Asilomar Conference on Signals, Systems and Computers, pp. 262-266, Monterey, CA, November 2002.

129.    C.Jones, T.Tian, Adina Matache, R.Wesel, and J.Villasenor, "Robustness of LDPC Codes in periodic fading channels," Proceedings of IEEE Globecom, Taipei, Taiwan, November 2002.

130.    K. Lakovic and J. Villasenor, "On reversible variable length codes with turbo codes, and iterative source-channel decoding," Proceedings of the IEEE International Symposium on Information Theory, July 2002.

131.    K. Lakovic and J. Villasenor, "Combining Variable Length Codes and Turbo Codes," Proceedings of the IEEE VTS 55th Vehicular Technology Conference, Birmingham, Alabama, May 2002.

132.    Adam H.  Li, Jay Fahlen, Tao Tian, Luciano Bononi, So-Young Kim, Jeong-Hoon Park, and John Villasenor, "Generic uneven level protection algorithm for multimedia data transmission over packet-switched networks," Proceedings of the IEEE International Conference on Computer Communications and Networks Proceedings, pp. 340-346, October 2001.

133.    Ksenija Lakovic and John Villasenor, "Parallel concatenated codes for iterative source-channel decoding," Proceedings of the 39th Annual Allerton Conference on Communications, Control and Computing, October 2001.

134.    T. Tian, A.H. Li, J.Wen and J.Villasenor, "priority dropping in network transmission of scalable video," Proceedings of the 7th IEEE International Conference on Image Processing, vol.3, pp. 400-403, Vancouver, BC, Canada, September 2000.

135.    M. Luttrell, J.Wen and J. Villasenor, "Trellis-based R-D optimal quantization in H.263+," Proceedings of the 7th IEEE International Conference on Image Processing, vol.3, pp.852-854, , Vancouver, BC, Canada, September 2000.

136.    Ksenija Lakovic, Christopher Jones, and John Villasenor, "Investigating Quasi Error Free (QEF) operation with turbo codes," Proceedings of the 2nd International Symposium on Turbo Codes and Related Topics, Brest, France, September 2000.

137.    J. Garcia-Frias and J.D. Villasenor, "Low complexity turbo decoding for binary hidden Markov channels," Proceedings of the 2000 IEEE 51st Vehicular Technology Conference, pp. 840-843, Tokyo, Japan, May 2000.

138.    Adam H. Li, Surin Kittitornkun, Yu-Hen Hu, Dong-Seek Park, and John Villasenor, "Data partitioning and reversible variable length codes for robust video communications," IEEE Data Compression Conference Proceedings, pp.460-469, March 2000.

139.    Ksenija Lakovic, John Villasenor, Rick Wesel, "Robust joint Huffman and convolutional decoding," Proceedings of the IEEE VTS 50th Vehicular Technology Conference, pp. 2551-2555, Amsterdam, The Netherlands, September 1999.

140.    M. Luttrell, J. Villasenor, J.H. Park, and D.S. Park, "A data partitioning based video coding algorithm for error prone channels," Proceedings of the International Packet Video Workshop 1999.

141.    J. Garcia-Frias and J. Villasenor, "Combined blind equalization and turbo decoding," Proceedings of the 1999 International Communications Conference, Vancouver, Canada, June 1999.

142.    J. Garcia-Frias and J. Villasenor, "Blind turbo decoding and equalization," Proceedings of the 1999 Vehicular Technology Conference, Houston, Texas, May 1999.

143.    Jiangtao Wen and John Villasenor, "Utilizing soft information in decoding of variable length codes," Proceedings of the IEEE Data Compression Conference, pp. 131-139, March 1999.

144.    J. Garcia-Frias and J. Villasenor, "Exploiting binary Markov channels with unknown parameters in turbo coding," Proceedings of the 1998 IEEE Global Telecommunications Conference, pp. 3244-3249, Sydney, Australia, November 1998.

