# **EXHIBIT 4**

# REDSTONE LOGICS, LLC

## v.

# NXP USA, INC.

### Case No. 7:24-cv-00028-DC-DTG

# REDSTONE LOGICS, LLC

## v.

# MEDIATEK, INC. and MEDIATEK USA, INC.

### Case No. 7:24-cv-00029-DC-DTG

## Redstone's *Markman* Presentation

### February 19, 2025

# "the first clock signal is independent from the second clock signal"

| Redstones's Proposal | Preliminary Construction | NXP's Proposal |
|---|---|---|
| Plain and ordinary meaning | **Plain and Ordinary Meaning** | **Plain and Ordinary meaning where the plain and ordinary meaning requires that the first and second clock signals are provided by or processed (i.e., divided or multiplied) from different reference oscillator clocks.** |

3

# NXP's "Plain and Ordinary Meaning" is Wrong



Dkt. 43 at 2

17