AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| REDSTONE LOGICS LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:24-cv-000231-ADA |
| QUALCOMM INC. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC .

Date:   05/27/2025                           /s/ Joshua Scheufler
                                                             *Attorney's signature*

                                           Joshua Scheufler, CA SBN 330462
                                             *Printed name and bar number*

                                             Russ August & Kabat
                                             12424 Wilshire Blvd., 12th Floor
                                             Los Angeles, CA 90025
                                                          *Address*

                                             jscheufler@raklaw.com
                                                       *E-mail address*

                                             (310) 826-7474
                                                    *Telephone number*

                                             (310) 979-8268
                                                       *FAX number*