AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-cv-000231-ADA |
| QUALCOMM INC. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                                                                              .

Date:    08/19/2025                                                          /s/ Matthew D. Aichele
                                                                              *Attorney's signature*

                                                                  Matthew D. Aichele, DC Bar No. 996085
                                                                       *Printed name and bar number*

                                                                         RUSS AUGUST & KABAT
                                                                     800 Maine Avenue NW, Suite 200
                                                                          Washington, DC 20024

                                                                                  *Address*

                                                                           maichele@raklaw.com
                                                                              *E-mail address*

                                                                              (202) 664-0623
                                                                            *Telephone number*

                                                                              (310) 979-8268
                                                                               *FAX number*

Print        Save As...                                                                                                        Reset