# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 7:24-CV-00231-ADA |
| QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC., | § § § | **Jury Trial Demanded** |
| Defendants. | § § § | |

## JOINT MOTION FOR PROTECTIVE ORDER

As the Court has resolved certain of the parties' disputes regarding the language of the proposed Protective Order, Plaintiff Redstone Logics LLC and Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. hereby jointly request that the Court enter the Protective Order (attached hereto) implementing the Court's rulings.

| | |
|---|---|
| Dated: August 21, 2025 | Respectfully submitted, |
| By: */s/ Reza Mirzaie* | By: */s/ Richard S. Zembek* |
| Reza Mirzaie, SBN 246953<br>**RUSS AUGUST & KABAT**<br>Email: rmirzaie@raklaw.com<br>Marc A. Fenster, SBN 181067<br>Email: mfenster@raklaw.com<br>Neil A. Rubin, SBN 250761<br>Email: nrubin@raklaw.com<br>Christian W. Conkle, SBN 306374<br>Email: cconkle@raklaw.com<br>Jonathan Ma, SBN 312773<br>Email: jma@raklaw.com<br>Joshua Scheufler, SBN330462<br>Email: jscheufler@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474 | Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>Daniel S. Leventhal (SBN 24050923)<br>daniel.leventhal@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>1550 Lamar Street, Suite 2000<br>Houston, Texas 77010<br>Tel: (713) 651-5151<br>Fax: (713) 651-5246<br><br>Eric C. Green (SBN 24069824)<br>eric.green@nortonrosefulbright.com<br>Brett A. McKean (SBN 24057994)<br>brett.mckean@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701 |

2

Facsimile: (310) 826-6991

Qi (Peter) Tong
Texas State Bar No. 24119042
**RUSS AUGUST & KABAT**
Email: ptong@raklaw.com
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

COUNSEL FOR PLAINTIFF REDSTONE LOGISTICS LLC

Tel: (512) 474-5201
Fax: (512) 536-4598
**COUNSEL FOR DEFENDANTS QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC**.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/     *Reza Mirzaie*
Reza Mirzaie