IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>      Defendants. | Case No. 7:24-cv-00231-ADA |

### ORDER

Defendants Qualcomm Inc.'s and Qualcomm Technologies, Inc.'s Partial Motion to Dismiss for Failure to State a Claim is hereby GRANTED. Plaintiff Redstone, LLC's contention that it complied with 35 U.S.C. § 287 and any claims by Redstone to past damages are DISMISSED WITH PREJUDICE.

**SIGNED** this _____ day of _____, 2025.

                                                                     _____
                                                                     ALAN D. ALBRIGHT
                                                                     UNITED STATES DISTRICT JUDGE