# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** *Plaintiff,* | § § § | |
| v. | § § | 7:24-CV-00231-ADA |
| **QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,** *Defendants.* | § § § § § | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING** by Zoom on **Tuesday, October 21, 2025, at 2:00 PM**. The Zoom link will be sent via email.

SIGNED this 17th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE