# Exhibit 2

# Exhibit 2

<u>**U.S. Patent No. 8,549,339 ("'339 Patent")**</u>

**Accused Products**

Samsung's products comprising one or more SoC each comprising two or more sets of processors supporting or based on the DynamIQ Shared Unit architecture (*e.g.*, ARMv8.2, ARMv9 ARMv9.2, and successors), including without limitation the Samsung Galaxy S23.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| 1. A multi-core processor, comprising: | To the extent the preamble is limiting, each Accused Product comprises a multi-core processor.<br><br>For example, the Samsung Galaxy S23 includes a Snapdragon 8 Gen 2 Octa-Core processor, which contains eight cores implementing the ARM DynamIQ Shared Unit-110 architecture.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---------|------------------|
|  | **Processor** <br><br> Super fast processing <br><br> Snapdragon® 8 Gen 2 <br><br> Octa-Core <br><br> Super fast processing <br><br> Snapdragon® 8 Gen 2 <br><br> Octa-Core <br><br> Super fast processing <br><br> Snapdragon® 8 Gen 2 <br><br> Octa-Core <br><br> https://www.samsung.com/us/smartphones/galaxy-s23/specs/ |

2

| Claim 1 | Accused Products |
|---------|------------------|
|  | **Snapdragon 8 Gen 2 (2023)**  [ edit ]<br><br>The **Snapdragon 8 Gen 2** was announced on November 15, 2022.[252]<br><br>Notable features over its predecessor (8 Gen 1):<br><br>- 4nm (TSMC N4) process<br>- Support up to 16 GB LPDDR5X 4200 MHz<br>- Support UFS 4.0<br>- CPU features<br>  - 1 Kryo Prime (ARM Cortex-X3), up to 3.36 GHz. Prime core<br>    - 1MB L2 cache<br>    - Only 64-bit support [253]<br>  - 2 Kryo Gold (ARM Cortex-A715), up to 2.8 GHz. High Performance cores<br>    - Only 64-bit support [253]<br>  - 2 Kryo Gold (ARM Cortex-A710), up to 2.8 GHz. Performance cores<br>    - 32-bit and 64-bit support[253]<br>  - 3 Kryo Silver (ARM Cortex-A510), up to 2 GHz. Efficiency cores<br>    - 32-bit and 64-bit support[253]<br>  - 35% performance uplift and 40% power efficiency improvement<br>  - 8 MB system-level cache<br><br>https://en.wikipedia.org/wiki/List_of_Qualcomm_Snapdragon_systems_on_chips#Snapdragon_8_Gen_2_(2023) |

| Claim 1 | Accused Products |
|---|---|
| | ## DynamIQ Shared Unit-110 <br><br> First DynamIQ Shared Unit of the Armv9 generation, up to 12 cores supported, up to 16MB L3, and enhanced power management features. <br><br> **Supporting:** <br><br> • Cortex-X3 <br> • Cortex-X2 <br> • Cortex-A715 <br> • Cortex-A710 <br> • Cortex-A510 <br><br> https://www.arm.com/technologies/dynamiq |

| Claim 1 | Accused Products |
|---|---|
| | **Figure 2-2: Example configuration with two Cortex®-A510 single-core complexes** <br><br>  <br><br> Arm Cortex-A510 Core Technical Reference Manual at p. 23 |
| [1a] a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage and a first output clock signal of a first phase lock loop (PLL) having a first clock signal as input; | Each Accused Product comprises a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage and a first output clock signal of a first phase lock loop (PLL) having a first clock signal as input. <br><br> For example, the Galaxy S23 includes a first set of high efficiency processor cores (ARM Cortex-A510 cores). The processor cores in the first set receive a dynamic supply voltage and a first output clock signal of a first PLL. <br><br> *See, e.g.:* |

| Claim 1 | Accused Products |
|---------|------------------|
|  | **Snapdragon 8 Gen 2 (2023)**   [ edit ]<br><br>The **Snapdragon 8 Gen 2** was announced on November 15, 2022.[252]<br><br>Notable features over its predecessor (8 Gen 1):<br><br>- 4nm (TSMC N4) process<br>- Support up to 16 GB LPDDR5X 4200 MHz<br>- Support UFS 4.0<br>- CPU features<br>  - 1 Kryo Prime (ARM Cortex-X3), up to 3.36 GHz. Prime core<br>    - 1MB L2 cache<br>    - Only 64-bit support [253]<br>  - 2 Kryo Gold (ARM Cortex-A715), up to 2.8 GHz. High Performance cores<br>    - Only 64-bit support [253]<br>  - 2 Kryo Gold (ARM Cortex-A710), up to 2.8 GHz. Performance cores<br>    - 32-bit and 64-bit support[253]<br>  - 3 Kryo Silver (ARM Cortex-A510), up to 2 GHz. Efficiency cores<br>    - 32-bit and 64-bit support[253]<br>  - 35% performance uplift and 40% power efficiency improvement<br>  - 8 MB system-level cache<br><br>https://en.wikipedia.org/wiki/List_of_Qualcomm_Snapdragon_systems_on_chips#Snapdragon_8_Gen_2_(2023) |

