# Exhibit 3

—1—

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF TEXAS
                              WACO DIVISION

REDSTONE LOGICS LLC       *
                          *        October 21, 2025
VS.                       *
                          * CIVIL ACTION NO. MO:24-CV-231
QUALCOMM INC., ET AL.     *

              BEFORE THE HONORABLE ALAN D ALBRIGHT
                   DISCOVERY HEARING (via Zoom)

APPEARANCES:

For the Plaintiff:   Qi (Peter) Tong, Esq.
                     Russ August & Kabat
                     8080 N. Central Expy., Suite 1503
                     Dallas, TX 75206

                     Joshua Scheufler, Esq.
                     Jonathan Ma, Esq.
                     Russ August & Kabat
                     12424 Wilshire Blvd
                     Ste 12 Floor
                     Los Angeles, CA 90025

For the Defendants:  Daniel S. Leventhal, Esq.
                     Norton Rose Fulbright US LLP
                     1550 Lamar Street, Suite 2000
                     Houston, TX 77010

                     Eric Conley Green, Esq.
                     Norton Rose Fulbright US LLP
                     98 San Jacinto Boulevard, Ste 1100
                     Austin, TX 78701

Court Reporter:      Kristie M. Davis, CRR, RMR
                     PO Box 20994
                     Waco, Texas 76702-0994
                     (254) 666-0904

   Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription.
```

10

| | | |
|---|---|---|
| 02:10 | 1 | producing those supply agreements? |
| 02:10 | 2 | MR. LEVENTHAL:  Your Honor, the |
| 02:10 | 3 | resistance is that what has been moved to compel on is |
| 02:10 | 4 | an interrogatory about communication regarding |
| 02:10 | 5 | concerning the use.  Describe communication. |
| 02:10 | 6 | THE COURT:  Okay.  I heard Mr. Tong to |
| 02:10 | 7 | say they would like the supply agreements.  So I'm |
| 02:10 | 8 | skipping over -- I don't like interrogatories anyway. |
| 02:10 | 9 | Do you have an issue, if I ordered you to provide the |
| 02:10 | 10 | supply agreements, is that a problem that I'm missing? |
| 02:10 | 11 | MR. LEVENTHAL:  Your Honor, if there was |
| 02:10 | 12 | a request for production that was responsive to please |
| 02:10 | 13 | produce the Samsung supply agreements, other than |
| 02:10 | 14 | trying to make sure we have the representative ones, |
| 02:10 | 15 | that does not belong, we will happily do that. |
| 02:10 | 16 | THE COURT:  Okay.  And can you -- could |
| 02:10 | 17 | you do that relatively quickly? |
| 02:10 | 18 | MR. LEVENTHAL:  I believe so, Your Honor, |
| 02:10 | 19 | because I believe it's something in one of Your Honor's |
| 02:10 | 20 | other cases with Qualcomm that we've collected. |
| 02:10 | 21 | THE COURT:  Okay.  Very good. |
| 02:10 | 22 | Okay.  So, Mr. Tong, I think I've taken |
| 02:11 | 23 | care of that first issue.  What else is it that you |
| 02:11 | 24 | have that -- what else is it that you would like me to |
| 02:11 | 25 | tell Qualcomm to provide that is not privileged? |

```
                                                                   11
02:11    1                    MR. TONG:  Thank you, Your Honor.
02:11    2                    It would be communications with Samsung
02:11    3    regarding Redstone's complaint to describe the scope of
02:11    4    those communications.  Again, at least --
02:11    5                    THE COURT:  I'm not sure why -- okay.  So
02:11    6    I'm going to show my ignorance here, which I do
02:11    7    probably every hearing.
02:11    8                    If your point is that Samsung may have
02:11    9    put Qualcomm on notice of the patents, I get that.
02:11   10    Help me out here.  That doesn't sound to me -- but I
02:11   11    could be wrong.  That doesn't sound to me like
02:11   12    sufficient notice to put Qualcomm -- under the law to
02:12   13    put Qualcomm on notice that they might be infringing.
02:12   14    ==Unless Qualcomm is supplying the identical products to==
02:12   15    ==Samsung, in which case I think they would then==
02:12   16    ==officially be on notice.==
02:12   17                    So you help me out first about what you
02:12   18    want and why you think it's appropriate for your notice
02:12   19    issue and your willfulness issue and then I'll hear
02:12   20    from Mr. Leventhal.
02:12   21                    MR. TONG:  Yes, Your Honor.
02:12   22                    ==So in the complaint, we plead that==
02:12   23    ==Qualcomm is supplying Snapdragon chips to Samsung.  And==
02:12   24    ==that was at issue at a -- in a previous case, Redstone==
02:12   25    ==versus Samsung.  So any communication between Qualcomm==
```

12

