IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,**<br>　　*Plaintiff,*<br><br>v.<br><br>**QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,**<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **7:24-CV-00231-ADA** |

### ORDER SETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING** by Zoom on **Thursday, November 6, 2025, at 9:00 AM**. The Zoom link will be sent via email.

SIGNED this 28th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE