IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,**<br>　　　　*Defendants.* | §§§§§§§§§§ | 7:24-CV-00231-ADA |

## ORDER

Before the Court is Defendants Qualcomm Inc.'s and Qualcomm Technologies, Inc.'s Partial Motion to Dismiss for Failure to State a Claim ("Motion") (Dkt. 42). Having considered the Motion, the Response (Dkt. 48), the Reply (Dkt. 50), and the parties' oral argument on November 6, 2025, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. As stated on the record, Defendants can reraise their arguments at the motion for summary judgment stage.

**SIGNED** this 6th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE