UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>*Defendants.* | Case No. 7:24-cv-00231-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff Redstone Logics, LLC ("Redstone") hereby answers Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively "Qualcomm") counterclaims as follow:

**ORIGINAL COUNTERCLAIMS**

1. Admit.

2. Admit.

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit that this Court has subject matter jurisdiction over Declaratory judgment claims and patent infringement and validity. Deny any other allegations in this paragraph.

8. Admit

9. Admit

**FIRST COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

10. Plaintiff realleges Paragraphs 1-9 as though fully set forth herein. Plaintiff denies Defendants affirmative defenses.

11. Deny.

**SECOND COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY**

12. Plaintiff realleges Paragraphs 1-11 as though fully set forth herein. Plaintiff denies Defendants affirmative defenses.

13. Deny.

**RELIEF REQUESTED**

In response to Qualcomm's prayer for relieve, Plaintiff denies that Qualcomm is entitled to any relief, including any of the relief requested in paragraphs A-F of Qualcomm's prayer for relief. Further, Plaintiff requests the following relief:

WHEREFORE, Plaintiff respectfully requests that this Court enter:

A. A judgment in favor of Plaintiff on all counterclaims asserted by Defendant;

B. An adjudication that Defendant are not entitled to any relief on its counterclaims, including, without limitation, any fine or damages;

C. A dismissal with prejudice of Defendant's counterclaims;

D. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant;

E. Plaintiff's costs of suit against Defendant; and

F. Any and all other relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: December 11, 2025                             Respectfully submitted,

                                                                             /s/ *Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com


**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

                                */s/ Reza Mirzaie*
                                Reza Mirzaie