IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>  Defendants. | Case No. 7:24-cv-00231-ADA |

**JOINT MOTION FOR ENTRY OF ORDER ADOPTING
STIPULATION GOVERNING ELECTRONIC AND HARD COPY DISCOVERY**

Plaintiff Redstone Logics LLC and Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. jointly file this motion seeking the entry of the proposed Stipulation Governing Electronic and Hard Copy Discovery that is attached to this motion as Exhibit 1. As described in the parties' stipulation, the requested "Order shall apply to all discovery of electronically stored information ('ESI') and hard copy documents in this action." Ex. 1 at 1. "The procedures and protocols set forth in this Order are intended to streamline the exchange of ESI and hard copy documents to promote a 'just, speedy, and inexpensive determination' of this action as required by Federal Rule of Civil Procedure 1." *Id.*

A proposed order is attached.

- 1 -

| | |
|---|---|
| December 18, 2025 | Respectfully submitted, |
| **RUSS AUGUST & KABAT** | **NORTON ROSE FULBRIGHT US LLP** |
| By: */s/ Joshua Scheufler* | By: */s/ Richard S. Zembek* |
| Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>Joshua Scheufler<br>TX State Bar No. 24123406<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br>Email: rmirzaie@raklaw.com<br>Email: mfenster@raklaw.com<br>Email: nrubin@raklaw.com<br>Email: cconkle@raklaw.com<br>Email: jma@raklaw.com<br>Email : jscheufler@raklaw.com<br><br>Qi (Peter) Tong<br>TX Bar No. 24119042<br>RUSS AUGUST & KABAT<br>8080 N. Central Expy., Suite 1503<br>Dallas, TX 75206<br>Telephone: 310-826-7474<br>Email: ptong@raklaw.com<br><br>*Attorneys for Plaintiff Redstone Logics LLC* | Richard S. Zembek<br>Texas State Bar No. 00797726<br>richard.zembek@nortonrosefulbright.com<br>Daniel S. Leventhal<br>Texas State Bar No. 24050923<br>Daniel.leventhal@nortonrosefulbright.com<br>1550 Lamar Street, Suite 2000<br>Houston, Texas 77010-4106<br>Tel: (713) 651-5151<br>Fax: (713) 651-5246<br><br>Eric C. Green<br>Texas State Bar No. 24069824<br>eric.green@nortonrosefulbright.com<br>Brett A. McKean<br>Texas State Bar No. 24057994<br>Brett.mckean@nortonrosefulbright.com<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701-4255<br>Tel: (512) 536-3094<br>Fax: (512) 536-4598<br><br>*Attorneys for Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc.* |

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff agreed to the content of this filing.

                                                      */s/ Eric C. Green*
                                                      Eric C. Green

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 18, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                       */s/ Eric C. Green*
                                                    Eric C. Green