IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 7:24-cv-00231-ADA |

### ORDER

Before this Court is Plaintiff Redstone Logics LLC's and Defendants Qualcomm Incorporated's and Qualcomm Technologies, Inc.'s Joint Motion for Entry Of Order Adopting Stipulation Governing Electronic and Hard Copy Discovery, a copy of which was attached as Exhibit 1 to the parties' joint filing.

After considering the motion, the motion is **GRANTED**. Electronic and hard copy discovery in this case will be governed by the terms of the Stipulation Governing Electronic and Hard Copy Discovery attached to the parties' motion as Exhibit 1

**IT IS SO ORDERED.**


Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　United States District Court Judge