UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.,<br><br>*Defendants.* | Case No. 7:24-cv-00231-ADA<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES</u>**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Redstone Logics LLC and Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. hereby stipulate that the below deadlines for fact discovery and expert discovery are extended as provided below and in the attached amended scheduling order.

This extension meets the requirements of the Amended Standing Order Regarding Joint or Unopposed Request to Change Deadline because (1) it is joint, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not affect the Court's ability to hold a scheduled hearing, trial, or Court event.

| Current Deadline | Amended Deadline | Item |
|---|---|---|
|  | 12/18/25 | No further written discovery may be served after this date |
| 1/12/26 | 2/12/26 | Close of Fact Discovery |
| 1/26/26 | 2/13/26 | Opening Expert Reports.<br>*Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information* |

| Current Deadline | Amended Deadline | Item |
|---|---|---|
|  |  | *required by Rule 26(a)(2)(B).* |
| 2/23/26 | 3/13/26 | Rebuttal Expert Reports.<br>*Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B).* |
| 3/16/26 | 3/27/26 | Close of Expert Discovery.<br>*Expert Discovery Deadline. Expert discovery must be completed by this date.* |
| 3/23/26 | 4/3/26 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 3/30/26 | 4/10/26 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>Deadline to file the joint report regarding results of meet and confer.<br><br>*Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.* |

- 3 -

Dated:  December 23, 2025

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**

Respectfully submitted,

*/s/     Richard S. Zembek*
Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal (SBN 24050923)
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Brett A. McKean (SBN 24057994)
brett.mckean@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANTS
QUALCOMM INCORPORATED AND
QUALCOMM TECHNOLOGIES, INC. .**

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

<em>/s/     Reza Mirzaie</em>