**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>                                     *Plaintiff,*<br><br>    v.<br><br>QUALCOMM INC.; QUALCOMM<br>TECHNOLOGIES, INC.,<br>                                    *Defendants.* | Case No. 7:24-cv-00231-ADA<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

Pursuant to a joint motion by the parties and pursuant to Rule 16, Federal Rules of Civil

Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and

including the trial of this matter:

| Amended Dates | Deadline |
| --- | --- |
| 7/10/26 | Close of Fact Discovery[1] |
| 7/31/26 | Opening Expert Reports.  *Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B).* |
| 8/28/26 | Rebuttal Expert Reports.  *Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide  their expert witness reports, to include all information required by Rule 26(a)(2)(B).* |
| 9/18/26 | Close of Expert Discovery.    *Expert Discovery Deadline. Expert discovery must be completed by this date.* |
| 9/25/26 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 10/2/26 | Dispositive motion deadline and *Daubert* motion deadline. Deadline to file the joint report regarding results of meet and confer.    *Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge,"  available  at  [https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge](https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge).* |
| 10/16/26 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 10/30/26 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 11/6/26 | Serve objections to rebuttal disclosures; file Motions in-limine. |
| 11/13/26 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents |

[1] Per the current schedule, no further written discovery may be served after December 18, 2025.

| Amended Dates | Deadline |
|---|---|
|  | or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| 11/20/26 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 11/20/26 | Deadline to file replies to motions in limine. |
| 11/30/26 | Parties to contact Court to seek pretrial conference and trial dates. |
| 12/4/26 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| TBD* | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| TBD* | Final Pretrial Conference. Held in person at 9:00 am. |
| TBD* | Jury Selection/Trial at 9:00 am in Midland. |

*Dates relating to Pretrial and Trial to be set at the Court's convenience

**SIGNED** this 14th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

3