AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |  |
|---|---|---|
| REDSTONE LOGICS LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:24-cv-00231-ADA |
| QUALCOMM INC. ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                                                                    .

Date:      05/27/2026

/s/ Brian D. Ledahl
*Attorney's signature*

Brian D. Ledahl  (CA SBN 186579)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

bledahl@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

| Print | Save As... | Reset |
|---|---|---|