**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 7:24-cv-00231-ADA |

**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO STAY**

The Court has considered Defendants' Motion to Stay and is of the opinion that the Motion should be **GRANTED**.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2026.

i