**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

      Plaintiff,

v.

QUALCOMM INC.; QUALCOMM
TECHNOLOGIES, INC.,

      Defendants.

Case No. 7:24-cv-00231-ADA

**DECLARATION OF ERIC C. GREEN
IN SUPPORT OF DEFENDANTS' OPPOSED MOTION TO STAY**

I, Eric C. Green, declare as follows:

1.     I am an attorney at the law firm of Norton Rose Fulbright US LLP, counsel of record for Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm") in this action. I am a member of good standing of the Bar of the State of Texas, and I am admitted to practice before this Court. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2.     The parties met and conferred on June 1, 2026, counsel for Redstone confirmed that Redstone opposes a stay pending reexamination.

3.     Attached as **Exhibit 1** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, dated March 6, 2026, excerpted from the prosecution history of U.S. Patent No. 8,549,339.

4.     Attached as **Exhibit 2** is a true and correct copy of Redstone's Final Infringement Contentions, dated August 4, 2025.

1

5.      Attached as **Exhibit 3** is a true and correct copy of a document titled "*Ex Parte Reexamination Filing Data*" from the U.S. Patent and Trademark Office.

6.      Attached as **Exhibit 4** is a true and correct copy of excerpts of Advanced Micro Devices, Inc.'s Request for *Ex Parte* Reexamination of U.S. Patent No. 8,549,339 in *In re Patent of Wolfe, et al.*, dated December 9, 2025.

7.      Attached as **Exhibit 5** is a true and correct copy of Redstone's Response to Qualcomm's Interrogatory No. 10, excerpted from its Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-16).

8.      Attached as **Exhibit 6** is a true and correct copy of Qualcomm's Response to Redstone's Interrogatory No. 3, excerpted from its March 26, 2026 Third Supplemental Objections and Responses to Redstone's First Set of Interrogatories (Nos. 1-15).

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed on the 4th day of June, 2026, in Austin, Texas.


                              */s/ Eric C. Green*
                              Eric C. Green

2