# EXHIBIT 3



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2025

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………...…………………………………..…… 16022

|  |  |  |
|---|---|---|
| a. By patent owner | 4039 | 25.2% |
| b. by other member of the public | 11808 | 73.7% |
| c. By order of Commissioner | 175 | 1.1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 4101 | 25.6% |
| b. Electrical Operation | 6220 | 38.8% |
| c. Mechanical Operation | 5175 | 32.3% |
| d. Design Patents | 526 | 3.3% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 288 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 417 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | 2025 | 491 |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 |  |  |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 |  |  |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 |  |  |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 |  |  |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 |  |  |

4. Number known to be in litigation……………………………………………………………………….. 6495    40.5%

5. Decisions on requests [2] …………………………………………………………………………………. 15998

|  |  |  |
|---|---|---|
| a. No. granted | 14833 | 92.7% |
| (1) By examiner | 14644 |  |
| (2) By Director (on petition) | 189 |  |
| b. No. denied | 1294 | 8.1% |
| (1) By examiner | 1165 |  |
| (2) Reexam vacated | 129 |  |

6. Total examiner denials (includes denials reversed by Director)……………..……………… 1138

|  |  |  |
|---|---|---|
| a. Patent owner requester | 531 | 46.7% |
| b. Third party requester | 607 | 53.3% |

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency         25.2 (mos.)
    b. Median pendency         18.9 (mos.)

8. Reexam certificate claim analysis [3]:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 16% | 0% | 22.2% | 2919 |
| b. Certificates with all claims canceled | 3% | 11% | 0% | 14.5% | 1898 |
| c. Certificates with claims changes | 21% | 41% | 1% | 63.3% | 8309 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    13126

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER    4025
        a. All claims confirmed    859    21.3%
        b. All claims canceled    413    10.3%
        c. Claims changed    2753    68.4%
    b. Certificates – 3rd PARTY REQUESTER    8927
        a. All claims confirmed    2043    22.9%
        b. All claims canceled    1439    16.1%
        c. Claims changed    5445    61.0%
    c. Certificates – COMMISSIONER INITIATED REEXAM    174
        a. All claims confirmed    17    9.8%
        b. All claims canceled    46    26.4%
        c. Claims changed    111    63.8%

1 Total decisions on requests does not include requests that did not receive a filing date or have been vacated or are pending
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Claims analysis is only of requested claims and certificates of merged reexams are only counted once. Reexaminations merged with reissues are not include in analysis



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………..……………………………………… 15541
    a. By patent owner — 4066 — 26.2%
    b. by other member of the public — 11300 — 72.7%
    c. By order of Commissioner — 175 — 1.1%

2. Number of Filings by discipline
    a. Chemical Operation — 4032 — 25.9%
    b. Electrical Operation — 5978 — 38.5%
    c. Mechanical Operation — 5095 — 32.8%
    d. Design Patents — 436 — 2.8%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………………………………………………………………………… 6099 — 39.2%

5. Decisions on requests [2] ……………………………………………………………………………… 15536
    a. No. granted — 14386 — 92.6%
        (1) By examiner — 14197
        (2) By Director (on petition) — 189
    b. No. denied — 1244 — 8.0%
        (1) By examiner — 1150
        (2) Reexam vacated — 94

6. Total examiner denials (includes denials reversed by Director)……………….……………… 1138
    a. Patent owner requester — 533 — 46.8%
    b. Third party requester — 605 — 53.2%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

      a. Average pendency                                           25.1 (mos.)

      b. Median pendency                                            18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER             6853

        a. All claims confirmed                 1620   23.6%

        b. All claims canceled                  781   11.4%

        c. Claims changed                     4452   65.0%

    b. Certificates – 3rd PARTY REQUESTER                 5794

        a. All claims confirmed                 1172   20.2%

        b. All claims canceled                  980   16.9%

        c. Claims changed                     3642   62.9%

    c. Certificates – COMMISSIONER INITIATED REEXAM       174

        a. All claims confirmed                   17    9.8%

        b. All claims canceled                   46   26.4%

        c. Claims changed                     111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]................................................................. 15114
   - a. By patent owner — 4027 — 26.6%
   - b. by other member of the public — 10912 — 72.2%
   - c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline
   - a. Chemical Operation — 3977 — 26.3%
   - b. Electrical Operation — 5796 — 38.3%
   - c. Mechanical Operation — 4989 — 33.0%
   - d. Design Patents — 352 — 2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation.......................................................................................... 5593 — 37.0%

5. Decisions on requests [2] ........................................................................................ 14485
   - a. No. granted — 13376 — 92.3%
     - (1) By examiner — 13187
     - (2) By Director (on petition) — 189
   - b. No. denied — 1198 — 8.3%
     - (1) By examiner — 1109
     - (2) Reexam vacated — 89

6. Total examiner denials (includes denials reversed by Director)........................... 1110
   - a. Patent owner requester — 526 — 47.4%
   - b. Third party requester — 584 — 52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................

