# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

REDSTONE LOGICS LLC,        §
       §
    *Plaintiff,*        §
       §       Case No. 7:24-CV-00231-ADA
v.        §
       §       **JURY TRIAL DEMANDED**
       §
QUALCOMM INCORPORATED AND     §
QUALCOMM TECHNOLOGIES, INC.,     §
       §
    *Defendants.*        §

**DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
REDSTONE LOGICS LLC'S FIRST SET OF INTERROGATORIES NOS. 1-15**

Pursuant to Federal Rules of Civil Procedure ("Federal Rules") 26 and 33, the Local Rules of the United States District Court for the Western District of Texas ("Local Rules"), and the Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases ("OGP"), Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. ("Collectively Qualcomm") hereby submit the following Third Supplemental Objections and Responses to Plaintiff Redstone Logics LLC's ("Plaintiff" or "Redstone") First Set of Interrogatories, dated June 10, 2025 ("Interrogatories"). Qualcomm has not completed its investigation of the facts relating to this litigation, has not completed its discovery in this action, and has not completed its preparation for trial. Accordingly, these Objections and Responses are preliminary and based only upon the information presently available and known to Qualcomm.

Qualcomm reserves the right to further supplement and amend its Objections and Responses to the Interrogatories as the litigation develops and if and when it discovers any additional relevant and responsive information. Qualcomm further reserves the right to object to the admissibility of any of its Interrogatory Responses or any of the documents produced to

1                       **CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

QCREDSTONE_0117887, QCREDSTONE_0141773.

Qualcomm's investigation remains ongoing, and Qualcomm reserves the right to amend or supplement the foregoing.

**INTERROGATORY NO. 3:**

For each Accused Product, Relevant Component, and each product You identified in response to Interrogatory No. 1, identify and describe in detail the dates and circumstances it was first: (a) publicly announced, (b) put into active service, (c) offered for sale, and (d) sold, and identify the person(s) responsible for each activity.

**MARCH 6, 2026 AMENDED RESPONSE TO INTERROGATORY NO. 3:**

Qualcomm hereby incorporates by reference General Objections, its Objections to Definitions, and its Objections to Instructions above as if fully set forth herein.

Qualcomm objects to the phrases "for each," "Accused Product," "Relevant Component," "each product," "circumstances," "publicly announced," "put into active service," "offered for sale," and "responsible for each activity" as unfairly vague and ambiguous, and causing this Interrogatory to seek  discovery that is overly broad, unduly burdensome, not relevant to any claim or defense in the litigation, not proportional to the needs of the litigation, not reasonably calculated to lead to the discovery of admissible evidence, and for which the burden or expense outweighs its likely benefit to the extent the phrases are not defined and require Qualcomm to provide information not ascertainable through a diligent search of reasonable scope and/or not reasonably related to any allegation in this case.

Qualcomm also objects that the phrases "each Accused Product, Relevant Component, and each product You identified in response to Interrogatory No. 1" are overly broad and unduly burdensome to the extent they seek to impose a burden on Qualcomm to identify information not

**CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

discovered through a diligent search of reasonable scope.  Qualcomm incorporates by reference its objections to Interrogatory No. 1 as if set forth fully herein.

Qualcomm further objects to this Interrogatory as vague, overbroad, unduly burdensome, and not proportional to the needs of the litigation for its use of the vague phrases "Accused Product" and "Relevant Component" to the extent the Interrogatory seeks information about products not specifically accused of infringement in Redstone's operative infringement contentions.

Qualcomm further objects to this Interrogatory as uncertain, overly broad, unduly burdensome, and oppressive as it fails to specify any responsive time period, and accordingly is not limited to events relevant to this litigation.

Qualcomm further objects to this Interrogatory to the extent it purports to require Qualcomm to furnish information that is not kept in the ordinary course of its business or to furnish information that is equally available and/or publicly accessible to Redstone.

Qualcomm further objects to this Interrogatory as compound to the extent it improperly requires Qualcomm to respond regarding multiple, discrete subjects couched as a single Interrogatory. This Interrogatory requires Qualcomm provide multiple discrete pieces of information and separate responses for multiple products.  Qualcomm also objects to this Interrogatory as overly broad and unduly burdensome for the same reasons.

Qualcomm further objects to this Interrogatory as vague and unduly burdensome to the extent that it relies upon defined terms that themselves are objectionable.  Qualcomm incorporates by reference its above objections to the definitions of these terms as if set forth fully herein.

