**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM<br>TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 7:24-cv-00231-ADA |

**DEFENDANTS' UNOPPOSED NOTICE REGARDING
DOCUMENTS TO BE FILED UNDER SEAL**

Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc., (collectively, "Qualcomm") respectfully request that the Court enter certain exhibits to Qualcomm's Motion to Stay (Dkt. 62, the "Motion"), filed June 4, 2026, under seal. Specifically, **Exhibits 2, 5,** and **6** were inadvertently not designated in ECF as sealed (Dkts. 62-4, 62-7, and 62-8). The Motion itself and all other exhibits may be filed on the Court's public docket.

Pursuant to Judge Albright's Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions (Feb. 13, 2025), "[p]arties need not file a separate motion for leave" to file under seal. Qualcomm therefore requests that the clerk enter Exhibits 2, 5, and 6 to the Motion to Stay under seal.

1

Date: June 5, 2026

Respectfully submitted,

By:    *Richard S. Zembek*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal (SBN 24050923)
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Brett A. McKean (SBN 24057994)
brett.mckean@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANTS QUALCOMM
INCORPORATED AND QUALCOMM
TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: *Richard S. Zembek*
Richard S. Zembek

**CERTIFICATE OF CONFERENCE**

I certify that on June 5, 2026, the parties met and conferred and counsel for Redstone confirmed it does not oppose the filing of this Notice.

By: *Richard S. Zembek*
    Richard S. Zembek