# **<u>EXHIBIT 3</u>**



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2025

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]…………..………………………………………… 16022

| | | |
|---|---|---|
| a. By patent owner | 4039 | 25.2% |
| b. by other member of the public | 11808 | 73.7% |
| c. By order of Commissioner | 175 | 1.1% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 4101 | 25.6% |
| b. Electrical Operation | 6220 | 38.8% |
| c. Mechanical Operation | 5175 | 32.3% |
| d. Design Patents | 526 | 3.3% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 288 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 417 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | 2025 | 491 |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation………………………………………………………………………………… 6495   40.5%

5. Decisions on requests [2] ………………………………………………………………………………… 15998

| | | |
|---|---|---|
| a. No. granted | 14833 | 92.7% |
| (1) By examiner | 14644 | |
| (2) By Director (on petition) | 189 | |
| b. No. denied | 1294 | 8.1% |
| (1) By examiner | 1165 | |
| (2) Reexam vacated | 129 | |

6. Total examiner denials (includes denials reversed by Director)……………………………… 1138

| | | |
|---|---|---|
| a. Patent owner requester | 531 | 46.7% |
| b. Third party requester | 607 | 53.3% |

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                              25.2 (mos.)
      b. Median pendency                                              18.9 (mos.)

8. Reexam certificate claim analysis [3]:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 16% | 0% | 22.2% | 2919 |
| b. Certificates with all claims canceled | 3% | 11% | 0% | 14.5% | 1898 |
| c. Certificates with claims changes | 21% | 41% | 1% | 63.3% | 8309 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………  13126

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                4025
            a. All claims confirmed                859    21.3%
            b. All claims canceled                413    10.3%
            c. Claims changed                   2753    68.4%
      b. Certificates – 3rd PARTY REQUESTER                   8927
            a. All claims confirmed             2043    22.9%
            b. All claims canceled            1439    16.1%
            c. Claims changed               5445    61.0%
      c. Certificates – COMMISSIONER INITIATED REEXAM    174
            a. All claims confirmed                17    9.8%
            b. All claims canceled               46    26.4%
            c. Claims changed                111    63.8%

1 Total decisions on requests does not include requests that did not receive a filing date or have been vacated or are pending
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Claims analysis is only of requested claims and certificates of merged reexams are only counted once. Reexaminations merged with reissues are not include in analysis



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………...…………………………………… 15541

|  |  |  |
|---|---|---|
| a. By patent owner | 4066 | 26.2% |
| b. by other member of the public | 11300 | 72.7% |
| c. By order of Commissioner | 175 | 1.1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 4032 | 25.9% |
| b. Electrical Operation | 5978 | 38.5% |
| c. Mechanical Operation | 5095 | 32.8% |
| d. Design Patents | 436 | 2.8% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 |  |  |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 |  |  |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 |  |  |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 |  |  |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 |  |  |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 |  |  |

4. Number known to be in litigation………………………………………………………………………… 6099    39.2%

5. Decisions on requests [2] ……………………………………………………………………… 15536

|  |  |  |
|---|---|---|
| a. No. granted | 14386 | 92.6% |
| (1) By examiner | 14197 |  |
| (2) By Director (on petition) | 189 |  |
| b. No. denied | 1244 | 8.0% |
| (1) By examiner | 1150 |  |
| (2) Reexam vacated | 94 |  |

6. Total examiner denials (includes denials reversed by Director)……………….……………… 1138

|  |  |  |
|---|---|---|
| a. Patent owner requester | 533 | 46.8% |
| b. Third party requester | 605 | 53.2% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency            25.1 (mos.)
      b. Median pendency            18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER          6853
        a. All claims confirmed       1620    23.6%
        b. All claims canceled        781    11.4%
        c. Claims changed        4452    65.0%
    b. Certificates – 3rd PARTY REQUESTER          5794
        a. All claims confirmed       1172    20.2%
        b. All claims canceled        980    16.9%
        c. Claims changed        3642    62.9%
    c. Certificates – COMMISSIONER INITIATED REEXAM          174
        a. All claims confirmed         17    9.8%
        b. All claims canceled         46    26.4%
        c. Claims changed        111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………......................................    15114
    a. By patent owner                                    4027    26.6%
    b. by other member of the public                    10912    72.2%
    c. By order of Commissioner                            175     1.2%

2. Number of Filings by discipline
    a. Chemical Operation                                 3977    26.3%
    b. Electrical Operation                               5796    38.3%
    c. Mechanical Operation                               4989    33.0%
    d. Design Patents                                      352     2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………………………………………………………………    5593    37.0%

5. Decisions on requests [2] ………………………………………………………………………    14485
    a. No. granted                                      13376    92.3%
        (1) By examiner                            13187
        (2) By Director (on petition)               189
    b. No. denied                                        1198     8.3%
        (1) By examiner                             1109
        (2) Reexam vacated                            89

