**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC | |
| *Plaintiff,* | Case No. 7:24-cv-00231-ADA |
| v. | **JURY TRIAL DEMANDED** |
| QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC., | |
| *Defendants*. | |

**DECLARATION OF JOSHUA SCHEUFLER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY**

I, Joshua, declare and state as follows:

1.      I am a member of the State Bar of Texas and am an associate at Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Defendants' Invalidity Contentions, dated August 4, 2025.

3.      Attached hereto as **Exhibit 2** is a true and correct copy the Patent Assignment recorded at REEL:064575 FRAME: 0934-37.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 11, 2026 at Houston, Texas.

*/s/ Joshua Scheufler*
Joshua Scheufler