# Exhibit 2

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT8111376

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| EMPIRE TECHNOLGY DEVELOPMENT, LLC | 12/12/2022 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | REDSTONE LOGICS, LLC |
| Street Address: | 2150 S. CENTRAL EXPRESSWAY |
| Internal Address: | SUITE 200 |
| City: | MCKINNEY |
| State/Country: | TEXAS |
| Postal Code: | 75070 |

## PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 8615633 |
| Patent Number: | 8549339 |

## CORRESPONDENCE DATA

**Fax Number:** (631)844-0081

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 6318440080
**Email:** John@tb-iplaw.com
**Correspondent Name:** JOHN TUTUNJIAN
**Address Line 1:** 401 BROADHOLLOW ROAD
**Address Line 2:** SUITE 402
**Address Line 4:** MELVILLE, NEW YORK 11747

| ATTORNEY DOCKET NUMBER: | 569-0 |
|---|---|
| NAME OF SUBMITTER: | JOHN TUTUNJIAN |
| SIGNATURE: | /j tutunjian/ |
| DATE SIGNED: | 08/14/2023 |

**Total Attachments: 3**
source=Empire to Redstone Assignment#page1.tif
source=Empire to Redstone Assignment#page2.tif
source=Empire to Redstone Assignment#page3.tif

## PATENT PURCHASE AGREEMENT

## EXHIBIT C
### CONFIRMATORY ASSIGNMENT DOCUMENT

Empire Technology Development, LLC, a Delaware corporation having a place of business at 251 Little Falls Drive, Wilmington, Delaware 19808 ("Assignor"), hereby irrevocably confirms the assignment to Redstone Logics, LLC, a Texas limited liability company located at 2150 S. Central Expressway, Suite 200, McKinney, TX 75070 ("Assignee"), as of the date set forth below, the entire rights, privileges, title and interest for the United States of America and its territorial possessions, and all foreign countries including all rights of priority, in inventions disclosed in the patents and patent applications identified on EXHIBIT A, together with future applications for patents under U.S. law or regulation or of any foreign country with respect to the patentable inventions from which any of the foregoing arise, including without limitation, divisions, continuations, continuations-in-part, substitutions, reexaminations, reissues, extensions or foreign counterparts therefrom the (collectively, "Purchased Patents"), and all causes of action, rights, and remedies arising under any such Purchased Patents prior to, on or after the Effective Date of this Agreement and all claims for damages by reason of past, present or future infringement or other unauthorized use of such Purchased Patents with the right to sue for and collect such damages.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention which may be granted upon any of the Purchased Patents in the name of Assignee, as the assignee to the entire interest therein.

IN WITNESS WHEREOF, Assignor has caused its duly authorized representatives to execute this Assignment.

**ASSIGNOR, Empire Technology Development, LLC.**

By: *Thomas Kang*

Printed Name: Thomas Kang

Title: CEO

Execution Date: 12/12/2022

Dated: 12/12/2022

By: _____
Notary Public

Name: Ana Laura Salazar Uribe
Address: 110 Coliseum Crossing
Hampton  VA    23666

Official Seal:

> Please see attached
> All Purpose
> Acknowledgement form
> for additional
> Notary Events

**CONFIDENTIAL – SUBJECT TO NDA**                                                12

Document Id: 99F76130-7A7D-11ED-8F4D-7B0FE9B4E8EC
OnlineNotary.net

**PATENT
REEL: 064575 FRAME: 0935**

# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF  Texas

COUNTY OF  Harris

On  12/12/2022  before me,  Ana Laura Salazar Uribe , on this day
     Date                                    (Notary Public)

personally appeared by means of an interactive two-way audio and video communication
  Thomas Kang

_____, who has
provided satisfactory evidence of identity in accordance with Chapter 406, Texas Government Code to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed. This notarial act was an online notarization.

WITNESS my hand and official seal.

> ANA LAURA SALAZAR URIBE
> ELECTRONIC NOTARY PUBLIC
> STATE OF TEXAS
> NOTARY ID: 131757028
> COMISSION EXP: OCT 11, 2026

Signature: _____         (Seal)

_____ OPTIONAL _____

Description of Attached Document
            Redstone2022-12-09-EmpirePatentPurchaseAgreement-ExhibitC.pdf
Title or Type of Document: _____  Number of Pages: 3

Document Date: 12/12/2022        Other: _____

PATENT PURCHASE AGREEMENT

EXHIBIT A
PURCHASED PATENTS

U.S. Patent. No. 8,615,633

U.S. Patent No. 8,549,339

CONFIDENTIAL – SUBJECT TO NDA                    10

**PATENT**
**RECORDED: 08/14/2023**                    **REEL: 064575 FRAME: 0937**