145.    P. Meshkat and J. Villasenor, "New schedules for information processing in turbo decoding algorithms," Proceedings of the 1998 IEEE International Symposium on Information Theory, p. 118, Cambridge, Massachusettes August 1998.

146.    P. Meshkat and J. Villasenor, "Generalized versions turbo decoding in the framework of bayesian networks and pearl's belief propagation algorithm," Proceedings of the IEEE 1998 International Conference on Communications, pp. 121-125, Atlanta, Georgia, June 1998.

147.    J. Garcia-Frias and J. Villasenor, "Turbo codes for binary markov channels," Proceedings of the IEEE 1998 International Conference on Communications, pp. 110-115, Atlanta, Georgia, June 1998.

148.    J. Garcia-Frias and J. Villasenor, "Turbo decoding of hidden markov sources with unknown parameters," Proceedings of the 1998 IEEE Data Compression Conference, pp. 159-168, Snowbird, Utah, March 1998.

149.    Jiangtao Wen and John Villasenor, "Reversible variable length codes for efficient and robust image and video coding," Proceedings of the IEEE 1998 Data Compression Conference, pp. 471-480, Snowbird, Utah, March 1998.

150.    J. Garcia-Frias and J. Villasenor, "Markov structures in turbo becoding," Proceedings of the 1998 Information Theory Workshop, pp. 54-55, San Diego, California, February 1998.

151.    J. Wen and J. Villasenor, "A class of reversible variable length codes for robust image and video coding," Proceedings of the IEEE International Conference on Image Processing, vol. 2, pp. 65-68, Santa Barbara, CA, October 1997.

152.    J. Garcia-Frias, D. Benyamin, and J. Villasenor, "Rate-distortion optimal parameter choice in a wavelet image communications system," Proceedings of the IEEE International Conference on Image Processing, vol. 2, pp. 25-28, Santa Barbara, CA, October 1997.

153.    J. Garcia-Frias and J. Villasenor, "Joint source channel decoding of turbo codes," Proceedings of the 1997 International Symposium on Turbo Codes, pp. 259-262, Brest, France, September 1997.

154.    J. Garcia-Frias and J. Villasenor, "An analytical treatment of channel-induced distortion in run length coded subbands," Proceedings of the IEEE 1997 Data Compression Conference, pp. 52-61, Snowbird, Utah, March 1997.

155.    A.B. Watson, G.Y. Yang, J.A. Soloman, J. Villasenor, "Visual thresholds for wavelet quantization error," Proceedings of the SPIE - The International Society for Optical Engineering, vol. 2657, pp. 382-392, 1996.

156.    J. Wen, P. Meshkat, and J. Villasenor, "Structured trees for lossless coding of quantized wavelet coefficients," Proceedings of the 30th Asilomar Conference on Signals, Systems, & Computers, vol. 2, pp 931-937, Pacific Grove, CA, November 1996.

157.    M.J. Tsai, J. Villasenor, and F. Chen, "Stack-run coding for low bit rate image communication," Proceedings of the 1996 IEEE International Conference on Image Processing, vol. 1, pp. 681-684, Lausanne, Switzerland, September 1996.

158.    F. Chen, J. Villasenor and D.S. Park, "A low-complexity rate-distortion model for motion estimation in H.263," Proceedings of the 1996 IEEE International Conference on Image Processing, vol. 2, pp. 517-520, Lausanne, Switzerland, September 1996.

159.    J.Y. Liao and J. Villasenor, "Adaptive Intra update for video coding under noisy channels," Proceedings of the 1996 International Conference of Image Processing, vol. 3, pp. 763-766, Lausanne, Switzerland, September 1996.

160.    J. Villasenor, B. Schoner, K.N. Chia, and C. Zapata, H.J. Kim, C. Jones, S. Lansing, and B. Mangione-Smith, "Configurable computing solutions for automatic target recognition," Proceedings of the IEEE Symposium of FPGAs for Custom Computing Machines, pp. 70-79, Napa, CA, April 1996.