| Claim 1 | Accused Products |
|---|---|
| | **Cluster features** |
| | The DSU-110 has the following cluster features: |
| | • Support for Arm®v9.0-A architecture cores |
| | • Support for up to four types of core, and a maximum of 12 cores in the cluster |
| | • *Power Policy Units* (PPUs) providing autonomous power management of the L3 cache and the cores |
| | • Support for cores running independently at different frequencies and voltages known as *Dynamic Voltage Frequency Scaling* (DVFS). For cores in a complex, DVFS is only possible for the whole complex not for individual cores. |
| | Arm DynamIQ™ Shared Unit-110 Technical Reference Manual, available at https://documentation-service.arm.com/static/62bb28beb334256d9ea8cc32, at p. 19 |
| | A cluster can be configured with up to four different types of cores in the same cluster. Each core type targeting different power efficiency and performance levels. This arrangement allows for an intermediate core that has an intermediate performance and efficiency level. The cluster also supports complexes. |
| | A cluster can be configured in many arrangements. Examples of cluster arrangements are: |
| | • One or more cores of the same type. |
| | • Various arrangements of two types of cores. For example, one or more cores targeting either a high-performance level or a higher power efficiency level. |
| | • Various arrangements of three or four types of cores. For example, one or more high-peformance cores, power-efficient cores, and intermediate cores. |
| | • One or more complexes and no individual cores. For information on complexes, see 2.3.1 What is a complex? on page 25. |
| | • One or more complexes and individual cores. |
| | Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 22 |

| Claim 1 | Accused Products |
|---|---|
| |  Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 23 |

| Claim 1 | Accused Products |
|---------|------------------|
| | <br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 24 |

| Claim 1 | Accused Products |
|---|---|
| |  Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 24 The DSU-110 DynamIQ™ cluster supports blocks that are called complexes which contain up to two cores of the same type and some shared logic. Sharing some logic between the two cores of a dual core complex can make the dual core complex area efficient. However, this area efficiency is at the cost of reduced performance compared with using two single-core complexes. Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 25 |

| Claim 1 | Accused Products |
|---|---|
| | The *DynamIQ™ Shared Unit-110* (DSU-110) has multiple clock domains. Each core or complex can be implemented in a separate clock domain.<br><br>The following figure shows the clock domains for an example cluster with four standalone cores.<br><br>**Figure 4-1: DSU-110 clock domains**<br><br><br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 46<br><br>The *DynamIQ™ Shared Unit-110* (DSU-110) *Power Policy Units* (PPUs) control power management for the Cortex®-A510 core. A Cortex®-A510 complex supports separate gated power domains for the complex, for each core inside the complex, and for the *Vector Processing Unit* (VPU). It also supports a dedicated voltage domain for each complex, and a voltage domain for the DSU-110 DynamIQ™ cluster.<br><br>Arm Cortex-A510 Core Technical Reference Manual at p. 39 |

| Claim 1 | Accused Products |
|---|---|
| | The cluster contains several clock domains for functionality that is likely to be connected to different clocks in the system. Within each core, the CPU bridge contains asynchronous bridges for all crossings between the core and cluster clock domains. Each CPU bridge is split, with one half of each bridge in the core clock domain and the other half in the relevant cluster clock domain. At the cluster level, there is the *Snoop Control Unit* (SCU) bridge which contains crossings between the cluster clock domains as required.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 46<br><br>The DynamIQ Shared Unit-110 (DSU-110) has a separate clock signal for each standalone core or complex. There are also separate clocks for the internal logic, and some of the interfaces.<br><br>The following table describes the clock signals of the DSU-110.<br><br>*Table 1. DSU-110 clock signals*<br><br>| Signal | Description |<br>|---|---|<br>| COREyCLK | The clocks for each of the cores in the cluster that are not part of a complex.<br>y is the core instance number, for example, CORE0CLK is the clock for core 0.<br>These signals clock all core logic, including L1 and L2 caches. |<br>| COMPLEXxCLK | The clocks for each complex in the cluster. Each clock is connected to all cores in the respective complex.<br>x is the complex instance number, for example, COMPLEX0CLK is the clock for complex 0. |<br><br>https://developer.arm.com/documentation/101381/0400/Clocks-and-resets/Clocks- |
| [1b] a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage and a second output clock signal of a second PLL | Each Accused Product comprises a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage and a second output clock signal of a second PLL having a second clock signal as input, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal.<br><br>For example, in addition to the first set of processor cores, the Galaxy S23 has a second set of high-performance processor cores (ARM Cortex-A710 cores). For another example, in addition to the first set of processor cores, the Galaxy S23 has a second set of high-performance processor |