```
02:12  1   and Samsung related to this chip inherently gets at,
02:12  2   you know, it's the same product issue that you had
02:12  3   described.
02:12  4               THE COURT:  It's the identical product
02:12  5   because -- I'm going to ask you to tell me if I'm
02:12  6   right.  The Snapdragon product is manufactured by
02:13  7   Qualcomm on behalf of Samsung so they would have had
02:13  8   notice that their products are infringing these
02:13  9   patents?
02:13 10               MR. TONG:  That's right, Your Honor.
02:13 11               THE COURT:  Okay.  I got it.  And is
02:13 12   there anything else you wanted to add?
02:13 13               MR. TONG:  Yes, Your Honor.
02:13 14               So during the meet-and-confer process,
02:13 15   Qualcomm was able to do a little bit of investigation.
02:13 16   They were able to represent to us that there were no
02:13 17   indemnity related communications, but they were not
02:13 18   able to say that there were no communications with
02:13 19   Samsung whatsoever about the litigation or about these
02:13 20   patents.  So that's the part that we're going after.
02:13 21               THE COURT:  Got you.
02:13 22               Mr. Leventhal, is there a relatively easy
02:13 23   way for you, given whoever would have been
02:13 24   communicating, to limit the universe of people who
02:13 25   would have communicated and then do a search to find
```

13

```
02:13   1    out whether there were any communications?
02:13   2              MR. LEVENTHAL:  So, Your Honor, yes,
02:13   3    there is.  And just very -- actually, let me just pause
02:13   4    at the end and I just want to correct a little bit how
02:14   5    the supply chain works between Qualcomm and Samsung.
02:14   6    It's neither here nor there, just for a clean record.
02:14   7              But to answer your question, Your Honor,
02:14   8    again, what happened in the meet and confer was we want
02:14   9    to know whether Samsung demanded indemnity.  We told
02:14  10    them the answer was no.  They did not.  We've now moved
02:14  11    the goal lines.
02:14  12              If the goal lines is we want to know
02:14  13    about any communication, we very much expect that the
02:14  14    result of that will be a privilege log of
02:14  15    communications.  But if that -- and again, our issue
02:14  16    here was there's no -- what is being moved to compel
02:14  17    here is not responsive to that.
02:14  18              But assuming they had done a different
02:14  19    form of discovery, if Your Honor would like us to
02:14  20    provide a privilege log or if, you know, if we find
02:14  21    something that's not privileged, produce it on that.
02:14  22              THE COURT:  Well, because they can and
02:14  23    because -- although this may be my -- the best hearing
02:14  24    I will have all 2025 with my favorite lawyers, I don't
02:14  25    know that I want to get together again in this
```

18

1  UNITED STATES DISTRICT COURT )

2  WESTERN DISTRICT OF TEXAS    )

3

4

5              I, Kristie M. Davis, Official Court

6  Reporter for the United States District Court, Western

7  District of Texas, do certify that the foregoing is a

8  correct transcript from the record of proceedings in

9  the above-entitled matter.

10             I certify that the transcript fees and

11 format comply with those prescribed by the Court and

12 Judicial Conference of the United States.

13             Certified to by me this 22nd day of

14 October 2025.

15
                         /s/ Kristie M. Davis
16                       KRISTIE M. DAVIS
                         Official Court Reporter
17                       PO Box 20994
                         Waco, Texas 76702
18                       (254) 666-0904
                         kmdaviscsr@yahoo.com
19

20

21

22

23

24

25

02:18

*KRISTIE M. DAVIS, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (WACO)*