     a. Average pendency     25.2 (mos.)

     b. Median pendency     18.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

     a. Certificates – PATENT OWNER REQUESTER     3983

          a. All claims confirmed     854   21.4%

          b. All claims canceled     400   10.0%

          c. Claims changed     2729   68.5%

     b. Certificates – 3rd PARTY REQUESTER     8226

          a. All claims confirmed     1804   21.9%

          b. All claims canceled     1250   15.2%

          c. Claims changed     5172   62.9%

     c. Certificates – COMMISSIONER INITIATED REEXAM     174

          a. All claims confirmed     17   9.8%

          b. All claims canceled     46   26.4%

          c. Claims changed     111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1].................................................................. 14827
    a. By patent owner      4001    27.0%
    b. by other member of the public      10651    71.8%
    c. By order of Commissioner      175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation      3937    26.6%
    b. Electrical Operation      5644    38.1%
    c. Mechanical Operation      4917    33.2%
    d. Design Patents      329    2.2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation............................................................................. 5592    37.7%

5. Decisions on requests [2] ............................................................................. 14485
    a. No. granted      13376    92.3%
        (1) By examiner      13187
        (2) By Director (on petition)      189
    b. No. denied      1198    8.3%
        (1) By examiner      1109
        (2) Reexam vacated      89

6. Total examiner denials (includes denials reversed by Director)...................................... 1110
    a. Patent owner requester      526    47.4%
    b. Third party requester      584    52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency                                                      25.0 (mos.)
    b. Median pendency                                                       19.1 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
        a. Certificates – PATENT OWNER REQUESTER                    3980
                a. All claims confirmed             851      21.4%
                b. All claims canceled              395       9.9%
                c. Claims changed                  2734      68.7%
        b. Certificates – 3rd PARTY REQUESTER                       8008
                a. All claims confirmed            1724      21.5%
                b. All claims canceled             1182      14.8%
                c. Claims changed                  5102      63.7%
        c. Certificates – COMMISSIONER INITIATED REEXAM             174
                a. All claims confirmed              17       9.8%
                b. All claims canceled               46      26.4%
                c. Claims changed                   111      63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………...………………………………………….. 14489
    a. By patent owner ............................................................................................................. 3979    27.5%
    b. by other member of the public .................................................................................... 10335    71.3%
    c. By order of Commissioner ............................................................................................ 175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation ...................................................................................................... 3889    26.8%
    b. Electrical Operation ..................................................................................................... 5452    37.6%
    c. Mechanical Operation .................................................................................................. 4844    33.4%
    d. Design Patents ............................................................................................................. 304    2.1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………………………………………………………………………… 5593    38.6%

5. Decisions on requests [2] …………………………………………………………………………………… 14491
    a. No. granted ................................................................................................................... 13386    92.4%
        (1) By examiner .......................................................................................................... 13197
        (2) By Director (on petition) ...................................................................................... 189
    b. No. denied ..................................................................................................................... 1185    8.2%
        (1) By examiner .......................................................................................................... 1105
        (2) Reexam vacated ................................................................................................... 80

6. Total examiner denials (includes denials reversed by Director)………………..................... 1105
    a. Patent owner requester ............................................................................................... 526    47.6%
    b. Third party requester .................................................................................................. 579    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

 a. Average pendency    26.0 (mos.)

 b. Median pendency    19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

 a. Certificates – PATENT OWNER REQUESTER    3957

    a. All claims confirmed    846    21.4%

    b. All claims canceled    386    9.8%

    c. Claims changed    2725    68.9%

 b. Certificates – 3rd PARTY REQUESTER    7812

    a. All claims confirmed    1667    21.3%

    b. All claims canceled    1127    14.4%

    c. Claims changed    5018    64.2%

 c. Certificates – COMMISSIONER INITIATED REEXAM    174

    a. All claims confirmed    17    9.8%

    b. All claims canceled    46    26.4%

    c. Claims changed    111    63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………...……………………………………… 14185
    a. By patent owner      3954    27.9%
    b. by other member of the public      10056    70.9%
    c. By order of Commissioner      175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation      3843    27.1%
    b. Electrical Operation      5279    37.2%
    c. Mechanical Operation      4790    33.8%
    d. Design Patents      273    1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation……………………………………………………………………………… 5428    38.3%

5. Decisions on requests [2] ……………………………………………………………………………… 14185
    a. No. granted      13082    92.2%
        (1) By examiner      12888
        (2) By Director (on petition)      194
    b. No. denied      1183    8.3%
        (1) By examiner      1103
        (2) Reexam vacated      80