Subject to and without waiving the foregoing objections and based on Qualcomm's understanding of this Interrogatory, Qualcomm states:

34

**CONFIDENTIAL –<br>ATTORNEYS' EYES ONLY**

For products identified in response to Interrogatory No. 1, the earliest corresponding order date is as follows:

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
|---|---|---|
| APQ8056 | 9/1/2015 | 2/1/2017 |
| APQ8096 | 8/13/2015 | 12/8/2015 |
| APQ8096A | 12/14/2018 | 5/3/2019 |
| APQ8096AU | 9/23/2016 | 9/23/2016 |
| APQ8098 | 7/26/2016 | 9/19/2016 |
| CQ7790M | 9/18/2025 | 2/4/2026 |
| CQ7790S | 8/28/2025 | 8/28/2025 |
| MSM8956 | 8/7/2015 | 6/16/2017 |
| MSM8996 | 6/24/2015 | 8/28/2015 |
| MSM8996AU | 6/14/2017 | 9/26/2017 |
| MSM8998 | 6/24/2016 | 10/26/2016 |
| QAM8155P | 8/23/2020 | 10/26/2021 |
| QAM8195P | 9/28/2020 | 1/27/2021 |
| QAM8255P | 5/20/2022 | 8/8/2022 |
| QAM8295P | 1/11/2021 | 9/23/2021 |
| QAM8295PS | 10/21/2022 | 1/4/2023 |
| QAM8540P | 2/10/2021 | 10/6/2021 |
| QAM8650P | 6/15/2022 | 10/12/2022 |
| QAM8770P | 1/24/2025 | #N/A |
| QAM8775P | 11/7/2022 | 1/23/2023 |
| QAMSRV1M | 7/19/2022 | 2/18/2025 |
| QCM4290 | 7/28/2020 | 7/28/2020 |
| QCM4325 | 1/13/2023 | #N/A |
| QCM4490 | 1/16/2023 | 4/5/2023 |
| QCM5430 | 7/31/2022 | #N/A |
| QCM6125 | 7/12/2020 | 4/5/2022 |

35

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
|---|---|---|
| QCM6490 | 3/7/2021 | 4/25/2022 |
| QCM6690 | 9/11/2024 | 2/4/2025 |
| QCM8538 | 12/18/2024 | #N/A |
| QCM8550 | 7/13/2023 | 11/3/2023 |
| QCR100 | 11/2/2023 | 11/9/2023 |
| QCS410 | 1/21/2020 | 10/19/2020 |
| QCS4290 | 7/28/2020 | 7/28/2020 |
| QCS4490 | 2/13/2023 | 7/20/2023 |
| QCS5430 | 7/28/2022 | 2/16/2023 |
| QCS603 | 2/13/2018 | 6/6/2019 |
| QCS605 | 10/1/2017 | 11/16/2017 |
| QCS610 | 11/27/2018 | 3/1/2019 |
| QCS6125 | 7/12/2020 | 7/6/2022 |
| QCS615 | 1/23/2025 | #N/A |
| QCS6490 | 3/7/2021 | 4/25/2022 |
| QCS6690 | 9/11/2024 | 2/4/2025 |
| QCS7230 | 4/7/2022 | 4/5/2023 |
| QCS8155M | 11/14/2021 | 10/21/2025 |
| QCS8245 | 3/8/2021 | 8/2/2022 |
| QCS8250 | 10/15/2020 | 12/7/2020 |
| QCS8275 | 1/14/2025 | #N/A |
| QCS8300 | 6/23/2025 | #N/A |
| QCS8535N | 12/15/2025 | #N/A |
| QCS8550 | 1/10/2023 | 3/27/2023 |
| QCS8550N | 12/11/2024 | 2/27/2025 |
| QCS8625 | 1/16/2025 | #N/A |
| QCS9075 | 11/26/2024 | 11/26/2024 |
| QCS9075M | 1/16/2025 | 6/27/2025 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
|---|---|---|
| QCS9100M | 9/1/2024 | #N/A |
| QMB415 | 12/22/2025 | #N/A |
| QMB715 | 1/4/2026 | #N/A |
| QRB3165 | 2/26/2024 | #N/A |
| QRB3165N | 2/26/2024 | #N/A |
| QRB4210 | 8/2/2021 | #N/A |
| QRB5165 | 5/25/2020 | 1/20/2021 |
| QRB5165M | 6/3/2021 | 8/28/2021 |
| QRB5165N | 4/29/2021 | 4/29/2021 |
| QSIP7180 | 1/8/2020 | 2/25/2020 |
| QSIP7180P | 4/2/2020 | #N/A |
| QSM8250 | 8/8/2019 | 1/19/2020 |
| SA4150P | 3/8/2021 | 11/30/2021 |
| SA6145P | 5/1/2019 | 9/30/2019 |
| SA6150P | 5/1/2019 | 9/30/2019 |
| SA6155P | 10/15/2018 | 10/15/2018 |
| SA7255P | 7/17/2023 | 10/15/2025 |
| SA7775P | 1/23/2025 | #N/A |
| SA8150P | 5/21/2019 | 7/31/2020 |
| SA8155P | 10/4/2018 | 10/4/2018 |
| SA8195P | 4/15/2019 | 5/15/2020 |
| SA8255P | 10/13/2022 | #N/A |
| SA8295P | 11/17/2020 | 12/1/2020 |
| SA8295PS | 9/23/2022 | #N/A |
| SA8530P | 9/29/2020 | 4/23/2021 |
| SA8540P | 9/28/2020 | 12/1/2020 |
| SA8620P | 10/17/2023 | #N/A |
| SA8650P | 7/25/2022 | 6/26/2025 |