6. Total examiner denials (includes denials reversed by Director)…………….…………………    1110
    a. Patent owner requester                             526    47.4%
    b. Third party requester                              584    52.6%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
     a. Average pendency                                                      25.2 (mos.)
     b. Median pendency                                                       18.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
     a. Certificates – PATENT OWNER REQUESTER                            3983

| | | |
|---|---|---|
| a. All claims confirmed | 854 | 21.4% |
| b. All claims canceled | 400 | 10.0% |
| c. Claims changed | 2729 | 68.5% |

     b. Certificates – 3rd PARTY REQUESTER                                    8226

| | | |
|---|---|---|
| a. All claims confirmed | 1804 | 21.9% |
| b. All claims canceled | 1250 | 15.2% |
| c. Claims changed | 5172 | 62.9% |

     c. Certificates – COMMISSIONER INITIATED REEXAM                  174

| | | |
|---|---|---|
| a. All claims confirmed | 17 | 9.8% |
| b. All claims canceled | 46 | 26.4% |
| c. Claims changed | 111 | 63.8% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1].............................................................. 14827
    a. By patent owner      4001   27.0%
    b. by other member of the public      10651   71.8%
    c. By order of Commissioner      175   1.2%

2. Number of Filings by discipline
    a. Chemical Operation      3937   26.6%
    b. Electrical Operation      5644   38.1%
    c. Mechanical Operation      4917   33.2%
    d. Design Patents      329   2.2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation........................................................................................... 5592   37.7%

5. Decisions on requests [2] .......................................................................................... 14485
    a. No. granted      13376   92.3%
        (1) By examiner      13187
        (2) By Director (on petition)      189
    b. No. denied      1198   8.3%
        (1) By examiner      1109
        (2) Reexam vacated      89

6. Total examiner denials (includes denials reversed by Director)........................... 1110
    a. Patent owner requester      526   47.4%
    b. Third party requester      584   52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                                           25.0 (mos.)
      b. Median pendency                                                             19.1 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………… 12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                      3980
           a. All claims confirmed                     851    21.4%
           b. All claims canceled                      395    9.9%
           c. Claims changed                        2734    68.7%
      b. Certificates – 3rd PARTY REQUESTER                           8008
           a. All claims confirmed                 1724    21.5%
           b. All claims canceled                  1182    14.8%
           c. Claims changed                    5102    63.7%
      c. Certificates – COMMISSIONER INITIATED REEXAM         174
           a. All claims confirmed                    17    9.8%
           b. All claims canceled                      46    26.4%
           c. Claims changed                      111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]...............................................................    14489
    a. By patent owner    3979    27.5%
    b. by other member of the public    10335    71.3%
    c. By order of Commissioner    175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation    3889    26.8%
    b. Electrical Operation    5452    37.6%
    c. Mechanical Operation    4844    33.4%
    d. Design Patents    304    2.1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation..................................................................................    5593    38.6%

5. Decisions on requests [2] .........................................................................................    14491
    a. No. granted    13386    92.4%
        (1) By examiner    13197
        (2) By Director (on petition)    189
    b. No. denied    1185    8.2%
        (1) By examiner    1105
        (2) Reexam vacated    80

6. Total examiner denials (includes denials reversed by Director)...................................    1105
    a. Patent owner requester    526    47.6%
    b. Third party requester    579    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

      a. Average pendency                                                    26.0 (mos.)

      b. Median pendency                                                  19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

      a. Certificates – PATENT OWNER REQUESTER              3957

           a. All claims confirmed            846   21.4%

           b. All claims canceled            386    9.8%

           c. Claims changed            2725   68.9%

      b. Certificates – 3rd PARTY REQUESTER                7812

           a. All claims confirmed        1667   21.3%

           b. All claims canceled        1127   14.4%

           c. Claims changed          5018   64.2%

      c. Certificates – COMMISSIONER INITIATED REEXAM      174

           a. All claims confirmed            17    9.8%

           b. All claims canceled            46   26.4%

           c. Claims changed            111   63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ...............…...............................................  14185
    a. By patent owner  3954  27.9%
    b. by other member of the public  10056  70.9%
    c. By order of Commissioner  175  1.2%

2. Number of Filings by discipline
    a. Chemical Operation  3843  27.1%
    b. Electrical Operation  5279  37.2%
    c. Mechanical Operation  4790  33.8%
    d. Design Patents  273  1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation…………..............................…....................................................  5428  38.3%

5. Decisions on requests [2] ………..............…................................................................................  14185
    a. No. granted  13082  92.2%
        (1) By examiner  12888
        (2) By Director (on petition)  194
    b. No. denied  1183  8.3%
        (1) By examiner  1103
        (2) Reexam vacated  80