13

161.    J. Villasenor, R.A. Ergas, and P.L. Donoho, "Seismic data compression using high-dimensional wavelet transforms," Proceedings of the IEEE 1996 Data Compression Conference, pp. 396-405, Snowbird, Utah, April 1996.

162.    B. Belzer and J. Villasenor, "Symmetric trellis coded vector quantization," Proceedings of the IEEE 1996 Data Compression Conference, pp. 13-22, Snowbird, Utah, April 1996.

163.    J. Villasenor, "Image compression for defense applications--perspectives and directions," Proceedings of the 1995 IEEE Military Communications Conference, Los Angeles, California, November 1995.

164.    P.L. Donoho, R.A. Ergas, and J. Villasenor, "High performance seismic trace compression," Proceedings of the 65th Society of Exploration Geophysicists Conference, pp. 160-163, Houston, Texas, October 1995.

165.    Benjamin Belzer, J. Villasenor, and Bernd Girod, "Joint source channel coding of images with trellis coded quantization and convolutional codes," Proceedings of the 1995 IEEE International Conference on Image Processing, vol. 2, pp. 85-88, Oct. 1995.

166.    F. Chen, Z. Gao, and J. Villasenor, "A lattice vector quantizer for generalized Gaussian sources," Proceedings of the IEEE Conference on Image Processing, pp. 105-108, Oct. 23-26, 1995.

167.    M.J. Tsai, J.D. Villasenor, A. Chatziioannou, and M. Dahlbom, "Positron emission tomograph compression by using wavelet transforms," Proceedings of the IEEE 1995 Nuclear Science Symposium and Medical Imaging Conference, Medical Imaging, Paper No. 7M10, , San Francisco, CA, October 1995.

168.    R. Jain, J. Short, S. Nazareth, L. Kleinrock, and J. Villasenor, "PC-notebook-based mobile networking: algorithms, architectures, and implementation," Proceedings of the IEEE 1995 International Communications Conference, Seattle, Washington, June 1995.

169.    B. Schoner, C. Jones and J. Villasenor, "Issues in wireless video coding using run-time-reconfigurable FPGAs," Proceedings of the IEEE Symposium on FPGAs for Custom Computing Machines, pp. 85-89, Napa, California, April 1995.

170.    J. Villasenor, R. Jain, B. Belzer, W. Boring, and C. Jones, "Wireless video coding system demonstration," Proceedings of the IEEE 1995 Data Compression Conference, pp. 448, Snowbird, Utah, March 1995.

171.    Z. Gao, F. Chen, B. Belzer, and J. Villasenor, "A Comparison of the Z, E8, and Leech Lattices for image subband quantization," Proceedings of the 1995 IEEE Data Compression Conference, pp. 312-321, Snowbird, Utah, March 1995.

172.    B. Schoner, J. Villasenor, S. Molloy, and R. Jain, "Techniques for FPGA Implementation of video compression," Proceedings of the ACM/SIGBA International Symposium on Field-Programmable Gate Arrays, 1995.

173.    H. Chou, F. Chen, D. Valentino, L. Huang, and J. Villasenor, "Large scale implementation of optimal image compression algorithms," Proceedings of the SPIE Medical Imaging, Image Display Conference, SPIE Proceedings vol. 2431, San Diego, California ,February 1995.

174.   B. Belzer, J. Liao, and J. Villasenor, "Adaptive video coding for mobile wireless networks," Proceedings of IEEE International Conference on Image Processing, pp. 972-976, Austin, Texas, 1994.

175.   M.J. Tsai, J. Villasenor, and B.K.T. Ho, "Coronary angiogram video compression," Proceedings of the IEEE 1994 Nuclear Science Symposium and Medical Imaging Conference, Medical Imaging, paper No. 8M65, Norfolk, Virginia, November 1994.