| Claim 1 | Accused Products |
|---|---|
| having a second clock signal as input, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal; and | cores (ARM Cortex-A715 cores). The processor cores in the second set receive a second, independent dynamic supply voltage and a second, independent clock signal of a second PLL.<br><br>*See, e.g.*:<br><br>**Snapdragon 8 Gen 2 (2023)**  [ edit ]<br><br>The **Snapdragon 8 Gen 2** was announced on November 15, 2022.[252]<br><br>Notable features over its predecessor (8 Gen 1):<br><br>• 4nm (TSMC N4) process<br>• Support up to 16 GB LPDDR5X 4200 MHz<br>• Support UFS 4.0<br>• CPU features<br>   • 1 Kryo Prime (ARM Cortex-X3), up to 3.36 GHz. Prime core<br>     • 1MB L2 cache<br>     • Only 64-bit support [253]<br>   • 2 Kryo Gold (ARM Cortex-A715), up to 2.8 GHz. High Performance cores<br>     • Only 64-bit support [253]<br>   • 2 Kryo Gold (ARM Cortex-A710), up to 2.8 GHz. Performance cores<br>     • 32-bit and 64-bit support[253]<br>   • 3 Kryo Silver (ARM Cortex-A510), up to 2 GHz. Efficiency cores<br>     • 32-bit and 64-bit support[253]<br>   • 35% performance uplift and 40% power efficiency improvement<br>   • 8 MB system-level cache<br><br>https://en.wikipedia.org/wiki/List_of_Qualcomm_Snapdragon_systems_on_chips#Snapdragon_8_Gen_2_(2023) |

| Claim 1 | Accused Products |
|---|---|
| | **Cluster features**<br><br>The DSU-110 has the following cluster features:<br><br>• Support for Arm®v9.0-A architecture cores<br><br>• Support for up to four types of core, and a maximum of 12 cores in the cluster<br><br>• *Power Policy Units* (PPUs) providing autonomous power management of the L3 cache and the cores<br><br>• Support for cores running independently at different frequencies and voltages known as *Dynamic Voltage Frequency Scaling* (DVFS). For cores in a complex, DVFS is only possible for the whole complex not for individual cores.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual, available at https://documentation-service.arm.com/static/62bb28beb334256d9ea8cc32, at p. 19<br><br>A cluster can be configured with up to four different types of cores in the same cluster. Each core type targeting different power efficiency and performance levels. This arrangement allows for an intermediate core that has an intermediate performance and efficiency level. The cluster also supports complexes.<br><br>A cluster can be configured in many arrangements. Examples of cluster arrangements are:<br><br>• One or more cores of the same type.<br><br>• Various arrangements of two types of cores. For example, one or more cores targeting either a high-performance level or a higher power efficiency level.<br><br>• Various arrangements of three or four types of cores. For example, one or more high-peformance cores, power-efficient cores, and intermediate cores.<br><br>• One or more complexes and no individual cores. For information on complexes, see 2.3.1 What is a complex? on page 25.<br><br>• One or more complexes and individual cores.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 22 |

| Claim 1 | Accused Products |
|---|---|
| | Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 23 |

| Claim 1 | Accused Products |
|---|---|
| |  Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 24 |

| Claim 1 | Accused Products |
|---------|------------------|
|         | <br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 24<br><br>The DSU-110 DynamIQ™ cluster supports blocks that are called complexes which contain up to two cores of the same type and some shared logic. Sharing some logic between the two cores of a dual core complex can make the dual core complex area efficient. However, this area efficiency is at the cost of reduced performance compared with using two single-core complexes.<br><br>Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 25 |