6. Total examiner denials (includes denials reversed by Director)……………….………………… 1103
    a. Patent owner requester      525    47.6%
    b. Third party requester      578    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
       a. Average pendency                                                         25.7 (mos.)
       b. Median pendency                                                        19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………………   12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                 3960
             a. All claims confirmed               809   20.4%
             b. All claims canceled               396   10.0%
             c. Claims changed                  2755   69.6%
      b. Certificates – 3rd PARTY REQUESTER                    8630
             a. All claims confirmed            1846   21.4%
             b. All claims canceled            1226   14.2%
             c. Claims changed                 5558   64.4%
      c. Certificates – COMMISSIONER INITIATED REEXAM       174
             a. All claims confirmed                17   9.8%
             b. All claims canceled               46   26.4%
             c. Claims changed                 111   63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte*  Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte*  reexam on 07/01/81 [1]……………...………………………………….…     13987
    a. By patent owner                                                                                                       3919        28%
    b. by other member of the public                                                                        9893        71%
    c. By order of Commissioner                                                                               175         1%

2. Number of Filings by discipline
    a. Chemical Operation                                                                                        3791        27%
    b. Electrical Operation                                                                                       5214        37%
    c. Mechanical Operation                                                                                    4732        34%
    d. Design Patents                                                                                              250         2%

3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation……………..………………………………………………………………     1938        14%

5. Decisions on requests [2] ………………..……………………………………………………….................     14130
    a. No. granted                                                                                                     12905        91%
        (1) By examiner                                                                                  12718
        (2) By Director (on petition)                                                          187
    b. No. denied                                                                                                       1277        9%
        (1) By examiner                                                                                  1225
        (2) Reexam vacated                                                                         52

6. Total examiner denials (includes denials reversed by Director)……………..………………     1226
    a. Patent owner requester                                                                                524        43%
    b. Third party requester                                                                                    702        57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

| | |
|---|---|
| a. Average pendency | 25.8 (mos.) |
| b. Median pendency | 19.4 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11980

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|     a. All claims confirmed | 693 | 21% |
|     b. All claims canceled | 300 | 9% |
|     c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|     a. All claims confirmed | 1769 | 21% |
|     b. All claims canceled | 1170 | 14% |
|     c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 18 | 10% |
|     b. All claims canceled | 47 | 27% |
|     c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81. [1] ……………………………………………………… 13824
    a. By patent owner     3910   28%
    b. by other member of the public     9739   70%
    c. By order of Commissioner     175   1%

2. Number of Filings by discipline
    a. Chemical Operation     3741   27%
    b. Electrical Operation     5160   37%
    c. Mechanical Operation     4681   34%
    d. Design Patents     242   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation……………..………………………………………………………… 1854   13%

5. Decisions on requests [2] …………………………………………………………………………………… 13966
    a. No. granted     12745   91%
        (1) By examiner     12561
        (2) By Director (on petition)     184
    b. No. denied     1272   9%
        (1) By examiner     1221
        (2) Reexam vacated     51

6. Total examiner denials (includes denials reversed by Director)……………….………………… 1222
    a. Patent owner requester     524   43%
    b. Third party requester     698   57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

|  |  |
|---|---|
| a. Average pendency | 25.8 (mos.) |
| b. Median pendency | 19.4 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% | 2473 |
| b. All claims canceled | 3% | 10% | 0% | 13% | 1504 |
| c. Claims changed | 20% | 46% | 1% | 67% | 7962 |

9. Total ex parte reexamination certificates issued (1981 – present) ...........................    11939

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3323 |
| a. All claims confirmed | 693 | 21% |
| b. All claims canceled | 299 | 9% |
| c. Claims changed | 2331 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8442 |
| a. All claims confirmed | 1762 | 21% |
| b. All claims canceled | 1158 | 14% |
| c. Claims changed | 5522 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
| a. All claims confirmed | 18 | 10% |
| b. All claims canceled | 47 | 27% |
| c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte*  Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte*  reexam on 07/01/81……………………………………………… 13641

| | | |
|---|---|---|
| a. By patent owner | 3912 | 29% |
| b. by other member of the public | 9686 | 71% |
| c. By order of Commissioner | 43 | 0% |

2. Number of Filings by dicipline

| | | |
|---|---|---|
| a. Chemical Operation | 3670 | 27% |
| b. Electrical Operation | 5148 | 38% |
| c. Mechanical Operation | 4596 | 34% |
| d. Design Patents | 227 | 2% |

3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation…………………………………………………………………………… 4648    34%

5. Decisions on requests……………………………………………………………………………… 13147

| | | |
|---|---|---|
| a. No. granted | 12047 | 92% |
| (1) By examiner | 11913 | |
| (2) By Director (on petition) | 134 | |
| b. No. denied | 1100 | 8% |
| (1) By examiner | 1054 | |
| (2) Reexam vacated | 46 | |

6. Total examiner denials (includes denials reversed by Director)……………..………………… 1056

| | | |
|---|---|---|
| a. Patent owner requester | 494 | 47% |
| b. Third party requester | 562 | 53% |

7. Overall reexamination pendency (Filing date to certificate issue date)…………………….

| | | |
|---|---|---|
| a. Average pendency | 26.4 | (mos.) |
| b. Median pendency | 19.4 | (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 46% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………    11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.