37

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
|---|---|---|
| SA8775P | 8/25/2024 | #N/A |
| SC7180 | 1/28/2020 | #N/A |
| SC7180P | 1/19/2021 | #N/A |
| SC7280 | 5/4/2021 | 5/4/2021 |
| SC8180X | 10/25/2018 | 1/11/2019 |
| SC8180XP | 7/18/2019 | 9/10/2019 |
| SC8280XP | 10/15/2020 | 12/15/2020 |
| SDA660 | 5/2/2017 | 7/11/2017 |
| SDA670 | 4/18/2018 | #N/A |
| SDA845 | 8/22/2017 | 8/22/2017 |
| SDM630 | 1/12/2017 | 5/11/2017 |
| SDM632 | 3/16/2018 | 4/6/2018 |
| SDM660 | 1/3/2017 | 4/11/2017 |
| SDM670 | 12/13/2017 | 2/4/2018 |
| SDM710 | 2/11/2018 | 4/4/2018 |
| SDM712 | 11/1/2018 | 9/27/2020 |
| SDM845 | 3/7/2017 | 5/11/2017 |
| SDM850 | 11/28/2017 | 12/14/2017 |
| SG4150P | 8/31/2022 | #N/A |
| SG4250P | 8/14/2024 | #N/A |
| SG6150 | 1/5/2024 | #N/A |
| SG6150P | 6/12/2024 | 6/12/2024 |
| SG6275P | 3/2/2025 | #N/A |
| SG8175P | 8/24/2021 | #N/A |
| SG8275P | 9/27/2023 | #N/A |
| SG8350P | 10/29/2024 | #N/A |
| SM4250 | 1/9/2020 | 4/29/2020 |
| SM4350 | 7/15/2020 | 3/4/2021 |