6. Total examiner denials (includes denials reversed by Director)………….......................…  1103
    a. Patent owner requester  525  47.6%
    b. Third party requester  578  52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................

      a. Average pendency                                                       25.7 (mos.)

      b. Median pendency                                                        19.3 (mos.)

| 8. Reexam certificate claim analysis:[3] | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

      a. Certificates – PATENT OWNER REQUESTER                 3960

            a. All claims confirmed                 809    20.4%

            b. All claims canceled                 396    10.0%

            c. Claims changed                    2755    69.6%

      b. Certificates – 3rd PARTY REQUESTER                     8630

            a. All claims confirmed               1846    21.4%

            b. All claims canceled               1226    14.2%

            c. Claims changed                    5558    64.4%

      c. Certificates – COMMISSIONER INITIATED REEXAM         174

            a. All claims confirmed                 17    9.8%

            b. All claims canceled                 46    26.4%

            c. Claims changed                   111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]………..……………………………………… 13987
    a. By patent owner     3919   28%
    b. by other member of the public     9893   71%
    c. By order of Commissioner     175   1%

2. Number of Filings by discipline
    a. Chemical Operation     3791   27%
    b. Electrical Operation     5214   37%
    c. Mechanical Operation     4732   34%
    d. Design Patents     250   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation………..………………………………………………………… 1938   14%

5. Decisions on requests [2] ………..………………………………………………………... 14130
    a. No. granted     12905   91%
        (1) By examiner     12718
        (2) By Director (on petition)     187
    b. No. denied     1277   9%
        (1) By examiner     1225
        (2) Reexam vacated     52

6. Total examiner denials (includes denials reversed by Director)……………..………………… 1226
    a. Patent owner requester     524   43%
    b. Third party requester     702   57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

      a. Average pendency                                                                       25.8 (mos.)

      b. Median pendency                                                                     19.4 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………     11980

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|     a. All claims confirmed | 693 | 21% |
|     b. All claims canceled | 300 | 9% |
|     c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|     a. All claims confirmed | 1769 | 21% |
|     b. All claims canceled | 1170 | 14% |
|     c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 18 | 10% |
|     b. All claims canceled | 47 | 27% |
|     c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81. [1] …………………………………………… 13824

| | | |
|---|---|---|
| a. By patent owner | 3910 | 28% |
| b. by other member of the public | 9739 | 70% |
| c. By order of Commissioner | 175 | 1% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 3741 | 27% |
| b. Electrical Operation | 5160 | 37% |
| c. Mechanical Operation | 4681 | 34% |
| d. Design Patents | 242 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation…………..………………………………………………………. 1854    13%

5. Decisions on requests [2] ……………………………………………………………………………….. 13966

| | | |
|---|---|---|
| a. No. granted | 12745 | 91% |
| (1) By examiner | 12561 | |
| (2) By Director (on petition) | 184 | |
| b. No. denied | 1272 | 9% |
| (1) By examiner | 1221 | |
| (2) Reexam vacated | 51 | |

6. Total examiner denials (includes denials reversed by Director)……………......……….. 1222

| | | |
|---|---|---|
| a. Patent owner requester | 524 | 43% |
| b. Third party requester | 698 | 57% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

|  |  |
|---|---|
| a. Average pendency | 25.8 (mos.) |
| b. Median pendency | 19.4 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% | 2473 |
| b. All claims canceled | 3% | 10% | 0% | 13% | 1504 |
| c. Claims changed | 20% | 46% | 1% | 67% | 7962 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………    11939

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3323 |
| a. All claims confirmed | 693 | 21% |
| b. All claims canceled | 299 | 9% |
| c. Claims changed | 2331 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8442 |
| a. All claims confirmed | 1762 | 21% |
| b. All claims canceled | 1158 | 14% |
| c. Claims changed | 5522 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
| a. All claims confirmed | 18 | 10% |
| b. All claims canceled | 47 | 27% |
| c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81...............................................................  13641
    a. By patent owner      3912    29%
    b. by other member of the public      9686    71%
    c. By order of Commissioner      43    0%

2. Number of Filings by dicipline
    a. Chemical Operation      3670    27%
    b. Electrical Operation      5148    38%
    c. Mechanical Operation      4596    34%
    d. Design Patents      227    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation.................................................................................  4648    34%

5. Decisions on requests...........................................................................................  13147
    a. No. granted      12047    92%
        (1) By examiner      11913
        (2) By Director (on petition)      134
    b. No. denied      1100    8%
        (1) By examiner      1054
        (2) Reexam vacated      46

6. Total examiner denials (includes denials reversed by Director)....................................  1056
    a. Patent owner requester      494    47%
    b. Third party requester      562    53%

7. Overall reexamination pendency (Filing date to certificate issue date).......................
    a. Average pendency      26.4 (mos.)
    b. Median pendency      19.4 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 46% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.