176.   J. Villasenor, B. Belzer, and J. Liao, "Filter evaluation and selection in wavelet image compression," 1994 IEEE Proceedings of the Data Compression Conference, pp. 351-360, Snowbird, Utah, March 1994.

177.   M.J. Tsai, B.K.T. Ho, and J. Villasenor, "Motion estimation and wavelet transform in angiogram video coding," Proceedings of the 1993 IEEE Conference Record Nuclear Science Symposium and Medical Imaging Conference, vol. 2, pp.1121-1125, November 1993.

178.   J. Villasenor, "Full-Frame Compression of Tomographic Images using Discrete Fourier Transform," Proceedings of the IEEE 1993 Data Compression Conference, pp. 195-203, Snowbird, Utah, April 1993.

179.   H. Zebker and J. Villasenor, "Temporal decorrelation in repeat pass-radar interferometry," Proceedings of the 12th Annual International Geoscience and Remote Sensing Symposium, Houston, TX; pp. 941-943, May 1992.

180.   H. Zebker, J. Villasenor, and S. Madsen, "Topographic mapping from ERS-1 and SEASAT radar interferometry," IGARSS '92; Proceedings of the 12th Annual International Geoscience and Remote Sensing Symposium, Houston, pp. 387-388, May 1992.

181.   J. Villasenor and H. Zebker, "Studies of temporal change using radar interferometry," Proceedings of Synthetic Aperture Radar, Los Angeles, CA; pp. 187-198. May 1992.

Law Review and Other Academic Legal Publications

182.   John Villasenor, "Ten Thousand AI Systems Typing on Keyboards: Generative AI in Patent Applications and Preemptive Prior Art," 26 *Vanderbilt Journal of Entertainment and Technology Law*, Vol. 26, p. 375, 2024.

183.   John Villasenor, "Artificial Intelligence, Trade Secrets, and the Challenge of Transparency," 25 *North Carolina Journal of Law and Technology*, Vol. 25, p. 495, 2024.

184.   John Villasenor, "Generative Artificial Intelligence and the Practice of Law: Impact, Opportunities, and Risks," 25 *Minnesota Journal of Law, Science, and Technology*, Vol. 25, p. 25, 2024.

185.   John Villasenor, "Reconceptualizing Conception: Making Room for Artificial Intelligence Inventions," *Santa Clara High Technology Law Journal*, Vol. 39, p. 197, February 2023.

186.   John Villasenor, "The First Amendment and Online Access to Information About Abortion: The Constitutional and Technological Problems with Censorship," *Northwestern Journal of Technology and Intellectual Property*, Vol. 20, p. 87, November 2022.

187.    Leeza Arbatman and John Villasenor, "Anonymous Expression and 'Unmasking' in Civil and Criminal Proceedings," *Minnesota Journal of Law, Science, and Technology*, Vol. 33, p. 77, January 2022.

188.    Virginia Foggo and John Villasenor, "Algorithms, Housing Discrimination, and the New Disparate Impact Rule," *Columbia Science and Technology Law Review*. Vol. 22, p. 1, January 2021.

189.    Virginia Foggo, John Villasenor and Pratyush Garg, "Algorithms and Fairness," *Ohio State Technology Law Journal*, Vol. 17, p. 123, December 2020.

190.    John Villasenor and Virginia Foggo, "Artificial Intelligence, Due Process, and Criminal Sentencing," *Michigan State Law Review*, vol. 2020, p. 295, summer 2020.

191.    John Villasenor, "Views Among College Students Regarding Freedom of Expression: An Analysis in Light of Key Supreme Court Decisions," *University of Pennsylvania Journal of Constitutional Law Online*, Vol. 20, January 2018.

192.    John Villasenor, "A probabilistic framework for modelling false Title IX 'convictions' under the preponderance of the evidence standard," *Law, Probability and Risk*, vol. 15, pp. 223-237, December 2016.

193.    John Villasenor, "Technology and the Role of Intent in Constitutionally Protected Expression," *Harvard Journal of Law and Public Policy*, Vol. 39, No. 3, Spring 2016.