| Claim 1 | Accused Products |
|---------|------------------|
| |  The *DynamIQ™ Shared Unit-110* (DSU-110) has multiple clock domains. Each core or complex can be implemented in a separate clock domain.<br><br>The following figure shows the clock domains for an example cluster with four standalone cores.<br><br>**Figure 4-1: DSU-110 clock domains**<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 46<br><br>The *DynamIQ™ Shared Unit-110* (DSU-110) *Power Policy Units* (PPUs) control power management for the Cortex®-A510 core. A Cortex®-A510 complex supports separate gated power domains for the complex, for each core inside the complex, and for the *Vector Processing Unit* (VPU). It also supports a dedicated voltage domain for each complex, and a voltage domain for the DSU-110 DynamIQ™ cluster.<br><br>Arm Cortex-A510 Core Technical Reference Manual at p. 39 |

18

| Claim 1 | Accused Products |
|---|---|
|  | The cluster contains several clock domains for functionality that is likely to be connected to different clocks in the system. Within each core, the CPU bridge contains asynchronous bridges for all crossings between the core and cluster clock domains. Each CPU bridge is split, with one half of each bridge in the core clock domain and the other half in the relevant cluster clock domain. At the cluster level, there is the *Snoop Control Unit* (SCU) bridge which contains crossings between the cluster clock domains as required.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 46<br><br>The DynamIQ Shared Unit-110 (DSU-110) has a separate clock signal for each standalone core or complex. There are also separate clocks for the internal logic, and some of the interfaces.<br><br>The following table describes the clock signals of the DSU-110.<br><br>*Table 1. DSU-110 clock signals*<br><br>| Signal | Description |<br>|---|---|<br>| COREyCLK | The clocks for each of the cores in the cluster that are not part of a complex.<br>y is the core instance number, for example, CORE0CLK is the clock for core 0.<br>These signals clock all core logic, including L1 and L2 caches. |<br>| COMPLEXxCLK | The clocks for each complex in the cluster. Each clock is connected to all cores in the respective complex.<br>x is the complex instance number, for example, COMPLEX0CLK is the clock for complex 0. |<br><br>https://developer.arm.com/documentation/101381/0400/Clocks-and-resets/Clocks- |
| [1c] an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and | Each Accused Product comprises an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores.<br><br>For example, the Galaxy S23 includes a Snoop Control Unit (SCU) that is coupled to each core or to each set of processor cores and is configured to maintains coherency between caches in the cores or complexes and L3 shared memory implemented DynamIQ Shared Unit. |

| Claim 1 | Accused Products |
|---|---|
| the second set of processor cores. | *See, e.g.:*<br><br>When you implement a DSU-110 DynamIQ™ cluster, all interfacing between the cores, complexes, and the *DynamIQ™ Shared Unit-110* (DSU-110) is implemented automatically. All the external signal inputs and outputs pass through the DSU-110. The DSU-110 buffers and resynchronizes many of these signals to allow cores and complexes to be clocked at different speeds.<br><br>The memory interfacing of each core is internally connected to the DSU-110 L3 memory system. Where necessary, the DSU-110 implements additional buffering to compensate for different clock rates of the core and DSU-110 L3 memory system.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 34<br><br>All cores in the DSU-110 DynamIQ™ cluster, including those in complexes, are coherently connected to an L3 memory system that includes an L3 cache and a *Snoop Control Unit* (SCU). The SCU maintains coherency between caches in the cores and the L3 cache, and includes a snoop filter to optimize coherency maintenance operations. The shared L3 cache simplifies process migration between the cores.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 18 |

| Claim 1 | Accused Products |
|---------|------------------|
| | **Snoop Control Unit**<br><br>The *Snoop Control Unit* (SCU) maintains coherency between all the data caches in the cluster.<br><br>The SCU contains buffers that can handle direct cache-to-cache transfers between cores without having to read or write data to the L3 cache. Cache line migration enables dirty lines to be moved between cores. Also, there is no requirement to write back transferred cache line data to the L3 cache.<br><br>The SCU contains a set of snoop filters that track the addresses for locations cached in the core caches. Including the snoop filters means that the SCU does not need to request a look up in the core caches when it receives a coherent memory request. These snoop filters are accessed by coherent requests from the other cores or from the system. If there is a simultaneous hit in the L3 tags and the SCU snoop filters, then the L3 cache normally provides the data in preference to a core. The size of the snoop filter is automatically determined from the configured number of cores and the cache sizes in those cores.<br><br>Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 35 |

| Claim 1 | Accused Products |
|---|---|
| |  Arm DynamIQ™ Shared Unit-110 Technical Reference Manual at p. 17 |