38

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
| --- | --- | --- |
| SM4375 | 6/30/2022 | #N/A |
| SM4450 | 11/28/2022 | 7/20/2023 |
| SM4450P | 9/30/2024 | #N/A |
| SM4635 | 3/7/2024 | #N/A |
| SM6115 | 1/9/2020 | 4/22/2020 |
| SM6115P | 8/24/2022 | #N/A |
| SM6125 | 1/28/2019 | 6/6/2019 |
| SM6150 | 7/12/2018 | 8/30/2018 |
| SM6225 | 2/28/2021 | #N/A |
| SM6350 | 3/19/2020 | 3/27/2023 |
| SM6370 | 2/7/2024 | #N/A |
| SM6375 | 3/15/2021 | 9/21/2021 |
| SM6435 | 6/4/2025 | #N/A |
| SM6450 | 3/31/2022 | 4/10/2023 |
| SM6450P | 8/17/2023 | #N/A |
| SM6475 | 4/25/2024 | #N/A |
| SM6475Q | 6/18/2025 | #N/A |
| SM6650 | 6/12/2024 | 2/3/2025 |
| SM6650P | 7/28/2025 | #N/A |
| SM7125 | 9/19/2019 | 4/13/2020 |
| SM7150 | 10/18/2018 | #N/A |
| SM7150P | 11/19/2019 | #N/A |
| SM7225 | 3/4/2020 | 2/1/2021 |
| SM7250 | 5/28/2019 | 10/10/2019 |
| SM7315 | 4/5/2021 | #N/A |
| SM7325 | 1/3/2021 | 4/30/2021 |
| SM7425 | 11/17/2022 | #N/A |
| SM7435 | 3/13/2023 | #N/A |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
|---|---|---|
| SM7435P | 11/27/2023 | #N/A |
| SM7450 | 11/1/2021 | 2/23/2022 |
| SM7475 | 8/15/2022 | #N/A |
| SM7550 | 5/15/2023 | #N/A |
| SM7550P | 11/12/2024 | #N/A |
| SM7635 | 4/11/2024 | 2/3/2025 |
| SM7635P | 5/13/2025 | #N/A |
| SM7675 | 8/21/2023 | #N/A |
| SM7675P | 2/18/2024 | #N/A |
| SM7750 | 11/3/2024 | 5/30/2025 |
| SM7750P | 4/22/2025 | #N/A |
| SM7775 | 11/27/2025 | #N/A |
| SM8150 | 4/23/2018 | 11/12/2018 |
| SM8150P | 11/22/2018 | 5/29/2019 |
| SM8250 | 3/20/2019 | 6/14/2019 |
| SM8325 | 1/25/2021 | 2/24/2022 |
| SM8325P | 1/8/2021 | #N/A |
| SM8350 | 1/20/2020 | 7/16/2020 |
| SM8350P | 6/2/2020 | 2/17/2021 |
| SM8415 | 1/24/2022 | #N/A |
| SM8425 | 1/24/2022 | #N/A |
| SM8450 | 3/2/2021 | 8/5/2021 |
| SM8450P | 3/16/2021 | 6/22/2021 |
| SM8475 | 8/25/2021 | 5/29/2022 |
| SM8475P | 11/22/2022 | #N/A |
| SM8550 | 2/23/2022 | 4/26/2022 |
| SM8550P | 7/25/2022 | 10/28/2022 |
| SM8635 | 9/27/2023 | #N/A |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| Family Designation | Earliest Worldwide order identified in Qualcomm's financial records | Earliest U.S. order identified in Qualcomm's financial records |
|---|---|---|
| SM8635P | 12/20/2023 | #N/A |
| SM8650 | 2/13/2023 | 6/22/2023 |
| SM8650P | 6/20/2023 | 11/1/2023 |
| SM8650Q | 12/23/2024 | #N/A |
| SM8735 | 9/24/2024 | 11/17/2025 |
| SM8735P | 3/25/2025 | #N/A |
| SRV1L | 5/16/2023 | #N/A |
| SRV1M | 8/25/2024 | #N/A |
| SXR1010P | 11/13/2023 | 11/13/2023 |
| SXR2130P | 7/25/2019 | 8/2/2019 |
| SXR2150P | 4/20/2021 | 4/20/2021 |
| SXR2155P | 6/30/2021 | #N/A |
| SXR2230P | 7/29/2022 | 12/8/2022 |
| SXR2250P | 3/26/2024 | 4/17/2024 |
| SXR2330P | 7/11/2024 | #N/A |
| SXR2350P | 7/26/2024 | 9/10/2025 |
| TPMPSP1393 | 3/8/2020 | #N/A |
| TPMPSP1518 | 4/20/2021 | 10/28/2021 |
| TPNSP1593 | 10/19/2020 | #N/A |

Further, and pursuant to Federal Rule of Civil Procedure 33(d), an answer to non-objectionable portions of this Interrogatory may be derived and/or ascertained from Qualcomm's marketing materials, including some that are publicly accessible, for certain Accused Products available at QCREDSTONE_0138281 – QCREDSTONE_0138282, QCREDSTONE_0138283 – QCREDSTONE_0138284, QCREDSTONE_0138285 – QCREDSTONE_0138286, QCREDSTONE_0138287 – QCREDSTONE_0138288, QCREDSTONE_0138289 – QCREDSTONE_0138290, QCREDSTONE_0138291 – QCREDSTONE_0138292,