194.    John Villasenor, "Corporate Cybersecurity Realism: Managing Trade Secrets in a World Where Breaches Occur," *American Intellectual Property Law Association Quarterly Journal*, Volume 43, Numbers 2/3, pages 329-357, Spring/Summer 2015. Available through SSRN at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2488756.

195.    John Villasenor, "Rethinking a Digital First Sale Doctrine in a Post-*Kirtsaeng* World: The Case for Caution" *Competition Policy International Antitrust Chronicle*, Vol. 2, May 2013.

196.    John Villasenor, "Observations from Above: Unmanned Aircraft Systems and Privacy," *Harvard Journal of Law and Public Policy*, Vol. 36, No. 2, Spring, 2013.

197.    Vivek Mohan and John Villasenor, "Decrypting the Fifth Amendment: The Limits of Self-Incrimination in the Digital Era" *University of Pennsylvania Journal of Constitutional Law Heightened Scrutiny*, vol. 15, October 2012.

<u>Book</u>

Ilana Redstone and John Villasenor, "Unassailable Ideas: How Unwritten Rules and Social Media Shape Discourse in American Higher Education," Oxford University Press, 2020.

**John Villasenor Previous Testimony**
April 2025

To the best of my current recollection, the federal district court, ITC, and PTAB matters in which I have testified in trial or deposition within the last four years[1] are listed below. The party on behalf of which I was retained is shown in bold text.

*In the Matter of Certain Movable Barrier Operator Systems and Components Thereof,* ITC Investigation No. 337-TA-1209.I represented respondent **Chamberlain Group, Inc**. Complainant was Overhead Door Corporation and GMI Holdings Inc.

NexStep, Inc. v. **Comcast Cable Communications, LLC**, Case No. 19-1031, D. Del.

**Qualcomm Inc.** v. Monterey Research, LLC, IPR2020-01493

Future Link Systems LLC v. **Qualcomm Inc.**, Case No. 6:21-cv-00265-ADA, W.D. Tex.

Intertrust Technologies Corp. v. **Cinemark Holdings, Inc.**, **AMC Entertainment Holdings, Inc.**, and **Regal Entertainment Group**, Case Nos. 2:19-cv-00266-JRG, 2:19-cv-00265-JRG, 2:19-cv-00267-JRG, E.D. Tex.

**Chamberlain Group, Inc.** v. Overhead Door Corporation and GMI Holdings Inc., Case No. 2:21-cv-00084-JRG, E.D. Tex.

Solas OLED Ltd. v. **Samsung**, Case No. 2:21-cv-00105-JRG, E.D. Tex.

SAIC v. United States, **Microsoft**, and **L3**, Case No. 17-cv-00825, Court of Federal Claims

Abbott Diabetes Care Inc. v. **Dexcom, Inc.**, Case No. C.A. No. 21-cv-00977 (KAJ), D. Del.

GoTV Streaming, LLC v. **Netflix, Inc**., Case No. 2:22-CV-07556-RGK-SHK, C.D. Cal

*In the Matter of Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof,* ITC Investigation No. 337-TA-1335 in the United States International Trade Commission. I represented respondent **Qualcomm**. Complainant was Daedalus Prime LLC.

Centripetal Netw., LLC v. **Palo Alto Netw., Inc.**, Case No. 2:21-Cv-00137-EWH, E.D. VA

Polaris PowerLED Tech., LLC v. **Samsung Elec. Am., Inc**., Case No. 2:22-cv-00469-JRG, E.D. Tex.
*In The Matter of Certain Cameras, Camera Systems, and Accessories Used Therewith*, ITC Investigation No. 337-TA-1400 in the United States International Trade Commission. I represent complainant **GoPro**. Respondent is Arashi Vision (U.S.) LLC (D/B/A Insta360).

---

[1] For some of the matters listed here, the time since I last provided testimony may be greater than four years.