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

QCREDSTONE_0138293    –    QCREDSTONE_0138294,    QCREDSTONE_0138295    –

QCREDSTONE_0138296,    QCREDSTONE_0138297    –    QCREDSTONE_0138298,

QCREDSTONE_0138299    –    QCREDSTONE_0138300,    QCREDSTONE_0138301    –

QCREDSTONE_0138303,    QCREDSTONE_0138304    –    QCREDSTONE_0138306,

QCREDSTONE_0138307    –    QCREDSTONE_0138308,    QCREDSTONE_0138309    –

QCREDSTONE_0138310,    QCREDSTONE_0138311    –    QCREDSTONE_0138409,

QCREDSTONE_0138410    –    QCREDSTONE_0138411,    QCREDSTONE_0138412    –

QCREDSTONE_0138413,    QCREDSTONE_0138414    –    QCREDSTONE_0138415,

QCREDSTONE_0138416    –    QCREDSTONE_0138418,    QCREDSTONE_0138419    –

QCREDSTONE_0138420,    QCREDSTONE_0145770    –    QCREDSTONE_0145785,

QCREDSTONE_0145786    –    QCREDSTONE_0145804,    QCREDSTONE_0145805    –

QCREDSTONE_0145823,    QCREDSTONE_0145824    –    QCREDSTONE_0145842,

QCREDSTONE_0145843    –    QCREDSTONE_0145861,    QCREDSTONE_0145862    –

QCREDSTONE_0145880,    QCREDSTONE_0145881    –    QCREDSTONE_0145907,

QCREDSTONE_0145908    –    QCREDSTONE_0146026,    QCREDSTONE_0146027    –

QCREDSTONE_0146043,    QCREDSTONE_0146044    –    QCREDSTONE_0146115,

QCREDSTONE_0146116    –    QCREDSTONE_0146129,    QCREDSTONE_0146130    –

QCREDSTONE_0146247,    QCREDSTONE_0146248    –    QCREDSTONE_0146365,

QCREDSTONE_0146366    –    QCREDSTONE_0146476,    QCREDSTONE_0146477    –

QCREDSTONE_0146587,    QCREDSTONE_0146588    –    QCREDSTONE_0146703,

QCREDSTONE_0146704    –    QCREDSTONE_0146814,    QCREDSTONE_0146815    –

QCREDSTONE_0146896,    QCREDSTONE_0146897    –    QCREDSTONE_0146898,

QCREDSTONE_0146899    –    QCREDSTONE_0146900,    QCREDSTONE_0146901    –

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

QCREDSTONE_0147011,      QCREDSTONE_0147012      –      QCREDSTONE_0147013,

QCREDSTONE_0147014      –      QCREDSTONE_0147015,    QCREDSTONE_0147016      –

QCREDSTONE_0147024,      QCREDSTONE_0147025      –      QCREDSTONE_0147039,

QCREDSTONE_0147040      –      QCREDSTONE_0147046,    QCREDSTONE_0147047      –

QCREDSTONE_0147053,      QCREDSTONE_0147054      –      QCREDSTONE_0147094,

QCREDSTONE_0147095      –      QCREDSTONE_0147096,    QCREDSTONE_0147097      –

QCREDSTONE_0147098,      QCREDSTONE_0147099      –      QCREDSTONE_0147120,

QCREDSTONE_0147121      –      QCREDSTONE_0147142,    QCREDSTONE_0147143      –

QCREDSTONE_0147175, QCREDSTONE_0138430 – QCREDSTONE_0138433; the burden of deriving or ascertaining an answer from these materials is substantially the same for either party. To the extent Redstone contends that non-objectionable portions of this Interrogatory seek anything additional, Qualcomm is willing to discuss Redstone's contention.

Qualcomm's investigation remains ongoing, and Qualcomm reserves the right to amend or supplement the foregoing.

**INTERROGATORY NO. 4:**

Describe in detail your awareness of the Asserted Patent, including when you first became aware of the Asserted Patent and the actions you have taken as a result of your awareness of the Asserted Patent.

**SEPTEMBER 22, 2025 AMENDED RESPONSE TO INTERROGATORY NO. 4:**

Qualcomm hereby incorporates by reference its General Objections, its Objections to Definitions, and its Objections to Instructions above as if fully set forth herein.

Qualcomm objects to the phrases "awareness," "aware," and "actions you have taken as a

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

March 6, 2026                          Respectfully submitted,


                                       By:    */s/ Richard S. Zembek*

                                       Richard S. Zembek
                                       Texas State Bar No. 00797726
                                       **NORTON ROSE FULBRIGHT US LLP**
                                       1550 Lamar Street, Suite 2000
                                       Houston, Texas 77010-4106
                                       richard.zembek@nortonrosefulbright.com
                                       Tel:    (713) 651-5151
                                       Fax:    (713) 651-5246

                                       Eric C. Green
                                       Texas State Bar No. 24069824
                                       Brett A. McKean
                                       Texas State Bar No. 24057994
                                       **NORTON ROSE FULBRIGHT US LLP**
                                       98 San Jacinto Boulevard, Suite 1100
                                       Austin, Texas 78701-4255
                                       eric.green@nortonrosefulbright.com
                                       brett.mckean@nortonrosefulbright.com
                                       Tel:    (512) 536-3094
                                       Fax:    (512) 536-4598

                                       ***COUNSEL FOR DEFENDANTS
                                       QUALCOMM INCORPORATED AND
                                       QUALCOMM TECHNOLOGIES, INC.***


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on counsel of record on March 6, 2026 by e-mail.


                                       */s/ Eric C. Green*
                                       Eric C. Green


136                                                   **CONFIDENTIAL –
                                                      ATTORNEYS' EYES ONLY**